

# Maynard, O'Connor, Smith & Catalinotto, LLP
ATTORNEYS AT LAW

| | | | | |
|---|---|---|---|---|
| Michael E. Catalinotto<br>Thomas G. Daley<br>James R. Schultz<br>Bruce A. Bell<br>Concetta R. Lomanto<br>Edwin J. Tobin, Jr.<br>Michael E. Catalinotto, Jr.<br>Robert A. Rausch<br>Anne-Jo Pennock McTague, RN<br>Alexander L. Stabinski<br><br>Christopher K.H. Dressler<br>(1980-2010) | 3154 Route 9W<br>P.O. Box 180<br>Saugerties, New York 12477<br>(845) 246-3666<br>Fax (845) 246-0390 | 6 Tower Place<br>Albany, New York 12203<br>(518) 465-3553<br>Fax (518) 465-5845<br>www.maynardoconnorlaw.com<br><br>**Service by Facsimile,<br>E-Mail or Electronic<br>Means is Not Accepted**<br>PLEASE REPLY TO<br>**Saugerties Office** | 122 West Main Street<br>Johnstown, New York 12095<br>(518) 762-4212<br>Toll Free (800) 721-3553 | Adam T. Mandell<br>Andrea P. Demers<br>Justin W. Gray<br>Aaron F. Carbone<br>Joseph A. Juidiciani<br><br>OF COUNSEL<br>Angelo D. Lomanto |

October 9, 2014

**Maher v Quality Bus**
Our File No.: 149.29644
Docket No.: 14 CV 3586 (JCM)

*Via ECF/CMS Only*

Magistrate Judge Judith C. McCarthy
United States District Court
Southern District of New York
300 Quarropas Street, Courtroom 421
White Plains, New York 10601

Dear Judge McCarthy:

> **SO ORDERED:**
> Defendant Caitlin Railo shall provide the requisite releases to Defendant Quality Bus Service, LLC or file objections pursuant to 45 C.F.R. § 164.512(e) to plaintiff Justin T. Maher's requests by October 15, 2014.
>
> /s/ Judith C. McCarthy   10-10-14
> JUDITH C. McCARTHY
> United States Magistrate Judge

I represent the defendant Quality Bus Service, LLC ("Quality"), in the above referenced action. I write in response to plaintiff's counsel's letter application dated October 8, 2014 (Doc. 28). Plaintiff seeks the disclosure of co-defendant Caitlin H. Railo's personnel and medical records maintained by Quality. Because those records include confidential information, Quality requests that the plaintiff obtain an authorization from Railo, or an Order from the Court, authorizing/directing disclosure. Quality has no other objection to the disclosure of those records.

Regarding the remainder of the plaintiff's document demands, inquiry has been made with our client regarding what documents, if any, it possess which are responsive. Upon receipt of those documents, a supplemental response will be forthcoming. To the extent that any documents are withheld under an asserted privilege, Quality will provide a privilege log. Accordingly, it is respectfully submitted that it would be premature for the Court to render a determination on those remaining demands at this time. Thank you.

Respectfully submitted,

MAYNARD, O'CONNOR, SMITH & CATALINOTTO, LLP

By _____
Michael E. Catalinotto, Jr., MC2315
catalinottojr@maynardoconnorlaw.com

MCJ/mla

{M0732965.1}

Case 7:14-cv-03586-JCM   Document 30   Filed 10/10/14   Page 2 of 2
Case 7:14-cv-03586-JCM   Document 29   Filed 10/09/14   Page 2 of 2

2

cc:   Evan Foulke (*via ECF/CMS*)
      Vincent Cimini (*via ECF/CMS*)
      Keith LaRose (*via ECF/CMS*)

{M0732965.1}