**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JUSTIN T. MAHER, *et al.*,

                    Plaintiffs,        **RESCHEDULING ORDER**

    -against-                                14 Civ. 3586 (JCM)

CAITLIN H. RAILO, *et al.*,

                    Defendants.
------------------------------------------------------------X

TO ALL PARTIES:

The Telephone Conference previously scheduled for January 27, 2015 at 10:00 a.m. before Magistrate Judge Judith C. McCarthy has been rescheduled for January 15, 2015 at 10:00 a.m. The parties shall be prepared to discuss the issues raised in Plaintiff's letter, dated January 9, 2015. Counsel shall have all parties on the line before contacting Chambers.

Dated: January 12, 2015
       White Plains, New York

                                              **SO ORDERED:**

                                              JUDITH C. McCARTHY
                                              United States Magistrate Judge