UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JUSTIN T. MAHER and ANGEL L. MAHER,
                Plaintiffs,

     -against-

CAITLIN H. RAILO and QUALITY BUS
SERVICE, LLC,

                Defendants.
_____

**AMENDED CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

14 Civ. 3586 (JCM)

Pursuant to the status conference conducted on January 15, 2015, and after consultation between counsel, the Civil Case Discovery Plan and Scheduling Order dated September 10, 2014 is amended as follows:

1. The parties will submit a fully executed stipulation to dismiss Angel Maher's derivative claim no later than 1/23/15;

2. Counsel to defendant Caitlin Railo will communicate with her within two (2) weeks and send letter to Court advising whether Caitlin Railo will execute authorization for primary care physician treatment records for treatment one (1) year prior to the date of accident;

3. If Caitlin Railo will not voluntarily execute medical authorizations and identify treating healthcare providers, plaintiff will have leave to make letter application for "so ordered" subpoena after 1/30/15 for her primary care physician;

4. Defendant Caitlin Railo will be deposed on 2/26/15. If Caitlin Railo is not deposed on 2/26/15, the parties will conduct her deposition on 3/24/15;

5. Rule 30(b)(6) depositions of defendant Quality Bus Service, LLC will be conducted on 3/26/15;

6. The parties will conduct any and all non-party depositions on 4/8/15, 4/9/15, and 4/10/15;

7. Any further interrogatories, including expert interrogatories and contention interrogatories, shall be served no later than 5/11/15;

8. Expert reports and Rule 26(b) expert disclosures shall be served by all parties no later than 6/10/15;

9. Rebuttal expert reports shall be served no later than 7/10/15;

10. Expert depositions shall be completed by 8/10/15;

11. All discovery shall be complete by 8/26/15.

This Amended Civil Case Discovery Plan and Scheduling Order is intended to supersede and replace all dates reflected in the September 10, 2014 Civil Case Discovery Plan and Scheduling Order.

The next case management conference will be conducted by telephone on 2/24/15 at 2:00 p.m. to be initiated by plaintiff's counsel. Counsel shall have all parties on the line before contacting chambers.

Dated: White Plains, New York
       Jan. 23, 2015

SO ORDERED:

JUDITH C. MCCARTHY
United States Magistrate Judge