UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUSTIN T. MAHER and ANGEL L. MAHER,

        Plaintiffs,

-against-

CAITLIN H. RAILO and QUALITY BUS SERVICE, LLC,

        Defendants.

Docket No. 14 cv 3586 (JCM)

**Order for Partial Voluntary Dismissal**

(ECF Case)

**Jury Trial Demanded**

---

## ORDER FOR PARTIAL VOLUNTARY DISMISSAL

AND NOW, on this __23rd__ day of __January__, 2015, it is hereby ORDERED that Plaintiff Angel L. Maher's claim for loss of consortium, as fully set forth in Count five (V.) of Plaintiffs' Second Amended Complaint, is hereby dismissed with prejudice. It is FURTHER ORDERED that Count five (V.) of Plaintiffs' Second Amended Complaint is hereby stricken.

**SO ORDERED:**

_/s/ Judith C. McCarthy_
JUDITH C. McCARTHY
United States Magistrate Judge

January 23, 2015
Date