UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUSTIN T. MAHER and ANGEL L. MAHER,

    Plaintiffs,

-against-

CAITLIN H. RAILO and QUALITY BUS SERVICE, LLC.

    Defendants.

Docket No. 14 cv 3586 ~~(VLB)~~ (JCM)

PARTIAL Stipulation (Voluntary Dismissal)

(ECF Case)

Jury Trial Demanded

---

### STIPULATION FOR PARTIAL VOLUNTARY DISMISSAL

The parties, by and through their undersigned counsel, hereby stipulate and agree to the voluntary dismissal of Plaintiff Angel L. Maher's claim for loss of consortium, as fully set forth in Count five (V.) of Plaintiffs' Second Amended Complaint. The parties further stipulate and agree that Count five (V.) of Plaintiffs' Second Amended Complaint is dismissed.

Respectfully Submitted:
COGNETTI & CIMINI

_____
VINCENT S. CIMINI, ESQUIRE
**Counsel for Plaintiffs, Justin T. Maher and Angel L. Maher**

January 20, 2015
Date

Respectfully Submitted:
MAYNARD, O'CONNOR, SMITH
 & CATALINOTTO, LLP

_____
MICHAEL E. CATALINOTTO, JR., ESQUIRE
**Counsel for Defendant, Quality Bus Service, LLC**

1/21/15
Date

Respectfully Submitted:
LAROSE & LAROSE

_____
KEITH V. LAROSE, ESQUIRE
**Counsel for Defendant, Caitlin H. Railo**

1/21/15
Date