Gary Greenwald*
Joanna C. Greenwald
Jamie C. Greenwald*
David L. Gove

Erno Poll
Jeremy B. Kaufman
J. David Aikman

Alexandra Bourne, *Of Counsel*
Robert M. Graubard, *Of Counsel*
Elise L Rucker, *Of Counsel*
David A. Brodsky, *Of Counsel*

Also Admitted To Practice In
*MA

# GARY GREENWALD & PARTNERS, P.C.

99 Brookside Avenue
Chester, New York 10918
(845) 469-4900 * Fax (845) 469-2022
Family Law Center Fax: (845)469-1895

*www.GreenwaldLaw.com*

*Please Reply to Chester Office*

**Sullivan County**
138 Sullivan Street
P.O. Box 266
Wurtsboro, NY 12790
(845) 888-2456
Fax: (845) 888-5606

**Dutchess County**
224 Church Street
Poughkeepsie, NY 12601
(845) 790-5310

James M. Neylon, *Paralegal*
(1934-1998)
Spencer M. McLaughlin, Esq.
(1945-2007)

February 9, 2015

Hon. Judith C. McCarthy
300 Quarropas Street
White Plains, New York 10601-4150

    Re: ***Justin Maher v. Caitlin Railo v. Quality Bus Services, LLC***
       **Case Number: 14 Civ. 3586 (JCM)**

Dear Hon. Judge McCarthy:

  It is my understanding that there is a conference that was formerly a telephone conference and is now a conference in person scheduled for February 24, 2015. Our office has sent out the appropriate Consent to Change Attorney form to the plaintiff's prior attorney, Cognetti & Cimini on February 4, 2015. To date, we have not received the same back.

  We would appreciate it if the Court could possibly direct that Cognetti & Cimini bring the file to Court on February 24, 2015.

  Thank you in advance.

Respectfully yours,

Gary Greenwald

GG/dm
cc: Vincent S. Cimini, Esq.

Gary Greenwald*
Joanna C. Greenwald
Jamie C. Greenwald*
David L. Gove

Erno Poll
Jeremy B. Kaufman
J. David Aikman

Alexandra Bourne, *Of Counsel*
Robert M. Graubard, *Of Counsel*
Elise L Rucker, *Of Counsel*
David A. Brodsky, *Of Counsel*

Also Admitted To Practice In
*MA

**GREENWALD & PARTNERS**
99 Brookside Avenue
Chester, New York 10918
(845) 469-4900 * Fax (845) 469-2022
Family Law Center Fax: (845)469-1895

*www.GreenwaldLaw.com*

*Please Reply to Chester Office*

Sullivan County
138 Sullivan Street
P.O. Box 266
Wurtsboro, NY 12790
(845) 888-2456
Fax: (845) 888-5606

Dutchess County
224 Church Street
Poughkeepsie, NY 12601
(845) 790-5310

James M. Neylon, *Paralegal*
(1934-1998)
Spencer M. McLaughlin, Esq.
(1945-2007)

February 4, 2015

**VIA & REGULAR MAIL**          570.346.0776

Cognetti & Cimini
700 Scranton Electric Building
907 Lincoln Street
Scranton, Pennsylvania 18503-1666
Attention:   Vincent S. Cimini, Esq.

Re:   *Justin Maher v. Caitlin Railo v. Quality Bus Services, LLC*
      *Case Number: 14 Civ. 3586 (JCM)*

Dear Mr. Cimini & Mr. Foulke:

Justin Maher has come to my office today, on his own, and requested that our firm, to once again represent him with regard to his personal injury matter that you substituted our firm for. Though I still do not understand why the litigation that we commenced was discontinued, it is my understanding that the matter is pending in the Southern District.

Accordingly, I have enclosed herewith the appropriate Consent to Change Attorney form, which has been executed by Mr. Maher. Please execute this form and return it to the undersigned together with the contents of your file within a week. I will be sending a letter to Judge McCarthy.

Kindly execute the same and contact my office so we can make arrangements to pick up Mr. Maher's file. Any issues of liens can await the ultimate resolution and if we can agree, that will resolve the matter with any lien that you might have.

I am also putting forth Mr. Maher's request that he not be contacted in any fashion by either of your law firms. Please note, our firm had nothing to do with Mr. Maher coming back to our firm, which he will confirm.

Very truly yours,

Gary Greenwald

Consented & Agreed
*/s/ Justin T Maher/*
By: Justin T. Maher

GG/lc
Enclosure
c:   Evan M. Foulke, Esq.  845. 294.4309

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JUSTIN T. MAHER,

                Plaintiff,

-against-

CAITLIN H. RAILO and QUALITY BUS
SERVICES, LLC,

                Defendants.
------------------------------------------------------------------X

**CONSENT TO CHANGE ATTORNEY**

14 Civ. 3586 (JCM)

IT IS HEREBY CONSENTED THAT GARY GREENWALD & PARTNERS, P.C. 99 Brookside Avenue, Chester, New York, be substituted as attorneys of record for the undersigned party in the above-entitled action in place and stead of the undersigned attorney as of the date hereof.

DATED: February 4, 2015

_____
Justin T. Maher

_____
Vincent S. Cimini, Esq.

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF ORANGE    )

On the 4th day of February, 2015, before me personally came Justin T. Maher, to me known, and known to me to be the same person described in and who executed the foregoing consent and acknowledged to me that he executed the same.

_____
NOTARY PUBLIC

MARGARET HEALEY
Notary Public, State of New York
No. 01HE6039871
Qualified in Orange County
Commission Expires April 10, 20__