LAW OFFICES
# COGNETTI & CIMINI

700 SCRANTON ELECTRIC BUILDING

507 LINDEN STREET

SCRANTON, PENNSYLVANIA 18503-1666

(570) 346-0745

FAX (570) 346-0776

SAL COGNETTI, JR.
salcognettijr@comcast.net

VINCENT S. CIMINI
vincentscimini@comcast.net

February 18, 2015

**VIA E-FILE**
Magistrate Judge Judith C. McCarthy
United States District Court for the
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: **Justin T. Maher v. Quality Bus Service, LLC and Caitlin Railo**
**Docket No. 14 CV 3586 (JCM)**
**Our File No.: 19176**

Dear Judge McCarthy:

Reference is made to Attorney Greenwald's February 4, 2015 correspondence to this Honorable Court wherein he represented that the offices of Gary Greenwald & Partners, P.C. intended to substitute as counsel of record for Plaintiff Justin T. Maher. I am pleased to report that Mr. Maher has unequivocally terminated any and all purported attorney-client relationship(s) with Attorney Greenwald and/or the offices of Gary Greenwald & Partners, P.C. and has clearly expressed his desire to continue to be represented in this matter by the law offices of Cognetti & Cimini and the Foulke Law Offices.

Please be advised that it is our intention to proceed in this matter without any further delay and pursuant to the Court Ordered deadlines for the remaining depositions and all other previously agreed to deadlines.

In light of the above, we do not believe it is necessary to take up the Court's time with an in person conference on February 24, 2015. However, should the Court deem otherwise, we are prepared to personally appear for the status conference.

Thank you for your continued courtesy and cooperation.

Very truly yours,

VINCENT S. CIMINI

VSC:sl
cc: Justin T. Maher
    Michael E. Catalinotto, Jr., Esquire
    Keith V. LaRose, Esquire
    Evan M. Foulke, Esquire