

# Maynard, O'Connor, Smith & Catalinotto, LLP
ATTORNEYS AT LAW

| | | | | |
|---|---|---|---|---|
| Michael E. Catalinotto<br>Thomas G. Daley<br>James R. Schultz<br>Bruce A. Bell<br>Concetta R. Lomanto<br>Edwin J. Tobin, Jr.<br>Michael E. Catalinotto, Jr.<br>Robert A. Rausch<br>Anne-Jo Pennock McTague, RN<br>Alexander L. Stabinski<br>Adam T. Mandell<br><br>Christopher K.H. Dressler<br>(1980-2010) | 3154 Route 9W<br>P.O. Box 180<br>Saugerties, New York 12477<br>(845) 246-3666<br>Fax (845) 246-0390 | 6 Tower Place<br>Albany, New York 12203<br>(518) 465-3553<br>Fax (518) 465-5845<br>www.maynardoconnorlaw.com<br><br>**Service by Facsimile,<br>E-Mail or Electronic<br>Means is Not Accepted**<br>PLEASE REPLY TO<br>**Saugerties Office** | 122 West Main Street<br>Johnstown, New York 12095<br>(518) 762-4212<br>Toll Free (800) 721-3553 | Justin W. Gray<br>Aaron F. Carbone<br>Joseph A. Juidiciani<br><br>OF COUNSEL<br>Angelo D. Lomanto |

March 31, 2015

**Maher v Quality Bus**
Our File No.: 149.29644
Docket No.: 14 CV 3586 (JCM)

*Via ECF/CMS Only*

Magistrate Judge Judith C. McCarthy
United States District Court
Southern District of New York
300 Quarropas Street, Courtroom 421
White Plains, New York 10601

Dear Judge McCarthy:

In response to Mr. Cimini's letter electronically filed earlier today (Doc. 52), the defendant Quality Bus takes no position regarding the Plaintiff's demand for additional authorizations to obtain co-defendant Railo's medical records.

As was previously directed by the Court, I again request that we be provided sufficient time to receive all of the codefendant's Railo's medical records in advance of the depositions of Quality Bus' witnesses. Accordingly, I respectfully request that any Order issued by the Court include a sufficient allowance of time for that purpose. As it now stands, my clients' depositions are scheduled for April 22, 2015. Thank you.

Respectfully yours,

MAYNARD, O'CONNOR, SMITH & CATALINOTTO, LLP

By_____
Michael E. Catalinotto, Jr., MC2315
catalinottojr@maynardoconnorlaw.com

cc:  Evan Foulke (*via ECF/CMS*)
     Vincent Cimini (*via ECF/CMS*)
     Keith LaRose (*via ECF/CMS*)

{M0748465.1}