# LaRose & LaRose

ATTORNEYS AND COUNSELORS AT LAW  　　　　　　　　　　　　TELEPHONE  (845) 454-2001
510 HAIGHT AVENUE  　　　　　　　　　　　　　　　　　　　　　FAX  (845) 454-2535
POUGHKEEPSIE, NEW YORK 12603

May 15, 2105

**VIA E-FILING**

Honorable Judith C. McCarthy
United States District Court
For the Southern District of
 New York
Court Room 421
300 Quarropas Street
White Plains, New York 10601

　　　Re: Mahar v. Quality Bus and Railo
　　　　　7:14-CV-03586-JCM

Dear Judge McCarthy:

　　　This letter is being submitted in response to the correspondence from Vincent Cimini to the Court dated 5/15/15. The purpose of this letter is to remind the Court that at the direction of the Court, the authorizations previously provided were limited to the release of the records from Dr. Galli and the clinic for the time frame of 1/1/12 to 2/14/13. The subpoena should be so limited.

　　　Additionally, since these records have been requested by both my office and Maynard's office using those authorizations, the subpoena should direct the Orange County Department of Mental Health to release the records to all three law firms. The alternative should be to have them made returnable to the Court for distribution to the parties.

　　　Thank you.

　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　LaROSE & LaROSE

　　　　　　　　　　　　　　　　　　Keith V. LaRose

KVL/eas
Cc: Maynard, O'Connor, Smith & Catalinotto, Esqs.
　　　Cognetti & Cimini  - All cc'd w/o Enclosures