LAW OFFICES
# COGNETTI & CIMINI

700 SCRANTON ELECTRIC BUILDING

507 LINDEN STREET

SCRANTON, PENNSYLVANIA 18503-1666

---

SAL COGNETTI, JR.
salcognettijr@comcast.net

(570) 346-0745
FAX (570) 346-0776

VINCENT S. CIMINI
vincentscimini@comcast.net

June 5, 2015

**VIA E-FILE**
Magistrate Judge Judith C. McCarthy
United States District Court for the
Southern District of New York
300 Quarropas Street, Courtroom 421
White Plains, NY 10601

      Re:    **Justin T. Maher v. Quality Bus Service, LLC and Caitlin Railo**
              **Docket No. 14 CV 3586 (JCM)**
              **Our File No.: 19176**

Dear Judge McCarthy:

      In accordance with this Honorable Court's June 1, 2015 Minute Entry, I enclose a proposed subpoena directed to the Orange County Department of Mental Health for the release of Defendant Caitlin Railo's medical records. Upon receipt of the requested records, I will promptly forward a copy of the same to all counsel of record.

      Thank you for your continued cooperation and attention to this matter.

Very truly yours,

VINCENT S. CIMINI

VSC:sl
cc:    Justin T. Maher
         Michael E. Catalinotto, Jr., Esquire
         Keith V. LaRose, Esquire
         Evan M. Foulke, Esquire