UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
JUSTIN T. MAHER and ANGEL L. MAHER,

                          Plaintiffs,                    **ORDER**

     -against-                                14 Civ. 3586 (JCM)

CAITLIN H. RAILO and QUALITY
BUS SERVICE, LLC,

                          Defendants.
------------------------------------------------------X

       The Court has reviewed the medical records submitted by Defendant Caitlin Railo for *in camera* review. The Court finds that much of the information in the medical records is not relevant to this action and is not reasonably calculated to lead to the discovery of admissible evidence. *See* Fed. R. Civ. P. 26(b)(1). However, the Court **ORDERS** that three pages of the medical records, identified by yellow tags, be produced with all information redacted except for the prescribed medications and the dates on which they were prescribed. Counsel for Defendant Railo must produce these pages by June 19, 2015.

Dated:   June 10, 2015
           White Plains, New York

                                                   **SO ORDERED:**

                                                   JUDITH C. McCARTHY
                                                United States Magistrate Judge