

# Maynard, O'Connor, Smith & Catalinotto, LLP
ATTORNEYS AT LAW

Michael E. Catalinotto
Thomas G. Daley
James R. Schultz
Bruce A. Bell
Concetta R. Lomanto
Edwin J. Tobin, Jr.
Michael E. Catalinotto, Jr.
Robert A. Rausch
Anne-Jo Pennock McTague, RN
Alexander L. Stabinski
Adam T. Mandell

3154 Route 9W
P.O. Box 180
Saugerties, New York 12477
(845) 246-3666
Fax (845) 246-0390

6 Tower Place
Albany, New York 12203
(518) 465-3553
Fax (518) 465-5845
www.maynardoconnorlaw.com

122 West Main Street
Johnstown, New York 12095
(518) 762-4212
Toll Free (800) 721-3553

Justin W. Gray
Aaron F. Carbone
Andrew S. Holland

OF COUNSEL
Angelo D. Lomanto

Christopher K.H. Dressler
(1980-2010)

**Service by Facsimile,
E-Mail or Electronic
Means is Not Accepted**
PLEASE REPLY TO
**Saugerties Office**

September 30, 2015

**Maher v Quality Bus**
Our File No.: 149.29644
Docket No.: 14 CV 3586 (JCM)

*Via ECF Only*

Magistrate Judge Judith C. McCarthy
United States District Court
Southern District of New York
300 Quarropas Street, Courtroom 421
White Plains, New York 10601

Dear Judge McCarthy:

    Enclosed herewith for Your Honor's consideration, please find defendant, Quality Bus Service, LLC's Notice of Motion together with Attorney Declaration, supporting Exhibits and Affidavits, Statement of Material Facts and Memorandum of Law for an Order dismissing the punitive damages claims of the plaintiff.

    By copy of this letter, all parties are being notified using the ECF filing system only.

Very truly yours,

MAYNARD, O'CONNOR, SMITH & CATALINOTTO, LLP

By _____
Michelle L. Altieri, Paralegal
*altieri@maynardoconnorlaw.com*

Enc.

cc:   Vincent Cimini, Esq. (via ECF/CMS)
       Evan Foulke, Esq. (via ECF/CMS)
       Keith LaRose, Esq. (via ECF/CMS)

{M0766244.1}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUSTIN T. MAHER,

                Plaintiff,           NOTICE OF MOTION

-against-                              Case No:14 CV 3586 (VLB)
                                                  Hon. Judith C. McCarthy

CAITLIN H. RAILO and
QUALITY BUS SERVICE, LLC,

                Defendants.

---

      **PLEASE TAKE NOTICE**, that upon the Attorney Declaration of Adam T. Mandell, Esq., Affidavit of Michael Martucci, Affidavit of Mary Koselnak, Affidavit of Karen Wells and Affidavit of Patricia Ames, NP, inclusive of all exhibits annexed thereto, Statement of Material Facts Pursuant to Local Civil Rule 56.1, and the accompanying Memorandum of Law, and all prior pleadings and proceedings heretofore had herein, a Motion will be made in Courtroom 421, 300 Quarropas Street, White Plains, NY 10601, at Term of this Court to be held on November 2, 2015 at 2:00 in the forenoon, or as soon thereafter when Counsel can be heard, for an Order pursuant to Rule 12 (c) and Rule 56 (a) of the Federal Rules of Civil Procedure, dismissing the plaintiff JUSTIN T. MAHER's punitive damages claims, as well as his claims for Negligence & Corporate Liability (Count III) and Negligent Entrustment (Count IV), contained in the Second Amended Complaint (Doc. 8), as against the defendant QUALTY BUS SERVICE, LLC, together with such other and further relief as to this Court seems just and proper.

      **PLEASE TAKE FURTHER NOTICE**, that Opposing Affidavits, if any, must be served upon the undersigned counsel for the defendant QUALITY BUS SERVICE, LLC, on or before October 19, 2015, in accordance with the Court's September 2, 2015 Order.

Dated: September 30, 2015                      MAYNARD, O'CONNOR, SMITH
                                                                     & CATALINOTTO, LLP

                                                                     _/s/ Adam T. Mandell_
                                                                   Adam T. Mandell, Esq.
                                                                   _[Bar Roll No. AM0612]_
                                                                   Attorneys for the defendant
                                                                   QUALITY BUS SERVICE, LLC
                                                                   P.O. Box 180
                                                                   Saugerties, New York 12477
                                                                   (845) 246-3668
                                                                   mandell@maynardoconnorlaw.com

1

To:   Law Offices of Cognetti & Cimini          (*via ECF/CM*)
      Counsel for the Plaintiff Justin T. Maher
      Scranton Electric Bldg., 7th Floor
      507 Linden Street
      Scranton, PA 18503

      Evan M. Foulke, Esq.                      (*via ECF/CM*)
      Foulke Law Offices
      Counsel for the Plaintiff Justin T. Maher
      25 Main Street, 3rd Floor
      Goshen, New York  10924

      Keith V. LaRose, Esq.                     (*via ECF/CM*)
      LaRose & LaRose
      Counsel for Codefendant Caitlin H. Railo
      510 Haight Avenue
      Poughkeepsie, New York  12603