1          CAITLIN H. RAILO

2          A.    We were at an intersection.  He hit

3     my driver's side door and flipped over me.

4          Q.    Do you remember, did you have a

5     lawyer for these criminal charges?

6          A.    I think I had a Legal Aid.

7          Q.    Okay.  And I want to --

8          A.    I remember when I went to court, I

9     got ROR, and then I think I got county.

10         Q.    Do you remember what you were

11    actually sentenced to as a result of leaving the

12    scene of this particular accident?

13         A.    No.

14         Q.    Do you remember if the reason why

15    you left the scene of the accident was because

16    there was a warrant out for your arrest and

17    that's why you left?

18         A.    It could have been, because like I

19    said, we did stay there for the ambulance and

20    the fire department, because I remember, and

21    then the cops didn't show up, took them a while

22    to show up, and I left before the cops got

23    there.

24         Q.    I'm going to read from this

25    particular report and ask you a question and see

CAITLIN H. RAILO

1

2      if it helps jar your memory with respect to

3      that.

4                    It says in the second typed

5      paragraph --

6                    MR. LaROSE:   On which page?

7                    MR. CIMINI:   On Page 76.

8           Q.      -- it says, "Continued to speak

9      with Mr. Bice who states he got out of the 1999

10     Dodge van to check on driver of the 2000 Nissan

11     when driver of the 1999 Dodge later identified

12     as Caitlin Railo stated she has a warrant for

13     her arrest so she is leaving."

14          A.      That's what he said.

15          Q.      Okay.

16          A.      That's what the other person in the

17     car that I was giving a ride home to said.

18          Q.      Was he correct and truthful when he

19     said that?

20          A.      No.

21          Q.      Just give me a minute.  I may just

22     move away from this.

23                    Page 78, the next page, you have to

24     kind of turn it to its side.  At the very top,

25     it says, "Arrested Caitlin H. Railo.  Based on

1                           CAITLIN H. RAILO

2       active arrest warrant for violation of probation

3       and unauthorized use of motor vehicle," and the

4       complaint of Officer T. Nietzel, T

5       N-I-E-T-Z-E-L.  Do you recall -- underneath

6       that, "The arrest was made outside in the

7       driveway; shortly after I made telephone contact

8       with Railo and persuaded her to surrender."

9                   Do you remember that particular

10      arrest?

11              A.    Yeah.  I was never on probation

12      ever.

13              Q.    So, it's not true that at the time

14      of this automobile accident, that you were not

15      in violation of any type of probation?

16              A.    I was never on probation.

17              Q.    Okay.  Continuing on, it says, "As

18      I escorted Railo to my police vehicle, she

19      stated, 't doesn't matter that I'm being

20      arrested, I just took a whole bottle of pills.'"

21                  Do you recall ever making that

22      statement when you were arrested?

23              A.    No.

24              Q.    Is it true that you had just taken

25      a whole bottle of pills on that day?

1                       CAITLIN H. RAILO

2            A.    No, I didn't take a whole bottle.

3            Q.    Did you take any pills?

4            A.    Yes.

5            Q.    What pills did you take?

6            A.    I don't remember.  I think Xanax.

7    I don't remember.

8            Q.    Do you remember being taken to St.

9    Luke's Emergency Room for evaluation by the

10   police after this arrest?

11           A.    No.  I remember that day, because I

12   didn't tell them I took any pills, I guess I

13   took pills, I took Xanax.  I ended up passing

14   out in the back of the cop car.  They took me to

15   the hospital.  I don't remember going to the

16   hospital, I couldn't have, and then I was

17   talking to the cops there for a while.

18           Q.    So, when the cop wrote that you

19   said, "I just took a whole bottle of pills,"

20   that's not an accurate statement?  You never

21   said that?

22           A.    I don't remember.  No, I don't

23   remember ever saying that.

24           Q.    The next paragraph says that,

25   "During the time that Railo was being observed

CAITLIN H. RAILO

1

2       by hospital staff, she freely engaged in

3       conversation with Detective Harrington."  And do

4       you remember a Detective Harrington?

5               A.    I don't remember his name, but I

6       remember the one that was there, yes.

7               Q.    And it goes on to say, "And I spoke

8       about a variety of topics including her long

9       history of drug abuse and the hit-and-run

10      accident for which she had been arrested."

11              Do you remember having a discussion

12      with the detective about your long history of

13      drug abuse and the hit-and-run accident for

14      which you had just been arrested?

15              A.    Well, it wasn't a hit-and-run, but,

16      yes.

17              Q.    It goes on and says, "At one point

18      Railo stated in substance that she left the

19      scene because she had a warrant and because she

20      saw the ambulance arrive and knew that the other

21      driver would be cared for."  Do you recall

22      saying that to the detective?

23              A.    I told you, I don't remember having

24      a warrant.  I don't remember all of it.

25              Q.    Well, my question was, do you

1                    CAITLIN H. RAILO

2    remember making that statement to the detective?

3              MR. LaROSE:  If she doesn't

4         remember having a warrant, how can she

5         remember making the statement?

6         Q.    So, the answer is no?

7         A.    I said no.

8         Q.    Do you currently participate in any

9    drug or alcohol programs while you're here in

10   prison?

11        A.    That's why I'm here, to do ASAT.

12   That's the program I'm in.

13        Q.    How long have you been in that?

14        A.    Almost a month.  It's a six-month

15   program.

16        Q.    Was that started here in this

17   prison --

18        A.    Yes.

19        Q.    -- or was that in the prison in

20   Albion?

21        A.    No.  Started here.

22        Q.    Here.

23              MR. LaROSE:  Spell the name of the

24         program for us.

25              THE WITNESS:  A-S-A-T.

                        CAITLIN H. RAILO

1

2          Q.    Do you know what that stands for?

3          A.    No.  Sorry.

4          Q.    It's a six-month program and you're

5   in your first month?

6          A.    Yes.

7          Q.    Were you ever sued by a person by

8   the name of Jeffrey Kulisek, K-U-L-I-S-E-K, who

9   was the individual that you were involved in

10  that accident with that we had just discussed?

11         A.    That's not who I was -- I don't

12  know the name.

13         Q.    Okay.  A Jeffrey Kulisek, the

14  question was, were you ever sued by anybody by

15  that name?  Yes or no?

16         A.    No.

17         Q.    Okay.  Do you know if that

18  individual ever made a claim against your

19  boyfriend or your ex-boyfriend or his employer

20  as a result of that accident?

21         A.    Oh, yes.  They did No-Fault.

22         Q.    So, there was a lawsuit or a claim

23  made?

24         A.    Yes.

25               MR. LaROSE:  She said No-Fault.  I

93

1                          CAITLIN H. RAILO

2           don't know if she knows the distinction.

3           A.    No, that's what they said.   The

4     No-Fault insurance is what paid.

5           Q.    Okay.   Well, is it your under-

6     standing that there was some type of claim made

7     as a result of this accident?

8           A.    Yes, yes.

9           Q.    And who is that claim made against

10    as far as you know?

11          A.    The owner of the van.   I paid him

12    and then his insurance company paid that guy.

13          Q.    How much money did you pay him?

14          A.    I don't remember.   There should be

15    documentation of it.   It went through the court.

16          Q.    You personally paid funds from your

17    own pocket?

18          A.    Yes.

19          Q.    Do you know if you had an attorney

20    representing you with respect to that?

21          A.    I think I always just have Legal

22    Aid.

23               MR. LaROSE:   She may be confusing

24          restitution for this criminal charges and

25          not about a lawsuit.

1               CAITLIN H. RAILO

2               MR. CATALINOTTO:   It's probably

3       restitution.

4               MR. LaROSE:   It's probably

5       restitution on the criminal charges,

6       nothing to do with the lawsuit.

7               Q.    Do you remember as part of the

8       leaving the scene of the accident charge that

9       you were charged with that you were required to

10      pay restitution to anyone?

11              A.    The only thing I paid was to the

12      owner of the van.   I don't remember his name.

13              Q.    Okay.   You don't remember how much

14      that was?

15              A.    A thousand, I think.   I told you I

16      really -- I can't remember stuff.   It's

17      horrible.   It's just I can't remember.

18              Q.    All right.   If you can turn to Page

19      32, do you recall there being some type of

20      traffic stop in the City of Middletown on

21      November 26th, 2006?

22              A.    No.

23              MR. LaROSE:   This document doesn't

24      say any details.

25              MR. CIMINI:   No, it doesn't, and

1                       CAITLIN H. RAILO

2              that's why I'm asking if she has any

3              recollection of anything related to a

4              traffic stop at that time, in that place,

5              and her answer was no.

6              Q.    Page 23, do you recall being

7      charged with petit larceny and endangering the

8      welfare of a child in February of 2007?

9              A.    Yes.

10             Q.    And can you tell me in your own

11     words what happened, what you believe happened

12     with respect to that?

13             A.    In my own?

14             Q.    What you recall.

15             MR. LaROSE:   First of all, take a

16             second to read this and just see if it

17             refreshes your recollection, but in your

18             own words, what you remember.

19             MR. CIMINI:   Well, she said -- I

20             asked the question, she said she

21             remembered it, so then I asked her, well,

22             what do you remember --

23             MR. LaROSE:   Okay.

24             MR. CIMINI:   -- without looking at

25             that, your independent recollection and

1          CAITLIN H. RAILO

2     then we can go to that later on.

3          MR. LaROSE:  But the point is, you

4          told her to look at it already, so since

5          that's already on the record, I'm going

6          to have her read it and then you can ask

7          her what he recalls independently.

8          MR. CIMINI:  I asked her -- I

9          referenced the date of the incident.  I

10         mean, she remembered it, and so I just

11         want to know what she remembers.

12         MR. LaROSE:  Okay.

13    Q.    What do you remember about that

14    independent of looking at anything?

15    A.    The incident, I mean, basically, I

16    mean, all this stuff is stemming from a past of

17    drugs and that's what --

18         MR. LaROSE:  He wants to know what

19         you remember.

20    A.    That's what this is.  That's why

21    it's DVDs that were stolen and my nephew was

22    with me.

23    Q.    Were you involved in stealing DVDs

24    with your nephew at that time; is that what

25    you're saying?

97

1             CAITLIN H. RAILO

2             MR. LaROSE:  No, no, no, no.  You

3        say stealing with her nephew implies the

4        nephew is involved in the theft.  I don't

5        think that's what you meant to say.

6             MR. CIMINI:  No.

7        A.    He was three.  That's why I looked

8   at you like that.  I was like, wait, I don't

9   want to corrupt a kid like that.

10       Q.    You were with your boyfriend, your

11  nephew, and he was three years old?

12       A.    Yes.

13       Q.    And did you steal anything at that

14  time?

15       A.    Yes.

16       Q.    What did you steal?

17       A.    DVDs.

18       Q.    Were you under the influence of

19  narcotics when you stole those DVDs?

20       A.    I don't think so, no.

21       Q.    Do you know how this charge was

22  disposed of?

23       A.    Actually, no, I don't remember.

24       Q.    Do you remember if you served any

25  jail time as a result of a petit larceny charge

```
1                      CAITLIN H. RAILO

2      and endangering the welfare of a child charge

3      stemming from this particular event?

4           A.    No.  I think I might have done a

5      night in jail.

6           Q.    Do you remember on July 14th, 2007

7      ever making a report of a child abduction?

8           A.    Walmart.

9           Q.    Okay.

10          A.    No, I never reported it.  I didn't.

11     I don't remember what happened.

12          Q.    Do you remember anything at all

13     about being involved in an incident where you

14     made a claim of an abduction on July 14th, 2007?

15     Do you remember that, before I show you any

16     documents?

17          A.    I remember Kevin leaving with my

18     daughter when I went into the bathroom.

19          Q.    Where?

20          A.    Walmart.  I don't -- no, I don't

21     really remember what happened.

22          Q.    Let's then turn to Page --

23          A.    But, yeah, that whole --

24                MR. LaROSE:  What page?

25          Q.    Let's go to Page 36.  Do you know a
```

1              CAITLIN H. RAILO

2       Frank Mulhair, M-U-L-H-A-I-R?

3              A.    No.

4              Q.    Are you reading the typed narrative

5       now that's on Page 36?

6              A.    Oh, yeah.  He did, actually.

7              Q.    I'm not sure what you're referring

8       to.

9              A.    I remember this now, yes.

10             Q.    Okay.  Tell me what you remember.

11                   Let me ask you this.  Do you

12      remember making a call to the police reporting a

13      possible abduction?

14                   MR. LaROSE:  Well, she may not have

15             used those words, abductions.

16                   THE WITNESS:  I didn't.

17             Q.    Well, tell me what words you may

18      have used or what you remember.

19                   MR. LaROSE:  It says here,

20             counselor, "RO states that the boyfriend

21             Frank left with her four-month-old

22             child."  Doesn't say the word abduction.

23                   MR. CIMINI:  It does.  It says just

24             prior to that, it says "reported possible

25             abduction."

1              CAITLIN H. RAILO

2              MR. LaROSE:  That may be -- that's

3        police jargon.  That's not necessarily

4        what she reported.  I mean, come on!

5        Q.    Well, I'm asking you the questions.

6              MR. LaROSE:  Well --

7        Q.    Tell me.  I asked you --

8        A.    Yes.

9        Q.    -- repeatedly to tell me what

10   happened.

11        A.    He drove off with my daughter.  I

12   said that.

13        Q.    Frank Mulhair?

14        A.    Yes.

15        Q.    Drove off with your daughter?

16        A.    Yes.

17        Q.    Okay.  Was that after he got angry

18   with you for some reason?

19        A.    No.  We didn't even have a

20   conversation.  When I came out, they were gone.

21        Q.    When you came out of where?

22        A.    The bathroom at McDonald's.

23        Q.    So, you came out of a bathroom from

24   McDonald's and your boyfriend and your daughter

25   were gone?

CAITLIN H. RAILO

1

2      A.    Yeah.

3      Q.    And so you called the police?

4      A.    Wouldn't you?

5      Q.    I'm asking you a question.

6      A.    Yes.

7      Q.    And what did you say?  Do you

8  remember?

9            MR. LaROSE:  Do you remember

10           specifically what you said is what he's

11           asking.  If you don't remember

12           specifically what you said, tell him.

13     A.    I know all I said was that my

14  daughter was in the car with my boyfriend and he

15  is gone, they're gone.

16     Q.    Do you remember the police coming

17  to where you were then?

18     A.    Vaguely, yes.

19     Q.    I'm going to read to you what is

20  typed here in the report and then we'll ask you

21  some questions about it.  It says, "RP was

22  obviously under the influence of a narcotic

23  since her pupils her dilated" -- I think that's

24  supposed to be were dilated -- "and her speech

25  was slurred."  And my question to you is, at

102

1                        CAITLIN H. RAILO

2      this time were you under the influence of a

3      narcotic as indicated by the police officer; yes

4      or no?

5              A.    I don't remember.

6              Q.    All right.  The officer goes on,

7      "It became extremely difficult to communicate

8      with RP.  RP refused to come to headquarters to

9      report incident."  Do you remember anything

10     about that?

11             A.    Yes, because he took my daughter.

12     I don't want to hear anything.  I don't want to

13     hear anything else but this is where your

14     daughter is, so, yeah, I became irrational and

15     became mad.

16             Q.    Do you remember the police asking

17     you to come to the police station?

18             A.    No, but I probably said no.

19             Q.    Do you remember being in the

20     bathroom of a McDonald's doing some type of

21     narcotics?

22                   MR. LaROSE:  Asked and answered,

23             counselor.  Come on!

24                   MR. CIMINI:  I'm referencing what's

25             in the report.

103

CAITLIN H. RAILO

1

2          MR. LaROSE:  I don't care what's in

3          the report.  You already asked her a

4          direct question.

5     Q.    Do you recall doing narcotics that

6  day, and you have an answer?

7          MR. CIMINI:  No.

8     A.    Yeah, you did.  I said no.

9     Q.    You said you didn't?

10          MR. LaROSE:  Don't recall.

11     Q.    You don't recall or you didn't use

12  narcotics?

13     A.    Not with my daughter I wasn't doing

14  it.  I relapsed a few times, but not that day.

15  I remember that day.

16     Q.    Do you know a Francine Jeschke,

17  J-E-S-C-H-K-E?

18     A.    No.

19     Q.    Do you remember your mother being

20  interviewed at all about this incident?

21     A.    No.  They interviewed my mother

22  later that night.  I wasn't there, so I couldn't

23  remember.

24     Q.    And I'll read what it says.  "RP

25  mother Sheila Metcalf.  Metcalf stated that her

```
 1                    CAITLIN H. RAILO
 2     daughter's full name is Caitlin Metcalf Railo.
 3     Sheila stated the baby is fine and that Caitlin
 4     has a bad drug habit and should be arrested."
 5                    Do you remember your mother saying
 6     anything like that to the police?
 7                    MR. LaROSE:  She already told
 8              you --
 9                    MR. CIMINI:  No, she didn't.
10                    MR. LaROSE:  -- before you read
11              that that she wasn't present when her
12              mother was interviewed.
13                    MR. CIMINI:  That wasn't the
14              question.
15                    MR. LaROSE:  How could she remember
16              that if she wasn't present when the
17              statement was made?
18                    MR. CIMINI:  She could have had a
19              conversation with her mother where her
20              mother told her.
21                    MR. LaROSE:  You didn't ask her
22              that.
23                    MR. CIMINI:  Yes, I did.
24                    MR. LaROSE:  That was not your
25              question.
```

CAITLIN H. RAILO

1

2      Q.    Do you remember your mother ever

3   telling you she made such a statement to the

4   police?

5      A.    No.

6      Q.    Let me ask you this, Caitlin.  Was

7   your mother being truthful when she reported to

8   the police that you had a bad drug habit at that

9   time?

10      A.    At that time, no, but I told you I

11   have had a drug habit.

12      Q.    But at the time of this particular

13   incident you did not, July 14th, 2007, your drug

14   habit was over?

15           MR. LaROSE:  Well, you can't mix

16           metaphors and stuff like that and say

17           over.

18      A.    I answered that before.  I said I

19   relapsed a few times, but I was not an addict at

20   that time.

21      Q.    So, at that time, to the best of

22   your recollection, you were not under the

23   influence of any narcotics?

24           MR. LaROSE:  On that day?

25           MR. CIMINI:  On that day.

1          CAITLIN H. RAILO

2          MR. LaROSE:  In that McDonald's?

3          THE WITNESS:  No.

4     A.    That's why I was so mad.

5     Q.    Page 39.  Caitlin, do you recall

6  being involved in a motor vehicle accident at

7  156 Monhagen, M-O-N-H-A-G-E-N, Avenue in

8  Middletown, New York on August 24th, 2007?

9     A.    No.  What is this?  Neither one of

10 those cars I never had.

11    Q.    You've never driven a 2005 Hyundai --

12 Hyundai --

13    A.    No.

14    Q.    -- or a 1995 Nissan Maxima?

15    A.    No.

16    Q.    Do you know a Nancy Parmelee?

17    A.    No.

18    Q.    A Kerry Andersen?

19          MR. LaROSE:  Where are you even

20          looking?

21    Q.    Let me just ask the question first.

22 A Nancy Hoover?

23    A.    No.  I was looking at that name.

24 No, I have no idea.

25    Q.    You don't know a Joseph Gallo?

1                    CAITLIN H. RAILO

2          A.    No.

3          Q.    Page 52.  Do you recall being

4    involved in an arrest of an unwanted person on

5    March 20, 2008 in the City of Middletown?

6          A.    An unwanted?

7               MR. LaROSE:  What the hell does

8          that mean?

9               THE WITNESS:  What is an unwanted

10         person?

11              MR. CIMINI:  It's right there on

12         the very top.

13              MR. LaROSE:  That's just it says,

14         "Call type unwanted person."  I mean, how

15         can you ask her to interpret this or

16         answer anything when you don't even know

17         what that means?

18              THE WITNESS:  I don't know what any

19         of this is.

20              MR. CIMINI:  I'm not asking her to

21         interpret.  I'm asking her if he just

22         remembers any incident on that day that

23         involves an arrest.

24         A.    No.

25         Q.    Okay.

1                    CAITLIN H. RAILO

2          A.     I never had that car either.

3          Q.     On Page 53, the persons involved,

4    you would agree that you've identified there

5    Metcalf, Caitlin with your date of birth.  Do

6    you see that?

7          A.     Yeah.  Yes.

8          Q.     And then under the "property

9    involved," there is some items that are

10   described, the glass pipe, a pill bottle.

11         A.     That has nothing to do with me.

12         Q.     Okay.  Tell me, who do you

13   think --

14         A.     I have no idea.

15         Q.     Okay.

16         A.     But I have never been caught with

17   any of those things.  I don't have -- I never

18   drove a Buick.  Glass pipe is for crack.  I

19   don't smoke crack, and it's a pill bottle with

20   white chunky substances.  I don't know, 133

21   Wickham was a building.  I might have been

22   involved in their questioning, but I was not

23   involved in -- I don't know what that is.  Who's

24   this sealed record?

25         Q.     Do you know an individual by the

1                    CAITLIN H. RAILO

2    name of Christina Bohm, B-O-H-M?  Does that name

3    sound familiar to you?

4         A.    No.

5         Q.    On October 11th, 2008, do you

6    remember being with an individual who was

7    arrested for criminal possession of a controlled

8    substance and criminal possession of a

9    hypodermic needle?

10        A.    No.

11        Q.    I'm not saying with you, but do you

12   remember being with someone that was arrested

13   for that?

14        A.    No.

15        Q.    And you don't know a Christina

16   Bohm, B-O-H-M, Christina L. Bohm?

17        A.    No.

18        Q.    Why don't you turn to Page 59?

19   Maybe that will help refresh your recollection.

20   Take a minute to just read that.

21        A.    What?

22             MR. LaROSE:  Let me know when

23        you're done with this page.

24        A.    Okay.  Well, that's not -- that's

25   not me.

1                        CAITLIN H. RAILO

2                  MR. LaROSE:  Have a question?

3           Q.    Did you have an opportunity to

4      review -- to read the typed narrative on Page 59

5      and 60?

6           A.    Yes.

7           Q.    Okay.  And would you agree that the

8      typed narrative, that this typed narrative

9      references an individual by the name of

10     Christina Bohm and yourself being stopped and

11     questioned and interviewed by the police?

12          A.    No.

13          Q.    You don't agree that that's what it

14     says?

15          A.    Yeah, but I don't ever remember

16     this.

17          Q.    Okay.  You don't remember anything

18     related to this?

19          A.    No.  They're saying that I helped

20     them took it out of -- I don't remember any of

21     that.

22          Q.    All right.  You don't remember

23     anything that's referenced in there?

24          A.    No.  And then they just sent me on

25     my way.  I don't understand any of that.  I

1                          CAITLIN H. RAILO

2       don't remember that.

3              Q.     Page 63, do you remember being

4       charged with possession of a controlled

5       substance in Middletown, New York on October

6       29th, 2008?

7              A.     No.

8              Q.     Now, if you take a minute to read

9       the next -- the two pages 63 and 64.

10             A.     I do remember this.

11             Q.     Just take a minute and read it.

12             MR. LaROSE:   Read the whole thing.

13             A.     Okay.  Honestly, I don't want to

14      talk about this one because he was a CI for the

15      police and there is truth to that story, and

16      none of that was mine, and I don't even want to

17      talk about that one because that's going to

18      upset me, because the door was open, I tried to

19      jump out of that car and get to the police.

20      This whole story is screwy, that's a CI for the

21      police, and that's not the right name.

22             Q.     I understand what it says in here.

23      Why don't you tell me in your own words what you

24      believe happened as a result of this incident?

25      Tell me in your own words why what's in here is

112

CAITLIN H. RAILO

1

2     maybe not accurate.  Go ahead, I'm giving you an

3     opportunity to explain this.

4          A.    I know, but I really don't want to

5     go into detail about this.  I told you what I

6     want to say.  The guy that was driving the car

7     knew my daughter's father and was giving me a

8     ride, but went and he turned the corner.  I saw

9     the police lights come on behind him and he

10    wouldn't pull over.  He sped up and told me I

11    couldn't get out of the car.  I was opening the

12    door while he was driving to jump out of the

13    car.

14         Q.    Did you ever throw any drugs out of

15    the car?

16         A.    No.  They were in his lap.

17         Q.    Were you charged with criminal

18    possession of a controlled substance as a result

19    of this incident?

20         A.    Yes, I was, and I got taken to

21    county jail because of it.

22         Q.    And do you remember, did you plead

23    guilty to any particular charges?

24         A.    No, I pled not guilty.

25         Q.    And --

1          CAITLIN H. RAILO

2          A.    Because I don't have -- they

3    charged me with crack cocaine.  I don't do

4    crack.  I told they could even drug test me.  It

5    would never be in my system, and if it was mine,

6    I'm a female, I would have stuck it in my bra

7    and not throw it out the door with a cop behind

8    me.  I just -- I don't want to.  They didn't put

9    his real name in there.

10         Q.    Did you read where it said at the

11   very bottom, "That the Defendant further stated

12   that she wouldn't throw drugs to the ground if

13   she saw a cop, she would swallow the drugs

14   instead"?

15         A.    Yeah, I would.  I'm not going to

16   lie.

17         Q.    Did you remember making that

18   statement?

19         A.    Yeah, because they said I threw it

20   out the door while they were behind us.

21         Q.    And just above that, it says, "The

22   Defendant stated that she used heroin and not

23   crack."

24              MR. LaROSE:  Isn't that what she

25         just told you, counselor?

```
 1                      CAITLIN H. RAILO
 2          A.    I don't lie.  I would tell a cop --
 3          Q.    I want to know if that's an
 4   accurate statement.
 5          A.    I would tell a cop, I would tell
 6   anything, you know.  I have a drug history,
 7   yeah.  I was using drugs.  I don't lie about it,
 8   though.
 9          Q.    The question was not were you using
10   drugs, the question was did you use heroin?
11          A.    Yes.
12          MR. LaROSE:  She's already told you
13          in earlier questioning that she's used
14          heroin in the past.  What is your
15          specific question here?  You know, you're
16          taking things out of context.  You're
17          misinterpreting things.
18          MR. CIMINI:  That's so not true.  I
19          specifically read what was in the police
20          report, that the Defendant stated that
21          she used heroin and not crack, and my
22          question was did you tell the officer
23          that you used heroin and not crack.
24          MR. LaROSE:  Now you're changing
25          tense.  "Used" means like that day, that
```

115

CAITLIN H. RAILO

1

2      time.  She has told you she has had --

3      you know what I'm getting at here.  Don't

4      misinterpret and don't change the things.

5          MR. CIMINI:  I'm not mis-

6      interpreting anything.

7          MR. LaROSE:  Yeah, you are.

8          MR. CIMINI:  It's a typed report

9      where she told the police officer

10     allegedly that she used heroin and not

11     crack.  I don't know when she may have

12     used it or may not have used it.

13     Q.    My question was, did you tell the

14  officer that you used heroin and not crack?

15     A.    Yes.

16     Q.    Okay.

17     A.    I mean...

18     Q.    Do you remember being involved in a

19  rear-end accident on March 17th, 2011 in which

20  you were the person that struck a vehicle in

21  front of you?

22     A.    No.  Port Jervis?

23          MR. LaROSE:  He hasn't showed you a

24     report.  I think that's the one in front

25     of the car dealership.

1                      CAITLIN H. RAILO

2                  MR. CIMINI:   Yeah.

3          Q.    Do you remember that?

4          A.    Yeah.   She had no steering wheel on

5     her car.

6          Q.    Let me ask a question.   Do you

7     remember the accident?

8          A.    Yes.

9          Q.    Where did the accident happen?

10          A.    Right in front of Clarke Motors in

11     Port Jervis.

12          Q.    Tell me, were you driving a

13     vehicle?

14          A.    Yes.

15          Q.    Was anybody with you?

16          A.    No.

17          Q.    Tell me what you recall happening.

18          A.    We were just going -- we got

19     through the light and at Clarke Motors kind of

20     veers to the left right in the town, right after

21     that, you know, little left turn that they have,

22     and I was going straight and she was trying to

23     make a left into Clarke Motors but had to slam

24     on the brake, because the car wouldn't turn

25     because there was no steering wheel in the car.

CAITLIN H. RAILO

1

2      Q.     So, the car in front of you had no

3  steering wheel?

4      A.     No.  The boyfriend busted up her

5  car or something and she put a rod in the

6  steering wheel column.  Yeah, the cops came and

7  couldn't believe it, so there was no charges or

8  anything for that.

9      Q.     You weren't cited for that

10  accident?

11      A.     No.

12      Q.     Were you ever involved in any other

13  rear-end accident other than that one?

14      A.     No.

15      Q.     Was anybody injured as a result of

16  that rear-end accident in front of Clarke

17  Motors?

18      A.     No.

19      Q.     Were you ever sued civilly by

20  anyone as a result of that accident?

21      A.     No.

22          MR. LaROSE:  What page is the

23          police report for that?  Do you have

24          that?

25          MR. CIMINI:  Page 14.

1                        CAITLIN H. RAILO

2                MR. LaROSE:   I thought I had seen

3           it somewhere.

4                MR. CIMINI:   Do you have Page 14?

5                MR. LaROSE:   But that's not the

6           real police report.

7                MR. CIMINI:   It's a narrative from

8           the call that came in apparently, but

9           it's not the official report.

10          Q.    I think I asked you earlier, were

11     you ever charged for speeding with respect to a

12     motor vehicle?

13          A.    I don't remember.   I said I don't

14     remember ever getting a speeding ticket.   I

15     think I got -- once I got pulled over for

16     speeding, but I think it got lowered.

17          Q.    Do you remember when that was?

18          A.    No.   That was a while ago, years

19     ago.

20          Q.    All right.   Do you remember being

21     pulled over in Dingman's Township on February

22     22nd, 2012 --

23          A.    No.

24          Q.    -- and being cited for speeding?

25          A.    I don't even know where that is,

                        CAITLIN H. RAILO

1  actually.

2          Q.    Dingman's Township in Pennsylvania,

3  Pike County, Pennsylvania.

4          A.    I don't know where Dingsman's

5  Township is, but...

6          Q.    Okay.  It's a docket from a

7  Magistrate, Magistrate Judge Alan B. Cooper.  Do

8  you see that?

9          A.    Yes.

10         Q.    And it's Commonwealth of

11  Pennsylvania versus Caitlin H. Railo; right?  Is

12  that you?

13         A.    Yes, yes.

14         Q.    And the very bottom, there is

15  charges listed there, two charges; exceeding 65

16  miles per hour for all vehicles by 23 miles per

17  hour?

18         A.    Oh, that was on the highway.  Okay,

19  yes, I remember.

20         Q.    Now you remember this?

21         A.    Yes.

22         Q.    Okay.  Do you remember, did you

23  plead guilty to?

24         A.    Not guilty.

1                    CAITLIN H. RAILO

2          Q.    You pled not guilty?

3          A.    Yes.

4          Q.    Do you remember if it was a hearing

5    regarding your plea of not guilty?

6          A.    No.

7          Q.    Do you remember how the charges

8    were resolved at all?

9               MR. LaROSE:  It looks like --

10              MR. CIMINI:  Let's go to Page 149.

11              MR. LaROSE:  -- lesser charge.

12              Does that refresh your

13         recollection?

14              THE WITNESS:  Yes.

15              MR. LaROSE:  All right.  So, tell

16         him what you recall.

17         Q.    What do you remember?

18         A.    I really don't remember.  I think I

19    did, and then I just mailed in the fine.

20              MR. LaROSE:  Yeah, okay.  That's

21         what he wants to know.

22              THE WITNESS:  You can do that with

23         the tickets, just mail them in.

24              MR. LaROSE:  You pled to?

25              THE WITNESS:  Yeah.

CAITLIN H. RAILO

1

2     Q.     Because you told me just two

3 minutes ago that you pled not guilty, so I'm

4 just trying to follow-up to see what happens, so

5 if you recall pleading guilty, I'd like to know

6 that.

7     A.     I don't recall, but I would assume

8 that it was settled from a fine.  You always

9 plead to a lesser charge.  I don't remember.

10     Q.     Do you remember how fast you were

11 clocked at by the police officer when he pulled

12 you over?

13     A.     No.

14     Q.     Do you remember, were you stopped

15 for any reason other than speeding?

16     A.     No.

17     Q.     Do you know if your driver's

18 license was suspended as a result of this

19 particular speeding charge?

20     A.     No, it wasn't.

21     Q.     Pardon?

22     A.     No, it wasn't.

23     Q.     Had you ever been convicted of

24 disobeying a traffic device?

25     A.     Yes.

1          CAITLIN H. RAILO

2          Q.    And do you remember the circum-

3     stances surrounding that?

4          A.    No.

5          Q.    Do you remember if that occurred in

6     the Town of Deer Park on July 10th, 2012?

7          A.    No.

8          Q.    If we can go back to Exhibit D,

9     that's the record expansion for your New York

10     driver's license that we received, and on the

11     first page of Exhibit D, the very bottom under

12     "Convictions," do you see there is a conviction

13     for disobeying a traffic device?

14          A.    Yes.

15          Q.    And the violation is July 10th,

16     2012.  Do you see that?

17          A.    Um-hum.

18          Q.    Yes?

19          A.    Yes.

20          Q.    And the conviction was on August

21     8th, 2012?

22          A.    Yes.

23          Q.    Orange County, Town of Deer Park?

24          A.    Yes.

25          Q.    Do you remember now, reading that,

CAITLIN H. RAILO

1

2      does that at all refresh your recollection as to

3      the circumstances surrounding that particular

4      violation and ultimate conviction?

5             A.     No.

6             Q.     You don't remember anything about

7      that?

8             A.     No.

9             Q.     Did you pay a fine as a result of

10     that, if you recall?

11            A.     Yes.

12            Q.     Do you recall that or is that just

13     because you're looking?

14            A.     No.  I paid a fine in Town of Deer

15     Park, but I don't remember exactly what it was

16     from.  Disobeying a traffic device is something

17     else.  I don't know.

18            Q.     Do you remember if you went through

19     a stop sign, if you went through a red light?

20            A.     No.

21            Q.     If you failed to yield?  Do you

22     remember anything at all?

23            A.     No, it was none of them.  I don't

24     remember.

25            Q.     As a result of the accident that

                    CAITLIN H. RAILO

1

2    involved Justin Maher, you were charged with a

3    number of criminal charges; correct?

4           A.    I don't remember what they were.

5           Q.    Do you remember what you pled

6    guilty to?

7           A.    No.

8           Q.    If I told you that you pled guilty

9    to assault in the second degree and aggravated

10   DWI involving a child, does that sound accurate?

11          A.    Yeah, for being here.  Wait, DWI or

12   DWAI?

13          Q.    DWAI.

14          A.    Okay.  That's a big difference.

15   Okay.

16          Q.    Well, what's your understanding as

17   to what you pled guilty to?

18          A.    I know the assault and endangering

19   the welfare of a child.

20          Q.    And anything involving a DWI or a

21   DWAI?

22          A.    Well, I'm assuming it was going to

23   be a DWAI because those are the two main ones

24   that they put on everything.  They don't really

25   write that one.

125

1                          CAITLIN H. RAILO

2           Q.     And what was your sentence?

3           A.     I got two years.

4           Q.     We already talked about your

5     license being suspended for a year.

6           A.     Yes.

7           Q.     And according to some of the

8     records that we have obtained from your criminal

9     file, you had an attorney by the name of Jean M.

10    Hernon, H-E-R-N-O-N.

11          A.     Yes.

12          Q.     Was Attorney Hernon a Public

13    Defender?

14          A.     Yes.

15          Q.     Did you ever retain or attempt to

16    retain any attorney from the Greenwald Law

17    Offices as a result of the criminal charges

18    stemming from this automobile accident?

19          A.     No.

20          Q.     If you can refer to Page 110 of

21    Exhibit C, this is a document that was part of

22    the criminal file that we were able to obtain

23    relating to the charges stemming from the bus

24    accident, and you can see that it's the People

25    of the State of New York versus Caitlin H.

1                    CAITLIN H. RAILO

2    Railo.  Do you see that?

3         A.    Um-hum, yes.

4         Q.    And then it has your arrest date of

5    April 12, 2013.  Do you see that?

6         A.    Yes.

7         Q.    And then the agency is the State

8    Police, and then it says next to that, "Defense

9    counsel if known," and it says "Greenwald Law"

10   along with a telephone number that I will

11   represent to you belongs to the Greenwald Law

12   Offices.

13        A.    I don't know who wrote that.  It

14   wasn't me that wrote it.

15        Q.    Okay.  Do you have any idea why

16   that information would have been placed there as

17   your defense counsel?

18        A.    No, I don't really know who that

19   is.

20        Q.    Okay.  You don't ever remember

21   meeting anybody from the Greenwald Law Office to

22   represent you for these charges?

23        A.    No.

24        Q.    Did you ever attempt to hire a

25   private attorney?

1                           CAITLIN H. RAILO

2              A.     Yes.   Wolfe.

3              Q.     Who was that?

4              A.     Wolfe.

5              Q.     Attorney Wolfe?

6              A.     Yes.   I don't remember his first

7       name.

8              Q.     Do you know what firm he belongs

9       with?

10             A.     He is by himself.

11             Q.     Okay.   Do you know where he is

12      located?

13             A.     Orange County.

14             Q.     Is his first name John?

15             A.     I'm not sure.   I actually think he

16      is out of Walden.   I think he is out of Walden.

17             Q.     But ultimately you never retained

18      the services of a private attorney?

19             A.     I don't know who wrote that.   Yes,

20      Wolfe.

21             Q.     But you did retain Wolfe?

22             A.     Yes.

23             Q.     How did you go from Wolfe to

24      Hernon?

25             A.     He thought I was going to trial for

128

CAITLIN H. RAILO

1

2        some reason.

3             Q.     Who did?

4             A.     Wolfe did.  I think my stepfather

5        told him yes, so he said he doesn't do cases

6        when they go to trial, so then I just went with

7        Legal Aid because he was meeting me at court in

8        Deer Park.

9             Q.     Do you know if the court assigned

10       an attorney to represent you from Greenwald Law

11       Office?

12            A.     I don't know.  I really don't.

13            Q.     I want to just ask you some

14       questions about your past medical history.

15                   Have you ever been diagnosed with

16       any medical conditions that required hospital-

17       ization or surgery?

18            A.     Yes.

19            Q.     Can you tell me about that just

20       briefly?  Just give me a listing, if you can.

21            A.     I had to have surgery on my breast.

22       I had to have a lumpectomy and then six lymph

23       nodes removed.  I had a full hysterectomy.  I

24       have had other cysts and tumors removed

25       throughout.  In between those two, I had a

129

CAITLIN H. RAILO

1

2      tubular pregnancy and then he did the operation

3      wrong.   He punctured my cervix with the vice

4      grips, whatever he used, and then he had to go

5      back in and re-do another surgery.   There is

6      just --

7            Q.     Over what time period did these

8      various surgical procedures occur?

9            A.     From 2000.   That was when I was

10     with Sava (phonetic).   What was that?   2008.

11     This is going to be the hardest part for me.   I

12     don't remember years.   2004, I believe.

13           Q.     Well, it didn't all occur in 2004?

14           A.     No.   That's when the first major

15     one was and then up to before I came in here.

16           Q.     And that would have been in 2014?

17           A.     March 17th of last year.

18           Q.     What was the last procedure that

19     you had done?

20           A.     Late February of last year.

21           Q.     What was it, though?

22           A.     I had a lump removed.

23           Q.     You were diagnosed with -- was it

24     breast cancer?

25           A.     Yes.

                        CAITLIN H. RAILO

1

2          Q.     And would it be accurate to say

3     that it was Dr. Koehler that treated you for

4     that breast cancer?

5          A.     He was the one that treated me for

6     the hysterectomy too.

7          Q.     And he is out of Crystal Run?

8          A.     Yes.

9          Q.     Did you treat with any other

10    physicians or doctors other than Dr. Koehler

11    since 2004?

12              MR. LaROSE:   In relation to these

13         items?

14              MR. CIMINI:   In relation to these

15         items.

16         A.     Yes, just by -- I don't remember

17    who did the surgery in Orange Regional, but just

18    him and Orange Regional Medical Center.

19         Q.     Did you treat with any doctors for

20    any other reasons other than what you described

21    during that same time period?

22         A.     See, it's kind of hard to say,

23    because I would go to -- I've been to some

24    doctors for my migraines that don't go away.

25    They've done CAT scans, and then I've only see

131

                    CAITLIN H. RAILO

1

2       them twice and then I've never seen them again,

3       and there is some -- or doctors, I seen them a

4       couple of times and never saw them again.

5             Q.    Can you give me the names of any

6       doctors that you would have seen for any of

7       those problems?

8             A.    I can't remember the names.  I

9       really can't.  I mean, I can try to find out,

10      but...

11            Q.    I'm asking you here now if you

12      don't know.

13            A.    No, I don't.

14            Q.    Let's talk a little bit about your

15      employment history leading up to Quality Bus.

16      Okay?  Tell me about the different employers

17      that you had prior to working for Quality Bus.

18            A.    It was just Kaltec, Riverside

19      Support Center, because before that I didn't

20      work when I was pregnant, and then it was just

21      manager of a restaurant, waitressing, and I was

22      going to school and I was having my daughter, so

23      I didn't work during then.

24            Q.    One of the employers was you said

25      Kaltec?

132

CAITLIN H. RAILO

1

2        A.     Yeah.  Yes.

3        Q.     And what was your position there?

4        A.     That was just a warehouse.  I

5  didn't work there very long.

6        Q.     What were your duties and

7  responsibilities?

8        A.     I started as a secretary until the

9  office, something happened to the ceiling, so

10  they just after a while it was just normal

11  duties of a warehouse.

12        Q.     How long did you work for Kaltec?

13        A.     Only a couple months through the

14  Christmas holiday, just through the holidays for

15  extra money.

16        Q.     Why did you leave?

17        A.     It was a horrible job.

18        Q.     Did you quit or were you fired?

19        A.     I quit.

20        Q.     And then we talked about Riverside.

21  You were there for two years?

22        A.     Yes.

23        Q.     And you left because they closed?

24        A.     They got closed down by Oasis when

25  they came in.

1                           CAITLIN H. RAILO

2           Q.      For violations of certain things?

3           A.      Yes.

4           Q.      What kinds of violations?

5           A.      I don't know.  That was between

6    them and the manager.

7           Q.      What job did you have right before

8    Quality Bus?  Was it Kaltec or the Riverside

9    rehab?

10          A.      It was Riverside.

11          Q.      What made you decide to become a

12   bus driver with Quality Bus?

13          A.      My mom was actually a bus driver

14   when I was young.  She used to drive me on the

15   school bus just like I was doing with Lexi, and

16   it was good hours and it was flexible with her

17   school.

18          Q.      Did you learn that there was an

19   opening for a bus driver at Quality Bus or did

20   you just grab an application somewhere?

21          A.      Sorry.  They had it in the

22   newspaper.

23          Q.      And you decided to go to Quality

24   Bus to get an application, or how did that

25   process occur?

134

1                    CAITLIN H. RAILO

2          A.    Yes.  I just walked in and spoke to

3     them.

4          Q.    Was there anything about your

5     driving history or criminal history that caused

6     you any kind of concern before you applied for a

7     job as a bus driver for Quality Bus?

8          A.    Pose a concern with me?

9          Q.    Yeah.

10         A.    It always does.  It does anywhere.

11         Q.    When you went to Quality Bus to

12    obtain an application, do you remember speaking

13    to anyone?

14         A.    Yes.  I spoke to the owner and the

15    secretary that was in there.

16         Q.    Do you remember the names of the

17    owner and the secretary?

18         A.    See, I can't remember that.  No, I

19    don't.

20         Q.    Prior to your employment with

21    Quality Bus, had you ever driven a school bus

22    for any other company at any time?

23         A.    No.

24         Q.    Did you ever drive a tractor-

25    trailer at any time prior to Quality Bus?

135

1              CAITLIN H. RAILO

2        A.    No.

3        Q.    So, it would be fair to say that

4    you had zero experience driving a large vehicle

5    such as a bus prior to your employment with

6    Quality Bus?

7              MR. LaROSE:   Off the record.

8              (Discussion off the record.)

9        Q.    But in your work experience and in

10   your private life, did you ever have any

11   experience driving a tractor-trailer or a bus

12   leading up to your employment with Quality Bus?

13       A.    Not that kind of bus, but motor

14   home and large vans and vehicles, yes.

15       Q.    Did you need a special license to

16   drive those particular vehicles?

17       A.    No.  You know what, they should,

18   but no.

19       Q.    The answer is no?

20       A.    No.

21       Q.    At some point you obtained your CDL

22   license; correct?

23       A.    Yes.

24       Q.    And did you pass it when you took

25   it the first time?

136

1                        CAITLIN H. RAILO

2          A.    First time, no.

3          Q.    How many times did it take you to

4    pass, do you recall?

5          A.    Two or three.

6          Q.    Do you remember when you first

7    attempted to obtain your CDL license?

8          A.    No.

9          Q.    Can you tell me what type of

10   classes that you had to take in order to obtain

11   your CDL license?

12         A.    You don't.  You just go to DMV and

13   tell them that you would like to go for your CDL

14   and then give you the booklet and you have to

15   study and pass the test.  It's in five different

16   sections.

17         Q.    And you said that it took you at

18   least two or three times to pass?

19         A.    Yes.

20         Q.    Do you remember what the reasons

21   were for why you didn't pass the first one or

22   two times?

23         A.    I couldn't remember the stuff about

24   the air brakes.

25         Q.    Was that the only reason you didn't

1                         CAITLIN H. RAILO

2    pass?

3          A.    Yes.  You fail one section, you

4    fail the whole thing.

5          Q.    Do you know what year you passed to

6    obtain your CDL?

7          A.    Four years ago.

8          Q.    Would it have been the same year

9    that you started your employment with Quality

10   Bus?

11         A.    Yes.

12         Q.    That would have been 2012?

13         A.    Yes.

14         Q.    When you --

15         A.    Well, sorry.  The accident was in

16   2012; right?

17         Q.    The accident was February of 2013.

18         A.    Okay.  Then, yes, 2012.  Sorry.

19         Q.    Before you obtained your CDL

20   license, did you have to practice driving a

21   large vehicle such as a bus or a tractor-trailer

22   or something like that?

23         A.    Yes.  Well, we had -- we practiced

24   with their buses.

25         Q.    With Quality Bus?

1                    CAITLIN H. RAILO

2          A.    Yes, yes.   Sorry.   You had to pass

3     a road test.

4          Q.    Was that the first time that you

5     had ever driven a bus like that?

6          A.    Like their buses, yes.

7          Q.    Prior to that time, had you ever

8     operated a bus similar to that for any reason?

9          A.    Well, like I said, I've driven a

10    smaller one and I've driven motor homes and

11    things that are the same size, so it's basically

12    the same, but not their buses, no.

13         Q.    How long did you drive a motor home

14    or smaller buses?

15         A.    Not very often, but I don't

16    remember when.

17         Q.    Was it for employment --

18         A.    No.

19         Q.    -- or was it for personal use?

20         A.    It was for personal use.

21         Q.    Did you own a motor home?

22         A.    No.

23         Q.    Who owned the motor home that you

24    drove?

25         A.    One of my exes.

139

1                       CAITLIN H. RAILO

2          Q.     And did you drive -- I forgot if I

3     asked you that, but did you drive that on a

4     regular basis or did you drive that often?

5          A.     When we went away, yes.

6          Q.     And how many times would you say

7     that you drove the motor home?

8          A.     I don't remember.  I don't know how

9     many times.

10         Q.     You said something about a smaller

11    type bus.

12         A.     Um-hum.

13         Q.     Yes?

14         A.     Yes.  That was only two or three

15    times.

16         Q.     Who did you drive that smaller bus

17    for?

18         A.     I don't remember.  That was years

19    ago.  It was a long time ago.  I don't remember

20    that.

21         Q.     The training that you undertook

22    with Quality Bus in order to learn how to drive

23    a bus, how long did that course take?  Do you

24    recall?

25         A.     About a month going in every day.

1                    CAITLIN H. RAILO

2          Q.     Did you go right to their facility?

3          A.     Yes.

4          Q.     Where was that?

5          A.     Right in Port Jervis -- well,

6    Sparrow Bush.

7          Q.     And what did you do for that month

8    period of time?  Was it in-class training?  Was

9    it on-the-road training?  Was it a combination?

10         A.     It was a combination.  You drove

11   with them and then you drove on back roads and

12   practiced driving and the turns and how to use

13   the mirrors, and you did that for a while until

14   you were able to pass the road test.

15         Q.     Were you ever instructed by anyone

16   from Quality Bus about a rule as how far you are

17   to look ahead when you're driving a bus?

18         A.     Yes.

19         Q.     What can you tell me about that

20   particular rule?

21         A.     I tell you the truth, I don't know.

22   I don't remember.

23         Q.     Do you know if Quality Bus

24   discussed any particular rule for scanning

25   traffic?

141

1            CAITLIN H. RAILO

2        A.    Always.  That's not just with the

3    bus company, that's with everybody and every

4    time you're driving, absolutely.

5        Q.    But I'm just trying to be specific

6    to Quality Bus, and if you can recall anything

7    specific that they instructed you on with

8    respect to scanning traffic, that's what I'd

9    like to know.

10       A.    Well, yes.

11       Q.    I don't want you to --

12       A.    With them.

13       Q.    -- to guess.  I want you, if you

14   have a specific recollection of what you were

15   taught by Quality Bus regarding the scanning of

16   traffic, I'd like to know that.

17       A.    Well, I don't.  That's kind of a

18   broad question because it's oncoming traffic or

19   around you, because, I mean, honestly, I'm not

20   trying to be funny, but there is many different

21   things because it was a bus.  There is a lot of

22   blind spots.

23       Q.    Well, tell me what Quality Bus

24   instructed you on with respect to those

25   different areas that you talked about.

CAITLIN H. RAILO

1

2      A.    Well, that's why there is the

3   mirrors that -- there are the mirrors cover a

4   certain feet around the bus.

5      Q.    And you were taught to look in the

6   mirrors?

7      A.    Well, yes.

8      Q.    Well, I'm trying to get at what

9   they actually told you.  I'm not trying to be

10  difficult.  If you can recall something specific

11  that they taught you with respect on how to use

12  the mirrors or how to look at traffic ahead of

13  you or alongside of you, that's what I'm trying

14  to get at.

15     A.    Yes.  I mean, you don't ever -- I

16  don't know what you want to hear specifically,

17  though, because I can't remember the exact feet

18  now.  I don't really know what you want to hear

19  specifically.

20     Q.    I'm interested in knowing if you

21  can recall anything specific that Quality Bus

22  taught you about any of these things that we're

23  just talking about.

24     A.    Well, I mean, there is always,

25  while you're driving, you shouldn't -- you

1                        CAITLIN H. RAILO

2     should always while you're looking ahead of you,

3     twenty feet in front of you, then you always

4     have to be looking in your mirrors because you

5     always have blind spots and you can't see when

6     there is cars passing you, when they're coming

7     up from behind you, because you can't see in

8     that one spot, so, I mean, there is a bunch of

9     safety precautions with the bus.

10              Q.      Did they ever instruct you on how

11    long it should take for you to clear the lane,

12    to clear a lane of travel when making a turn?

13              A.      Three to five seconds.

14              Q.      Thirty-five or three to five?

15              A.      Three to five.

16              MR. LaROSE:   Three to five.  She

17          said three to five.

18              A.      I'm not sure the exact number.

19              Q.      That's a big difference.

20              MR. LaROSE:   Yeah.

21              A.      Yeah.

22              Q.      Three to five seconds?

23              A.      I don't remember.  I don't know

24    why, but I can't remember anything while I'm in

25    here.

144

1          CAITLIN H. RAILO

2          Q.    When I ask you the question --

3          A.    So, I'm going to say I don't

4    remember.

5          Q.    All right.  Your immediate response

6    was three to five seconds, and now you're saying

7    that might not be it and you don't remember?

8                MR. CATALINOTTO:  Objection to the

9          form.  You can answer.

10               THE WITNESS:  I'm sorry.

11               MR. CATALINOTTO:  You can answer.

12         I just objected to the form of the

13         question.  You can answer.

14         A.    I don't remember.

15         Q.    Do you remember being interviewed

16   by anyone from Quality Bus before you were

17   hired?

18         A.    The boss, I don't remember his

19   name, but I just went in and spoke to him.

20         Q.    If I said the name Michael

21   Martucci, does that sound familiar to you?

22         A.    Yes, it sounds familiar.

23         Q.    Is that your understanding as to

24   who the boss of Quality Bus was that you

25   interviewed with?

1              CAITLIN H. RAILO

2              MR. LaROSE:   That's two different

3         things.   There may be more than one boss.

4         I mean, there may be a boss, but it may

5         not be the one she interviewed with.

6         Q.    Do you recall interviewing with a

7    man by the name of Michael Martucci?

8         A.    I can't be sure that was him.

9    There was two men, two men and one female that

10   run the place -- well, actually two females.

11        Q.    Do you remember them asking you any

12   types of questions about who you were and your

13   background and things of that nature?

14        A.    (Indicating negative response.)

15        Q.    You don't remember?

16        A.    No.

17        Q.    Do you remember if you disclosed

18   anything to those individuals from Quality Bus

19   who interviewed you about your past drug use?

20        A.    No.

21        Q.    Is the question that you don't

22   remember and you may have, or no, you did not

23   disclose anything about your past drug use?

24        A.    No, I didn't disclose anything.

25        Q.    Did you disclose to any of those

146

CAITLIN H. RAILO

1

2      individuals who interviewed you from Quality Bus

3      that you suffered from seizures?

4             A.    No.

5             Q.    Did you disclose to either of those

6      individuals that you had sustained brain damage?

7             A.    No.   That's more or less what the

8      drug use.

9             Q.    You didn't disclose the fact that

10     you had prior drug use in your life to your

11     potential employers at that time?

12            A.    No.   I didn't feel like it was

13     really any of their business at that time.

14            Q.    When you applied for the bus driver

15     position for Quality Bus, were you addicted at

16     that time to any drugs or alcohol?

17            A.    No.

18            Q.    Were you taking any prescription

19     medications at the time that you applied for

20     work with Quality Bus?

21            A.    Yes.

22            Q.    What prescription medications were

23     you taking?

24            A.    Suboxone, Clonidine and Valium.

25            Q.    Did you disclose to your employer

1                          CAITLIN H. RAILO

2          that you were taking those three drugs?

3                 A.    Yes.

4                 Q.    Did you disclose to Quality Bus why

5          you were taking those three drugs?

6                 A.    You don't -- well, yes, I did.

7                 Q.    Do you recall what reason you gave

8          Quality Bus for taking the Valium?

9                 A.    It's prescribed to me for anxiety.

10                Q.    Did you tell Quality Bus that

11         you're taking Valium because you suffer from

12         anxiety?

13                      MR. LaROSE:  Do you understand the

14                difference?  You've already told him that

15                you've disclosed those drugs.  He wants

16                to know if you told them why you were

17                taking them, not that you told them I'm

18                taking Valium.

19                A.    I don't remember.  Actually, I

20         don't remember if I told them why.

21                Q.    Now, the question is, at the time

22         that you applied for that job in 2012, why were

23         you taking Valium?

24                A.    Why?  I just told you.

25                      MR. LaROSE:  Anxiety.

1          CAITLIN H. RAILO

2          Q.    For anxiety?

3          A.    Yes.

4          Q.    For any other reasons?

5          A.    No.

6          Q.    Were you taking that on a daily

7      basis?

8          A.    Yes.

9          Q.    Who prescribed the Valium for you

10     at that time?

11         A.    Dr. Galli.

12         Q.    And do you remember in what dose

13     you were taking the Valium at that time?

14         A.    At that time I was down to five

15     milligrams, twice a day.

16         Q.    And you told me that you listed

17     three drugs.  We talked about the Valium, the

18     Clonidine.  You were taking Clonidine; correct?

19         A.    Um-hum, yes.

20         Q.    Yes.  And you disclosed that to

21     Quality Bus when you applied?

22         A.    Yes.

23         Q.    And did you tell Quality Bus at

24     that time why you were taking Clonidine?

25         A.    No.  I had to tell the nurse.  She

149

CAITLIN H. RAILO

1
2    knows what it's for.  It's high blood pressure

3    medication.

4              Q.    And what dosage were you taking the

5    Clonidine?

6              A.    One milligram, twice a day.

7              Q.    Who prescribed that?

8              A.    Dr. Galli.

9              Q.    And when you say that you told the

10   nurse about that, what nurse are you referring

11   to, the nurse that was hired by Quality Bus, or

12   is it some other nurse?

13             A.    No.  It's a nurse.  You have to go

14   to pass the test to be a bus driver.  They're

15   actually in Middletown, their office.

16             Q.    The third drug that you mentioned

17   that you were taking at the time you were hired

18   by Quality Bus was Suboxone; correct?

19             A.    Yes.

20             Q.    And you disclosed the fact that you

21   were taking Suboxone to Quality Bus?

22             A.    Yes.

23             MR. CATALINOTTO:  Objection to the

24        form.  You can answer.

25             MR. LaROSE:  Via the nurse.

150

1         CAITLIN H. RAILO

2              MR. CATALINOTTO:  Can you clarify

3         whether it's the employer or medical

4         provider?

5         Q.    Did you disclose to Quality Bus --

6    I'll ask it in two forms -- number one, did you

7    disclose to anyone from Quality Bus that you

8    were taking Suboxone at the time that you were

9    hired by Quality Bus?

10        A.    Yep.  Quality Bus or medical?

11        Q.    Quality Bus.

12             MR. LaROSE:  He wants to know, not

13        that whether you told the medical and the

14        medical tells Quality, he wants to know

15        if you directly told somebody at Quality

16        and said I take prescription medication

17        Suboxone.

18        A.    I don't remember.

19        Q.    Do you remember if you told the

20   nurse that you were taking prescription

21   Suboxone?

22        A.    Absolutely.

23        Q.    And did you tell the nurse why you

24   were taking prescription Suboxone?

25        A.    She knows why.  There is only one

1                     CAITLIN H. RAILO

2     reason to take Suboxone.

3                 MR. LaROSE:  Okay.  So, you didn't

4         tell her specifically?

5                 THE WITNESS:  No.

6         Q.    So --

7         A.    I don't think so, no.

8         Q.    I don't want to -- I'm trying to

9     understand.  I'm trying to understand what

10    you're saying and you're assuming that we all

11    know the reason why you take Suboxone, but I

12    need to know on the record, number one, did you

13    tell the nurse why you were taking Suboxone?

14        A.    No.

15        Q.    Okay.  Is it your position and

16    understanding that you didn't need to tell the

17    nurse why you were taking Suboxone because the

18    nurse would automatically know why you're taking

19    Suboxone?

20        A.    Yes.

21        Q.    And tell me now why you would take

22    Suboxone.

23        A.    It's for people coming off of

24    drugs, any kind of opiates.

25        Q.    And what dosage were you taking the

CAITLIN H. RAILO

1

2 Suboxone at that time?

3          A.     Eight milligrams in the morning,

4 and can't remember at that time whether I was on

5 two or four milligrams at night.

6          Q.     Who prescribed the Suboxone?

7          A.     Dr. Galli.

8          Q.     What pharmacy did you use to obtain

9 the three drugs that we just identified?

10          MR. LaROSE:   What time period are

11          we talking about?  While she was at

12          Quality?

13          Q.     Let's talk about just before you

14 were hired by Quality.

15          A.     Aliton's and Medicine Shoppe.

16          Q.     Where are they both located?

17          A.     Port Jervis.

18          Q.     How about when you were actually

19 working for Quality Bus for those four months

20 period of time or however long it was?

21          A.     Same place.

22          Q.     Were you ever made aware of any

23 rules or regulations by anyone against driving

24 under the influence of opiates or other drugs?

25          MR. LaROSE:   Well, I'm going to

CAITLIN H. RAILO

1

2      have to ask you to break it down.

3               MR. CATALINOTTO:  Objection to

4          form.

5               MR. LaROSE:  I don't know what

6          "other drugs" mean.  Opiates I under-

7          stand.

8          Q.     Did anyone ever talk to you about

9     Suboxone affecting your ability to safely

10    operate a motor vehicle?

11         A.     Yes.  Any medication will affect

12    anybody, but I've been on it for years.  It does

13    not affect me.  It doesn't make me drowsy.  It

14    doesn't do anything to me mentally, otherwise I

15    definitely would not have driven at all or in my

16    personal car.

17               MR. CATALINOTTO:  Just for

18          clarification, when you say "anyone,"

19          you're talking about a medical provider?

20               MR. CIMINI:  I'm talking about

21          medical provider, yes.

22         A.     No.

23         Q.     What about the nurse that you

24    reported these drugs to?

25         A.     No.

1                    CAITLIN H. RAILO

2           Q.    Did she ever say anything to you

3      about whether or not you might not be fit to

4      drive a bus because of these three drugs that

5      you reported to her that you were on?

6           A.    That's what I was thinking, but,

7      no, she didn't say anything.

8           Q.    I know you filled out a job

9      application and we're going to go over that.  I

10     want you to look at what we'll mark as Railo E.

11               (Whereupon, an employment

12               application was marked as Railo Exhibit E

13               for Identification as of this date.)

14          Q.    Railo E is a three-page --

15               MR. LaROSE:  Three page.  Take a

16               quick look at this and then he is going

17               to ask you some questions.

18               THE WITNESS:  Okay.

19               (Document submitted.)

20          Q.    Is this the application that you

21     filled out for employment for Quality Bus?

22          A.    Yes.

23          Q.    Is this in your handwriting?

24          A.    Yes.

25               MR. LaROSE:  Is there anything

CAITLIN H. RAILO

1

2      other than your handwriting?  Look at

3      each page, that's what he wants to know,

4      because somebody may have written in

5      something, you know, over the stuff that

6      you wrote.

7           THE WITNESS:  No.

8      Q.    Okay.  And you filled this out on

9  July 31st, 2012?

10      A.    Yes.

11      Q.    And did you have an opportunity to

12  read everything that you wrote?

13      A.    Yes.

14      Q.    And is everything that you wrote

15  truthful and correct as far as you know?

16      A.    Yes.

17      Q.    What happened with the application

18  after you filled it out?  Do you remember that?

19      A.    I'm sorry?

20      Q.    What happened after you filled out

21  the application?  What do you remember what you

22  did with it?  It's dated July 31st, 2012.  What

23  did you do with it after you filled this out?

24      A.    What do you mean, what did I do

25  with it?

CAITLIN H. RAILO

1

2      Q.     Did you mail it back?  Did you fill

3   it out at the --

4      A.     No.  I brought it back.

5      Q.     Okay.  When you brought it back, do

6   you remember speaking with anyone at that time?

7      A.     I don't remember his name.

8      Q.     After you filled out this

9   application, did you have to undergo any type of

10  special training that was provided by Quality

11  Bus before you were actually hired?

12     A.     No.

13     Q.     Do you remember if they hired you

14  right on the spot then?

15     A.     Actually, I don't remember.

16     Q.     Did you have to undergo any type of

17  drug testing before you were hired by Quality

18  Bus?

19     A.     That was the same -- yes.

20     Q.     Do you remember that?

21     A.     Yes.

22     Q.     You said "that was at the same."

23  Were you saying that was at the same time?

24     A.     Yes.  That was during the training

25  before because you had to train first before you

157

CAITLIN H. RAILO

1

2  could drive.

3          Q.     Okay.  Did you train before you

4  filled out this application or after you filled

5  out the application?

6          A.     After.

7          Q.     With respect to the drug testing,

8  do you remember what method of drug testing you

9  underwent?

10         A.     Method, you mean, like blood or how

11  they got it?

12         Q.     Exactly.  Was it blood?  Was it

13  urine?

14         A.     Urinalysis.

15         Q.     Urinalysis?

16         A.     Yes.

17         Q.     Do you remember where that took

18  place?

19         A.     At their -- whoever they use for

20  medical in Middletown.

21         Q.     And did you at any point in time

22  during that urinalysis attempt to dilute the

23  urine sample in any fashion?

24         A.     No.  You're not allowed to bring

25  anything in with you.

1                    CAITLIN H. RAILO

2          Q.    Did you attempt to utilize any type

3    of additive intended to give a plain result?

4          A.    No.

5          Q.    Did you ingest any type of agent

6    that would help mask any type of drugs you might

7    have been taking?

8          A.    No.  You don't know when you're

9    getting it.

10         Q.    Did you pass the drug test that you

11   took?

12         A.    Yes.

13         Q.    And what drugs were you at the time

14   that you -- what drugs were you taking at the

15   time that you provided your urinalysis, if you

16   know?

17         A.    The ones I was prescribed,

18   Clonidine, Valium and Suboxone.

19         Q.    Were you required to be examined by

20   a physician before you were hired by Quality

21   Bus?

22         A.    Yes.

23         Q.    And do you know who that physician

24   was?

25         A.    It's theirs.  I don't know.  I

159

CAITLIN H. RAILO

1

2    don't know who it is.

3           Q.    Well, in other words, they didn't

4    tell you go to your own doctor and give us a

5    certificate of good health?

6           A.    No.

7           Q.    They sent you to their own person?

8           A.    Yes.

9                 MR. CIMINI:  I'm going to show you

10               what we'll mark as Railo F.

11                (Whereupon, a medical examination

12               report was marked as Railo Exhibit F for

13               Identification as of this date.)

14          Q.    Because they're not stapled, I

15   don't want to get them all mixed up.  Railo F is

16   a medical examination report, that's a

17   three-page document, and you are listed as the

18   driver.  Do you see at the very top it says

19   "Driver's Information" in black?

20                (Document submitted.)

21          A.    Yes.

22          Q.    And then next to it, it says

23   "Driver complete this section."  Do you see that

24   right next to it?

25          A.    Oh, yes.

1                          CAITLIN H. RAILO

2              Q.    Did you complete that first

3       section, Number 1?

4              A.    Yes.

5              Q.    Is that your handwriting?

6              A.    Yes.

7              Q.    Is everything that's contained in

8       that section correct?

9              A.    Yes.

10             Q.    Under the "Health History"

11      section, Number 2, did you check off all of

12      those boxes there?

13                  MR. LaROSE:   Or somebody

14             interviewed you and they check it off?

15             Do you remember?

16                  THE WITNESS:   I don't remember,

17             actually.

18             Q.    Under it, says right next to the

19      "Health History" block, just like it does for

20      Number 1, it says, "Driver complete this

21      section, but medical examiner is encouraged to

22      discuss with driver."

23             A.    Yeah, if this -- if I checked this

24      off, a lot of this would actually -- it would

25      change.