1. family

2. careers you have

3. type of children, y u are driving

4. hobbies interest , expertise in emerg. respons

5. makes u unique

6. hope to learn abat this corse.

Family
  6 yr old daughter named Alexis
  Husband named Eric (1 yr 4 mon) (dating) (3 yrs.)
Careers                      of Med. b. King
  Phlebotomy, Med. Assi's. License See,)   *Ran a Drug Rehab.
  Women's Health degree, majored in Crim. Jus,
Drives for Christian School (PA) (ASK)
  Loves children, likes driving
Hobbies
  writes, paints, restores Furn., Home dec
  time w/ fam.

Unique
  Sense of humor, painer/ creative
Course
  Medical / First Aid

I want the students 2 begin with
let out 2
X has the Girl going
Into the wheel ?
no basketball

Know children's potential conflicts w/
others.
Don't allow drinks

Tina

858-2387

Dana

845 820-9039

Saturday

Destina
Dickerson

Selena

# Children w/ Special needs

ental, physical, learning, emotional, sensory

1989

agency through Federal government To States

## IDEA - Individuals w/ disabilities Education Act -

Provides appropriate services For Free For public education (boes, center 4 dorovery, ect.) -educated in least isnificate environment. -reg. School, bus

Fed → government → state
they give it to schools
For funding

## FAPE - Free Appropriate Public Education -.they find the free education specifically designed for your child. where (school) transportation determined by disability

(you can Transport Spec. needs To 2)

## SE - committe on Special Education -. (work w/ district) -

committe will evaluate child to come up w/ education lan for the child < teacher, head of comm., parent, phyc. sx. worker

## Buckley Amendment -family education right to privacy Act.

only need for access to info. driver w/ child w/ disability - Private!

## Autism  LF ——→ HF
low Functanting    high functioning - Talk to parents - pay attention to child -likes, what enjoys

HF - main stream, go to school, bus, could grow out of it.

E - non Verbal
edical conditions along with it

Physical - wheel chair, crutches, Assisted devices.
deaf - blind

learning disability - normally we don't notice on bus

Mental

↗ Autsim

TBI - traumatic Brain Injury

Social ← - ADD, ADHD

Behavioral ↗ environmental
Intentsive Day treatment → Substance abuse "Sbarr"

Delaware + West Main

* Red van - morning
older man - *following the bus. *

## Conducting Bus Safety Drills

Drivers should discuss bus drill procedures, including the use of seat belts with their students. In case of emergency, older students will assist in opening whatever doors necessary to exit the bus.

**Instructions to be given to the students:**

1) Tell your students that you will give them instruction on what to do in an emergency. Tell them to stay in their seats and listen for instructions.
2) If the driver is injured, several of the students should be trained in the use of the bus radio to call into base with the needed information.
3) Students are to exit the bus quickly and safely as possible using the emergency back doors, emergency side doors and roof hatch or regular door. USE REGULAR DOOR WHENEVER POSSIBLE. They are to stay off the highway and away from the bus at a distance 200-300 feet.
4) The students should be given instruction as to the location of:
   - First Aid Box
   - Fire Extinguishers
   - Windshield and push-out windows
   - Emergency windows
   - Triangles
   - Side and back emergency doors
   - Emergency seat belt cutters
5) The following should be demonstrated to the students:
   - Push open the emergency windows
   - Open the back emergency door
   - Open side emergency door
   - Open the roof hatch
   - Use of the 2-way radio
   - Use of the fire extinguisher
   - Proper use of seat belts
   - Stopping / Securing vehicle location of parking brake
   -
6) Students should be reminded to leave all items on the bus during the drill and in a true emergency.
7) The next section is concerning bus safety and ridership rules.

## Bus Ridership Rules

**Introduction**

Transportation is provided for the safety and convenience of pupils.  Students are required to obey established rules in order to continue the riding privilege.

**Safe Riding**

1) Arriving and waiting at bus stops:
   - Be outside 5-7 minutes before arrival time.  This will avoid rushing.
   - Walk; do not run to the bus stop.
   - No horseplay at the bus stop.
   - Stand back at least 10 feet from the roadway.

2) Boarding procedure:
   - Stand back at least 10 feet from the roadway until the bus is fully stopped and the door opens.
   - Walk to board the bus.  Do not run.  Be orderly.
   - Enter the bus using the handrail.
   - Go directly to your seat.
   - Sit two to three in a seat.

3) Riding the bus:
   - Stay in your seat while the bus is moving.
   - Keep the bus clean and the aisle clear.
   - Keep head, hands and arms inside the bus.
   - No eating or drinking on the bus.
   - No pets, guests, large objects, glass, sharp objects, etc. on the bus.
   - Be courteous, speak quietly.
   - No throwing objects either on the bus or out the windows or doors.
   - Review any rule you feel is important.

4) Exiting the bus at school:
   - Stand only after the bus has stopped.
   - Exit in an orderly manner.
   - Walk directly away from unloading area (at least 15 feet).

5) Returning home from school:
   - Remain seated until the bus stops.
   - Walk down the aisle.  Use the handrail on the steps.
   - Use caution when it is raining or walking on leaves.
   - If crossing the street, walk on the shoulder or sidewalk fifteen feet from the front bumper.  Look at the driver and be sure the driver looks at you.
   - Do not cross until the driver gives you the signal to cross.
   - Listen and look both ways beginning to cross.  Stop by the edge of the bus (near middle of the road).  Look again both ways to be sure no vehicles are passing the bus.  If safe, continue to cross.

- If the bus horn sounds (this means danger), go back to the shoulder of the road and wait for the driver to signal that it is safe to cross again.

- no kids, single, single child

- liberal arts  - went to Occc

- ~~at of control~~ Elementary ~~school~~ ~~high school~~ wheel chair
   Enjoy driving

- Hobbies
   Fishing, playing the guitar, camping,
   & Jogging, cooking

- Chique
   try to be creative, use
   problem solving initiatives,
   like to laugh

Course
   Want to learn about operating bus
   in safest manner possible

# Regulatory Agencies

## NYS Education Department
- Regulation 156.3
- Physical Performance Test

## NYS Department of Motor Vehicles
- Article 19-A
- Bus Driver Certification Unit
- Testing and Investigation
- Vehicle and Traffic Law

## NYS Department of Transportation
- Truck and Bus Safety Section
- Hours of Labor

## US Department of Transportation
- Federal Highway Administration
- CDL License
- Drug and Alcohol Testing

 New York State Basic Course of
Instruction for School Bus Drivers

Overhead
# 9

# Special Bus Driving Rules

- No fueling with students on board
- Responsible for passengers' behavior
- 55 mph maximum speed
- No eating, drinking, or smoking
- Cannot leave the bus with passengers
- No Right on Red
- RR Crossing Procedures
- Headlights on
- Red/Yellow Lights
- May not drive if ill or fatigued
- No unnecessary conversation
- Hours of labor restrictions



 **New York State Basic Course of Instruction for School Bus Drivers**

Overhead
# 10

# School Transportation Timeline

1865  Horse-drawn wagons contracted to transport children

1920's Steel bodied school buses

1939 First National Standards Conference

1946 Loading lights in NYS

1966 Federal Motor Vehicle Safety Standards

1973 NYS 19-A and required SED training

1977 Comprehensive Federal school bus construction standards

1986 CDL legislation

1991 Drug & Alcohol legislation



New York State Basic Course of Instruction for School Bus Drivers

Overhead # 12



# Memo

12-1
driving + outside

**To:** **GOSHEN DRIVERS**

**From:** GOSHEN MANAGEMENT TEAM

**Date:** 11-02-2012

**Re:** 30 HOUR COURSE

same

Quality will be hosting a 30 hour course at the Goshen Location for drivers 2 Saturdays in November (11-10 & 11-17) and 2 Saturdays in December (12-01 & 12-08) from 7:30am to 3:30pm. For bus operators to be qualified to drive New York State requires the 30 hour course be completed within a year of license issuance.  If you have not taken the 30 hour course and you are a new driver within the past year it is imperative you speak with the office staff to arrange a seat in this course.  If you have not completed the 30 hour course and you are a new driver than you will not be qualified to drive.

Turn by
maco on right
Qality bus

1





# THE STATE EDUCATION DEPARTMENT
## THE UNIVERSITY OF THE STATE OF NEW YORK
Office of Educational Management Services • Pupil Transportation Services

# Basic Course of Instruction for
# School Bus Drivers

**MADISON-ONEIDA**
BOARD OF COOPERATIVE EDUCATIONAL SERVICES
Spring Road, P.O. Box 168, Spring Road, Verona, NY 13478-0168

Phone: (315) 361-5500 • Fax: (315) 361-5595

INSTRUCTOR

GUIDE

# QUALITY BUS
# SERVICE

## EMPLOYEE HANDBOOK


PLAINTIFF'S
EXHIBIT
Railo I
4/13/15 nr



# ARTICLE 19-A ORAL/WRITTEN EXAMINATION RESULTS

New York State Department of Motor Vehicles

## INSTRUCTIONS TO CERTIFIED EXAMINER

After administering the exam, and using the answer key provided (Form DS-875Z, "Article 19-A Written Examination Answer Sheet"), complete this form and attach it to the driver's completed examination.

### TYPE OF EXAMINATION

☐ Oral   ☒ Written   ☐ Re-examination

## DRIVER INFORMATION

| Driver's Last Name | First | M.I. | Date of Birth (Month/Day/Year) |
|---|---|---|---|
| Railo | Caitlin | H | 8/12/1981 |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 5 White Street, Apartment 2 | Port Jervis | NY | 12771 |

| Client/License ID Number (from Driver License) | State | Class of Driver's License | Endorsements | Restrictions | Expiration Date |
|---|---|---|---|---|---|
| 491879925 | NY | B | PS | NONE | 8/12/2015 |

Driver Signature: *Caitlin Railo*

## CARRIER INFORMATION

| Carrier/DBA Name | Legal Name (if different) | Federal ID Number | 19-A Business ID Number |
|---|---|---|---|
| Quality Bus Service, LLC | — | 260833353 | 22855 |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| PO Box 600 | Sparrowbush | New York | 12780 |

## DRIVER EXAMINATION RESULTS

☒ Passed   ☐ Failed - Driver Disqualified

*A +15*
*Br 5*

## EXAMINER'S CERTIFICATION

*I certify that I have tested the above driver in compliance with Section 6.12 and/or Section 6.15 of Part 6 of the Commissioner's Regulations. The employer has been notified of the results.*

| Certified Examiner's Name | Client/License ID Number (from Driver License) |
|---|---|
| Mary Koselnak | 681891588 |

| Certificate Number | Certification Class | Endorsements | Restrictions | Expiration Date |
|---|---|---|---|---|
| 070197 | B | PS | B | 20-Aug-2020 |

| Certified Examiner's Signature | Date of Examination |
|---|---|
| *Mary Koselnak* | 12-12-12 |



PLAINTIFF'S
EXHIBIT
Railo U
4/13/15 ms





New York State Department of Motor Vehicles

# REQUEST FOR NYS FINGERPRINTING SERVICES INFORMATION FORM

*Before completing this form, please read the instructions on page 2*

**ORI: NYSBUSDRV**

**Contributor Agency: NYS Department of Motor Vehicles**
**Job or License Type: School Bus Driver**

## Section 1: Carrier Information

| 19-A Business ID Number | Billing Account Number *(if applicable)* |
|---|---|
| 22855 | |

## Section 2: Applicant Information

**Client ID Number:** Enter the 9-digit number from the NYS driver license or that was provided by the Bus Driver Unit if the carrier submitted form DS-500 as per the instructions on page 2.

| 4 | 9 | 1 | 8 | 7 | 9 | 9 | 2 | 5 |
|---|---|---|---|---|---|---|---|---|

**Name of Applicant:** *Enter the name exactly as it appears on the applicant's driver license*

Railo, Caitlin

**Home Address:**
Street # and Name

5 White Street, Apartment # 2

| City | State | Zip Code |
|---|---|---|
| Port Jervis | NY | 12771 |

| Daytime Phone Number: | Daytime Phone Type |
|---|---|
| Area Code ( 845 ) 381- 2385 | ☑ Cell   ☐ Home   ☐ Work   ☐ Pager   ☐ Other |

| Date of Birth: | Age | Gender: | Height: |
|---|---|---|---|
| Month 0 8 / Day 1 2 / Year 1 9 8 1 | 31 | ☐ Male   ☑ Female | 05 Feet 05 Inches   120 lbs. |

| Caucasian | ☐ Hispanic   ☑ Non Hispanic   ☐ Unknown |
|---|---|

| White | brown | brown |
|---|---|---|

| united States | New Jersey |
|---|---|

| Country of Citizenship: | Alien Registration Number *(if applicable)* |
|---|---|
| United States | |

DS-600 (7/12)

PLAINTIFF'S EXHIBIT
Railo V
4/13/15 ms

**PAGE 1 OF 2**

L-1 Enrollment Services

New York State
EasyPath Network

Applicant: RAILO, CAITLIN. H
Address: 5 WHITE STREET
       APT 2
       PORT JERVIS, NY, 36, 12771
OCA:     B1210240051
Date Fingerprinted: 20121025

Fingerprint Center: L017
Agency:  NYS DMV BUS DRIVER PROGRAM
Reason Fingerprinted:
       SCHOOL BUS DRIVER
Amount Paid: 107.25
Fee Paid By: US BANK EPAY

Operator ID: 0170015

(Agency Copy)

L-1 Enrollment Services

New York State
EasyPath Network

Applicant: RAILO, CAITLIN. H
Address: 5 WHITE STREET
       APT 2
       PORT JERVIS, NY, 36, 12771
OCA:     B1210240051
Date Fingerprinted: 20121025

Fingerprint Center: L017
Agency:  NYS DMV BUS DRIVER PROGRAM
Reason Fingerprinted:
       SCHOOL BUS DRIVER
Amount Paid: 107.25
Fee Paid By: US BANK EPAY

Operator ID: 0170015

(Agency Copy)