UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN T. MAHER,

                       Plaintiff,                  **AFFIDAVIT**

    -against-                            Case No:14 CV 3586 (VLB)

CAITLIN H. RAILO and
QUALITY BUS SERVICE, LLC,

                       Defendants.

STATE OF NEW YORK   )
                          )ss.:
COUNTY OF ORANGE   )

       MARY KOSELNAK, being duly sworn, deposes and says that:

       1.      At all times relevant herein, I was employed by the defendant QUALITY BUS

SERVICE, LLC ("Quality").  I make the statements in this Affidavit based on my personal

knowledge, observations, experience, and information available to me based on my review of

the business records maintained by Quality, which include the documents attached as

exhibits to this Affidavit.

       2.      Included in my job duties at Quality, I help to train, evaluate and supervise

school bus drivers.

       3.      I am a New York State Department of Motor Vehicles Article 19-A Examiner;

a New York State Certified School Bus Driver Instructor; and, I am licensed to operate a

school bus.  The instruction and evaluation I provide to school bus drivers being trained and

employed by Quality is in accordance with my training and the applicable New York State

and Federal Motor Carrier regulations.

4.     Quality administers "Pre-Service" entry-level driver training to its new hires, including the codefendant CAITLIN H. RAILO ("Railo"), in accordance with 49 CFR 380.503 & 49 CFR 380.500.  On November 6, 2012, I administered the New York State Education Department Three (3) Hour Pre-Service Course to Railo in accordance with the curriculum promulgated by the State of New York.  During that course, I instruct using the New York State Pre-Service Course Training Manual published by the New York State Education Department.  Annexed hereto collectively as **Exhibit A** is the Pre-Service Course Sign in Sheet which includes the name and signature of Railo indicating that she attended that course on that day; and, Railo's New York State Education Department School Bus Driver Pre-Service Course Mandated Units 1-6 Final Exam, demonstrating that Railo completed and passed that course, in accordance with 8 NYCRR 156.3 b5.

5.     During the Pre-Service Course held on November 6, 2012, I instructed the class, including Railo, of the dangers of operating a school bus while under the influence of alcohol and/or drugs, including prescription medications; I advised the class that Quality's drivers are prohibited from operating a school bus while under the influence of alcohol and/or drugs, including prescription medications which have not been cleared by a medical professional; and, advised the class that if they are prescribed any new medications, it is their responsibility to tell Quality of those new medications, and to obtain medical clearance from the prescribing physician to ensure that the new medication will not adversely affect their ability to safety operate a school bus.

6.     I, along with Quality employee Karen Wells, trained Railo on how to safely operate a school bus.  Railo practiced driving under direct supervision and instruction first in Quality's parking lot, and then on the road, until she demonstrated the ability to pass her

2

driving test administered by the New York State Department of Motor Vehicles. Railo received "on-the-road" training multiple times per week over the period of several weeks when she was training with one-on-one instruction, or with one other trainee. Included in her driver instruction, Railo was trained on how to safely drive in the roadway; visualize the roadway ahead of her including oncoming traffic; and, how safely execute a left-hand turn. Railo was never entrusted to drive a school bus without a certified 19-A instructor present until she was fully licensed by the State of New York, had completed her Pre-Service course of instruction and had demonstrated the ability to operate a school bus safely.

7.     Railo also trained with an experienced "mentor driver" before driving students alone. She rode along with a mentor driver as he or she drove. Working with a mentor driver is not required by either the State of New York or the Federal Motor Carrier Commission regulations. This is an additional training measure undertaken by Quality to help to ensure its school bus drivers, including Railo, operate school buses safely. The mentor drivers are experienced and exemplary Quality employees/drivers.

8.     During her employment, Railo began the New York State Education Department Basic Course of Instruction (30 hours of duration), which must be completed in the first 12 months of service (8 NYCRR 156.3 b5 ii). This course is taught in segments due to its extensive length and subject matter, and follows the curriculum promulgated by the State of New York. Railo began this course, but did not complete it, because the accident on February 14, 2013 occurred before the later portions of this course were held. Before the accident, Railo was on schedule to complete this course within the requisite time period.

9.     During the first year of service, school bus drivers must complete an Annual Defensive Driving Performance for Driver Under Article 19-A;  Biennial Behind the Wheel

Road Test; and, an Article 19-A Written Examination.  Quality conducts these examinations in the first few months of service, well in advance of the New York State deadlines, so that it has greater oversight of its newly hired drivers.

10.     On December 3, 2012, I administered an Annual Defensive Driving Performance for Driver Under Article 19-A to Railo well in advance of the deadline (15 NYCRR 6.8 c).  Annexed hereto as **Exhibit B** is a true and complete copy of the Report on Annual Defensive Driving Performance for Driver Under Article 19-A that I prepared as a result of the defense driving evaluation I conducted of Railo.  There was nothing in Railo's performance during that exam which indicated to me that she was unfit to operate a school bus.  I provided additional instruction to Railo in the areas of improvement identified in that report, which were typical of a new school bus driver, and did not rise to level of suspending or terminating Railo's driving duties.

11.     Within the first year of service, the driver must also complete a Biennial Behind-the-Wheel road test (15 NYCRR 6.11 a-b).  On December 18, 2012, I conducted the Article 19-A Biennial Behind the Wheel Road Test of Railo, which she passed.  Annexed hereto as **Exhibit C** is a true and complete copy of the report I prepared as a result of administering that test.  There was nothing in Railo's performance during that road test which indicated to me that she was unfit to operate a school bus.  I provided additional instruction to Railo in the areas of improvement identified in that report, which were typical of a new school bus driver, and did not rise to level of suspending or terminating Railo's driving duties.

12.     Within the first year of service, the driver must also complete a Biennial Article 19-A Written Examination.  (15 NYCRR 6.12 a-b).  On December 12, 2012, I

4

administered to Railo the Biennial Article 19-A Written Examination.  Annexed hereto as **Exhibit D** is a true and complete copy of the Article 19-A Written Examination Results I prepared as a result of Railo taking and passing that examination.

13.     On November 6, 2012, I conducted a Physical Performance test of Railo, confirming that she was physically able to perform the duties of a school bus driver in accordance with 8 NYCRR 156.3 b3 iii.  Annexed hereto as **Exhibit E** is a true and complete copy of the report I prepared as a result of administering that test, certifying that Railo had passed all seven (7) standards and was qualified by the physical performance standards.

14.     On February 13, 2013, I conducted a second Physical Performance Test of Railo, confirming that she was physically able to perform the duties of a school bus driver in accordance with 8 NYCRR 156.3 b3 iii.  The reason why this second test was administered is, these tests are required periodically (every two-years), and Quality attempts to get all of its drivers on a common schedule for administrative/organizational purposes.  Annexed hereto as **Exhibit F** is a true and complete copy of the report I prepared as a result of administering the February 13, 2013 Physical Performance Test, certifying that Railo had passed all seven (7) standards and was qualified by the physical performance standards.

15.     Generally, Quality's school bus drivers drive two (2) school bus routes per school day: the first route is in the morning bringing the students to school; and, the second route is in the afternoon bringing the students home.  Drivers come in to the bus depot in the morning and receive their keys for their assigned school bus from one of the dispatchers for their morning route.  When they complete driving that route, the driver returns the bus to the depot and returns the keys to one of the dispatchers.  Then, the driver returns to the depot for their afternoon route, and they again obtain the keys from one of the dispatchers, drive their

route, and then return the bus and keys to the dispatcher once their afternoon route is concluded.

16.     Before driving each route, the driver must check-in with one of the dispatchers in order to obtain the keys for his or her assigned school bus.

17.     I previously attended Reasonable Suspicion Supervisor training.  Including in that training is instruction on how to detect physical, behavioral, speech and performance cues related to alcohol and drug use.

18.     Included in my duties at Quality, I also serve as a dispatcher.  Each time a driver, including Railo, came to me to obtain school bus keys, I checked their appearance and engaged them in conversation.  One of the purposes of my doing so is to assess their condition including any physical, behavior, speech or performance cues which may indicate that person may be under the influence of drugs and/or alcohol and not fit to operate a school bus.

19.     If I have any suspicion that a driver may potentially be under the influence of drugs and/or alcohol (or unfit to drive a school bus for any other reason), I do not give them the keys and I refer the issue to one of the managers of Quality.  That driver does not drive a bus until further investigation is made including a drug and/or alcohol screening by a medical professional, and it is determined that he or she is fit to drive a school bus.

20.     On February 14, 2013, Karen Wells and I were the dispatchers working at Quality's Sparrowbush bus depot for both the morning and afternoon routes.  As the dispatchers, one of us would have received any incoming calls from drivers during that morning.

21.     I have no recollection of receiving a call from Railo during the morning of

6

February 14, 2013, indicating she was not feeling well and not wanting to work that day.

22.     Had Railo called-out sick the morning of February 14, 2013, that would not have presented an issue regarding having a school bus driver to drive her route: myself, Ms. Wells, Michael Martucci and Monica McDonald all work in Quality's office, are each licensed to drive a school bus, and were each available to do so on February 14, 2013.  In addition, there were three (3) substitute drivers available that day.

23.     Under no circumstances would I have, or did I, threaten Railo's employment if she failed to appear for work on February 14, 2013, or otherwise tell her that she had to come in to work against her wishes.  There would be no reason for me to do so because there were other drivers available that day.

24.     At no time did I ever threaten Railo's employment as a consequence of her being late or absent from work, or for any other reason.

25.     I do not recall Railo coming to the depot to get school bus keys on February 14, 2013 before either the morning or afternoon routes.  However, if she had demonstrated any physical, behavioral, speech or performance cues indicative of alcohol and/or drug use at either of those times, I would have found that memorable and taken corresponding action including not giving her keys and referring her to a manager.

26.     The fact that I have no specific memory of Railo's appearance on February 14, 2013 before the accident, coupled with the fact that she was given keys, leads me to the conclusion that if she received keys from me, she was fit to operate a school bus and did not demonstrate any physical, behavioral, speech or performance cues indicative of alcohol and/or drug use at that time.

27.     At no time before February 14, 2013, did I observe Railo demonstrate any

7

physical, behavioral, speech or performance cues indicative of alcohol and/or drug use.

28.     As indicated above, on February 13, 2013, the day before the accident, I administered a Physical Performance Test of Railo (**Exhibit F**).  During that examination, Railo exhibited no physical, behavioral, speech or performance cues indicative of alcohol and/or drug use.  Had Railo exhibited any physical, behavioral, speech or performance cues indicative of alcohol and/or drug use, or been otherwise unable to perform the physical requirements of her job at that time, I would have indicated so in my report and she would not have been permitted to continue to drive a school bus.

29.     After learning of the accident on February 14, 2013, I immediately went to the location of the accident.  After arriving at the scene, I was directed to the Town of Deerpark Highway Barn break room, where Railo was sitting.  I waited with Railo in the break room until she was taken to the hospital via ambulance.  I then followed her to the hospital.

30.     During the time I was with Railo following the accident, she was visibly upset as a result of the accident, often crying.  However, nothing in her behavior following the accident demonstrated to me any physical, behavioral, speech or performance cues indicative of alcohol and/or drug use at that time.

Dated: September 24, 2015

Mary Koselnak
MARY KOSELNAK

Sworn to before me this
24 day of September, 2014 2015

Catherine P. Allen Mascolo
Notary Public

CATHERINE P. ALLEN MASCOLO
NOTARY PUBLIC, STATE OF NEW YORK
CERTIFIED IN ORANGE COUNTY
NO. 01AL6111933
COMMISSION EXPIRES 6-28-20 16

# EXHIBIT "A"

PRE SERVICE COURSE

QUALITY BUS SERVICE, LLC

504 Route 42

Sparrowbush, NY 12780

Tuesday, 11/6/12

Course Instructor:  Mary Koselnak

SBDI #:  98-056

*NYSED Pre Service Course 2010 Curriculum*

Sign in sheet

| | |
|---|---|
| Christina Roth | Christina Roth |
| Caitlin Raill | Caitlin Raill |
| Dana Keefer | Dana Keefer |



Trainee Signature: _____
Employer: _____
Date of Exam: 11/6/12

## New York State Education Department
## SCHOOL BUS DRIVER PRE-SERVICE COURSE
## MANDATED UNITS 1-6
## FINAL EXAM

*Instructions: Circle the best answer to each question. Use a pen. Complete both sides. Turn the completed test in to your Pre-Service Course instructor.*

\* \* \*

**1. Complete the following sentence:** *Your main priority as a school bus driver is...*

    a. *staying on schedule*
    b. *keeping parents happy*
    (c.) *protecting the students*
    d. *keeping peace with the students*

**2. Complete the following sentence:** *To be treated as a professional, you must act like a...*

    a. *buddy to your students*
    b. *macho man*
    (c.) *professional*
    d. *authority*

**3. Which statement about fatigue is <u>not</u> true?**

    a. *It is against the law to drive school bus more than ten hours in a single day.*
    (b.) *You can legally drive school bus at six a.m. if you returned from a sports trip at midnight the night before.*
    c. *It is against the law to be on duty for more than fifteen hours in a single day.*
    d. *Trying to drive a school bus when you're tired is a recipe for disaster.*

**4. Which of the following actions are <u>unacceptable</u> for a school bus driver?**

    a. *Hitting the brakes hard so students sit down.*
    b. *Making fun of a student's family or house.*
    c. *Pushing a misbehaving student into his seat.*
    (d.) *All of the above actions are unacceptable.*

**5.** **TRUE or FALSE?** *"School bus drivers in New*

*York State are subject to random drug and alcohol testing while on duty, as well as continuous monitoring of their driving and criminal record both on and off the job."*

**6. Which of the following statements are true?**
    a. *Children don't like an out-of-control bus any more than adults do.*
    b. *All children deserve a safe bus ride.*
    c. *Positive relationships with students are the key to safe behavior.*
    (d.) *All of the above.*

**7.** **TRUE or FALSE?** *"Squabbles over where to sit are a common cause of behavior problems."*

**8.** **TRUE or FALSE?** *"Like adults, children need to understand the 'why's' behind rules."*

**9.** **TRUE or FALSE?** *"Use referrals sparingly, for violations of key safety rules."*

**10.** **TRUE or FALSE?** *"Even if a child misbehaves, never put the child off the bus during the route."*

a. Fire extinguisher.
b. *Internal mirror above the driver.*
c. *Bumpers.*
d. *Fuel tank.*

**12. TRUE or FALSE?** *"Making fun of a child in front of others usually improves behavior."*

**13. Which statement about bullying is <u>not</u> true?**

a. *Most bullying is verbal.*
b. *Bullying is "just kids being kids."*
c. *Sexual harassment is a form of bullying.*
d. *Bullies are usually clever at what they do.*

**14. TRUE or FALSE?** *"Subs should drive even more cautiously than other drivers in the fleet."*

**15. Why is the student loading/unloading process considered "the moment of truth"?**

a. *Three of four fatalities occur at the bus stop.*
b. *Children are impulsive and unpredictable.*
c. *All school buses have blind spots where a child could be hidden from direct view.*
d. *All of the above.*

**16. Statistically, when are children <u>most</u> at risk?**

a. *Getting on a bus in the morning.*
b. *Getting off a bus in the afternoon.*
c. *Riding on the bus in a residential neighborhood.*
d. *Riding on the bus on the highway.*

**17. TRUE or FALSE?** *"Secure your bus at every bus stop."*

... flashlight - child should freeze in the road.
b. *Honk horn - child should freeze in the roadway.*
c. *Wave your hands and yell - child should run.*
d. *Honk horn - child should immediately return to the side of the road he/she started from.*

**19. What's the <u>most</u> important purpose of crossover mirrors?**

a. *To locate a child you know you've lost track of.*
b. *To check for children you didn't know you'd lost track of.*
c. *To check for cars pulling next to you on the road.*
d. *To check your flashers during the pre-trip.*

**20. What should you do if you feel a bus stop is unusually hazardous, or you come up with an idea for improving safety on your route?**

a. *Make the change on your own.*
b. *Discuss it with your supervisor.*
c. *Routes cannot be changed during the year.*
d. *None of the above.*

**21. What's the <u>most</u> important reason students should stay out of the rear seats when possible?**

a. *You can't hear what they're saying.*
b. *Takes longer to get off the bus at their bus stops.*
c. *More exposed to injury in certain accidents.*
d. *Rear seats are just as safe as any other seats.*

**22. Which statement below is <u>not</u> true?**

a. *Most disabled children ride regular school buses.*
b. *Most bus drivers transport disabled children.*
c. *Transporting children with disabilities has grown simpler in recent years.*
d. *A generation ago, children with disabilities seldom had a chance to go to school.*

a. *A child with a disability is a child first, disability.*

b. *Every child, disabled or not, is an individual with a unique personality.*

c. *Within every disability category, individual children display a wide spectrum of characteristics and behaviors.*

d. *All statements are true.*

**24. An inability to communicate and interact with others and repetitive movements such as rocking or waving is characteristic of what type of disability?**

a. *Emotional disturbance.*
b. *Mental retardation.*
c. *ADHD.*
d. *Autism.*

**25. Which statement is not a typical characteristic of children with emotional disturbance?**

a. *Behaves normally in normal circumstances.*
b. *Trouble maintaining friendships with peers.*
c. *Pervasive unhappiness or depression.*
d. *Physical symptoms due to personal problems.*

**26. TRUE or FALSE?** *"Unnecessarily revealing personal information about students or their families is a violation of state and federal law."*

**27. Which statement(s) below are true?**

a. *A thoughtless comment about a child can leave a lasting scar.*
b. *Sensitivity towards children with disabilities begins with an examination of how we speak.*
c. *Our society has a long history of savage verbal abuse aimed at the "handicapped."*
d. *All the above statements are true.*

**29. TRUE or FALSE?** *"Always evacuate students in a school bus emergency."*

**30. What's the safest way to go out a rear emergency door?**

a. *Sit and slide.*
b. *Jump directly to the ground.*
c. *Jump into someone's arms.*
d. *Never go out a rear emergency door.*

**31. PJ's Law focuses on _____ in addition to technical skills.**

a. *Background checks*
b. *Seniority*
c. *Sensitivity*
d. *Crisis intervention*

**32. Which of the following is an appropriate way to communicate with a student with a disability?**

a. *Storyboards*
b. *Sign language*
c. *Touch screens*
d. *All of the above*

**33. When communicating with a student with a disability is recommended to:**

a. *Joke about it to lighten the mood*
b. *Focus on the disability and talk about it openly and often*
c. *Use language of respect*
d. *All of the above*

NYSED 2010

34.  **Person — first language focuses on:**

    *a.  Always allowing a person with a disability to go ahead of you*
    *b.  Speaking of the person first and the disability second*
    *c.  Using the exact name of the disability out of respect*
    *d.  All of the above*

35.  **PJ's Law requires school bus staff to:**

    *a.  Be trained annually regarding sensitivity toward the characteristics of student's disabilities*
    *b.  Embrace differences in the students they transport*
    *c.  Welcome students with disabilities into the broad diversity of students they transport*
    *d.  All of the above*

**Final Exam Score:** _35_

_100_ **% of 35**

# EXHIBIT "B"

# PERFORMANCE FOR DRIVER UNDER ARTICLE 19-A

**INSTRUCTIONS TO CERTIFIED EXAMINER:**
- Regular observation of a driver's defensive driving performance must be conducted while the driver is operating the vehicle with passengers.
- **This observation shall NOT be conducted on the same day as the biennial behind-the-wheel road test.**
- Discuss performance with driver, complete rating, driver acknowledgement, and examiner certification.

## SECTION 1 - DRIVER INFORMATION

| Driver's Last Name | First | M.I. | Date of Birth (Month/Day/Year) |
|---|---|---|---|
| Railo | Caitlin | H | |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| | r | NY | |

| Client/License ID Number (from Driver License) | State | Class of Driver's License | Endorsements | Restrictions | Expiration Date |
|---|---|---|---|---|---|
| | NY | B | PS | NONE | 8/12/2015 |

## SECTION 2 - CARRIER INFORMATION

| Carrier/DBA Name | Legal Name (if different) | Federal ID Number | 19-A Business ID Number |
|---|---|---|---|
| Quality Bus Service, LLC | | 260833353 | 22855 |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| PO Box 600 | Sparrowbush | New York | 12780 |

## SECTION 3 - VEHICLE INFORMATION

| Type of Vehicle | Adult Seating Capacity | GVWR | Vehicle Plate Number | State |
|---|---|---|---|---|
| School Bus | 44 | 29000 | 55171-BA | NY |

## SECTION 4 - OBSERVATION (may be conducted inside or outside the vehicle)   Observation Conducted: ☑ Inside ☐ Outside

| | Satisfactory | Unsatisfactory | | Satisfactory | Unsatisfactory |
|---|---|---|---|---|---|
| 1. Observation | ☐ | ☑ | 7. Obeys Traffic Signs, Signals and Road Hazard Signs | ☑ | ☐ |
| 2. Traffic Lane Use (include center line violation) | ☑ | ☐ | 8. Observes Proper Following Distance | ☑ | ☐ |
| 3. Speed | ☑ | ☐ | 9. Procedures for Receiving and Discharging Passengers | ☐ | ☑ |
| 4. Properly Signals Intention | ☑ | ☐ | 10. Traffic Interaction | ☐ | ☑ |
| 5. Turning | ☑ | ☐ | | | |
| 6. Vehicle Control | ☑ | ☐ | | | |

**Comments:** (required if Unsatisfactory checked above) to much unnecessary conversation w/students
1. Be more observant when people getting in + out of cars on side streets
9. Remind students of 4 step unloading procedure & crossing
10. When car is letting pedestrians cross pull @ stop sign Wait car has right of way

## SECTION 5 - DRIVER ACKNOWLEDGEMENT

I acknowledge discussion of my defensive driving performance with the examiner who observed and rated my performance.

*Caitlin Railo* (Driver Signature)   12/3/12 (Date)

## SECTION 6 - EXAMINER'S CERTIFICATION

| Certified Examiner's Name | Client/License ID Number (from Driver License) |
|---|---|
| Mary Koselnak | 681891588 |

| Certificate Number | Certification Class | Endorsements | Restrictions | Expiration Date |
|---|---|---|---|---|
| 070197 | B | PS | | 8/20/2020 |

I certify that the above report is, to the best of my knowledge, true and correct, that I personally observed the above driver's defensive driving performance, and that I currently hold a valid examiner certification as required in accordance with Article 19-A of the New York State Vehicle and Traffic Law.

Certified Examiner's Signature: *Mary Koselnak*

Date of Observation: 12-3-12



# EXHIBIT "C"

ARTICLE 19-A BIENNIAL BEHIND THE WHEEL ROAD TEST
www.dmv.ny.gov
Case 7:14-cv-03586-JCM   Document 70-13   Filed 10/01/15   Page 19 of 25

**INSTRUCTIONS TO CERTIFIED EXAMINER**
- **This test shall not be conducted on the same day as the annual defensive driving performance observation.** The test should be taken without passengers in the vehicle.
- If the driver fails the test, he/she is disqualified from driving under Article 19-A. He/she may make a request to the carrier for a reexamination.
- Examiner will circle the point value of those items not properly performed. Driver is disqualified if 40 or more points are circled or, if a DISQUALIFICATION (DQ) item is circled, or if any two 10-point items are circled.

## DRIVER INFORMATION

| Driver's Last Name | First | M.I. | Date of Birth (Month/Day/Year) |
|---|---|---|---|
| Railo | Caitlin | H | |

| Street Address | | City | State | Zip Code |
|---|---|---|---|---|
| | | | NY | |

| Client/License ID Number (from Driver License) | State | Class of Driver's License | Endorsements | Restrictions | Expiration Date |
|---|---|---|---|---|---|
| 491879925 | NY | B | PS | NONE | 8/12/2015 |

| Driver Signature |
|---|
| Caitlin Railo |

## CARRIER INFORMATION

| Carrier/DBA Name | Legal Name (if different) | Federal ID Number | 19-A Business ID Number |
|---|---|---|---|
| Quality Bus Service, LLC | | 260833353 | 22855 |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| PO Box 600 | Sparrowbush | New York | 12780 |

## VEHICLE INFORMATION

| Type of Vehicle | Adult Seating Capacity | GVWR | Vehicle Plate Number | State |
|---|---|---|---|---|
| School Bus | 44 | 29000 | 55171-BA | NY |

| | | Point Value | | | Point Value |
|---|---|---|---|---|---|
| **1.** | **PRE-TRIP TEST** | | **EN-ROUTE (Continued)** | | |
| | A. Failed to check wheels, tires | 5 | J. Failed to use proper speed - impedes traffic | | 5 |
| | B. Failed to check validation of required vehicle stickers | 5 | K. Failed to use proper steering control | | 5 |
| | C. Failed to check lights *Back up / Brake* | (5) | L. Failed to use proper braking | | 5 |
| | D. Failed to check windshield, wipers, horn, and steering | (5) | M. Failed to use proper acceleration | | 5 |
| | E. Failed to check emergency equipment: | | N. Failed to use proper speed for conditions | | DQ |
| | fire extinguisher, and emergency reflectors | (5) | O. Failed to anticipate and/or identify hazards | | 5 |
| | F. Failed to check seats and restraints when equipped. | (5) | P. Failed to yield right-of-way | | DQ |
| | G. Failed to check passenger entry and emergency exits | 5 | Q. Failed to observe proper lane/s | | (10) |
| | H. Failed to check all gauges, heater, and defroster | 5 | R. Failed to properly use transmission | | 5 |
| | I. Failed to check all mirrors and adjust as needed | 5 | S. Failed to observe traffic control devices | | DQ |
| | J. Failed to perform static brake check | 5 | **4.** **PARKING AND BACKING** | | |
| | K. Failed to properly use seat belt | 5 | A. Failed to leave the vehicle to check rear before | | |
| | L. Failed to perform 50 ft. brake test | 10 | backing (no observer) | | 10 |
| **2.** | **DEPARTING** | | B. Failed to observe (backing) | | DQ |
| | A. Failed to signal | 5 | C. Unable to park | | DQ |
| | B. Failed to observe | 10 | D. Failed to properly position the vehicle | | 5 |
| | C. Failed to use caution | 10 | E. Stopped too far away from, or hit, curb | | 5 |
| **3.** | **EN-ROUTE** | | F. Excessive maneuvers in parking | | 5 |
| | A. Failed to properly signal | 5 | **5.** **SIMULATED PROCEDURES FOR RECEIVING/** | | |
| | B. Failed to observe | 10 | **DISCHARGING PASSENGERS** | | |
| | C. Failed to demonstrate proper judgment approaching/at | | A. Failed to use caution at approaching/departing, | | |
| | intersection; speed, turning, stopping, observing, etc. | 10 | receiving/discharging points | | DQ |
| | D. Failed to make proper lane changes; signals _____, | | B. Failed to properly activate warning lights/devices | | |
| | observes _____, procedure _____ | 5 | *(where applicable)* | | DQ |
| | E. Failed to regularly check mirrors while driving | 5 | C. Lacked knowledge of proper crossing procedures | | |
| | F. Failed to stop properly at RR crossing | DQ | as required by NYS Education Department | | |
| | G. Failed to use proper clutch/engine control | 5 | *(where applicable)* | | DQ |
| | H. Failed to use proper judgment in traffic | 10 | D. Failed to observe pedestrians/passengers or other | | |
| | I. Failed to demonstrate proper following distance | DQ | hazards at receiving and discharge points | | DQ |

## EXAMINER'S CERTIFICATION

**SCORING:** Total Points Circled Above _30_   Disqualification (DQ) Circled Above ☐ YES ☑ NO   **RESULTS:** ☑ QUALIFIED
Two 10-point items Circled Above ☐ YES ☑ NO   ☐ DISQUALIFIED

**CERTIFIED EXAMINER'S COMMENTS: (write or type on reverse side)**

| Certified Examiner's Name | Client/License ID Number (from Driver License) | |
|---|---|---|
| Mary Koselnak | | |

| Certificate Number | Certification Class | Endorsements | Restrictions | Expiration Date |
|---|---|---|---|---|
| 070197 | B | PS | B | 8/20/2020 |

| Certified Examiner's Signature | Date of Test |
|---|---|
| Mary Koselnak | 12-18-12 |

# EXHIBIT "D"

# ARTICLE 19-A ORAL/WRITTEN EXAMINATION RESULTS

## INSTRUCTIONS TO CERTIFIED EXAMINER

After administering the exam, and using the answer key provided (Form DS-875Z, "Article 19-A Written Examination Answer Sheet"), complete this form and attach it to the driver's completed examination.

### TYPE OF EXAMINATION
☐ Oral ☒ Written ☐ Re-examination

### DRIVER INFORMATION

| Driver's Last Name | First | M.I. | Date of Birth (Month/Day/Year) |
|---|---|---|---|
| Railo | Caitlin | H | |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| | | NY | 12771 |

| Client/License ID Number (from Driver License) | State | Class of Driver's License | Endorsements | Restrictions | Expiration Date |
|---|---|---|---|---|---|
| 491879925 | NY | B | PS | NONE | 8/12/2015 |

Driver Signature: *Caitlin Railo*

### CARRIER INFORMATION

| Carrier/DBA Name | Legal Name (if different) | Federal ID Number | 19-A Business ID Number |
|---|---|---|---|
| Quality Bus Service, LLC | — | 260833353 | 22855 |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| PO Box 600 | Sparrowbush | New York | 12780 |

### DRIVER EXAMINATION RESULTS

☒ Passed ☐ Failed - Driver Disqualified

*A +15*
*B + 5*

### EXAMINER'S CERTIFICATION

*I certify that I have tested the above driver in compliance with Section 6.12 and/or Section 6.15 of Part 6 of the Commissioner's Regulations. The employer has been notified of the results.*

| Certified Examiner's Name | Client/License ID Number (from Driver License) |
|---|---|
| Mary Koselnak | |

| Certificate Number | Certification Class | Endorsements | Restrictions | Expiration Date |
|---|---|---|---|---|
| 070197 | B | PS | B | 20-Aug-2020 |

| Certified Examiner's Signature | Date of Examination |
|---|---|
| *Mary Koselnak* | 12-12-12 |



# EXHIBIT "E"

| DRIVER'S LAST NAME | | FIRST NAME | | MI | DRIVER'S SIGNATURE | |
|---|---|---|---|---|---|---|
| Railo | | Caitlin | | H | *Caitlin Railo* | |

| STREET ADDRESS | | | | VEHICLE TYPE | SCHOOL TYPE | |
|---|---|---|---|---|---|---|
| | | | | Large Bus | ☒ PUBLIC   ☐ NON-PUBLIC | |

| CITY | STATE | COUNTY | ZIP CODE | 19-A CARRIER |
|---|---|---|---|---|
| | | | | Quality Bus Service, LLC |

| MOTORIST ID NUMBER | LICENSE CLASS/ENDORSEMENTS/RESTRICTIONS | | | TEST LOCATION |
|---|---|---|---|---|
| 491879925 | B    PS    NONE | | | 504 Route 42, Sparrowbush, NY 12780 |

TESTER: SEE PT 901 FOR COMPLETE GUIDELINES FOR THIS TEST. CIRCLE "PASS" OR "FAIL" FOR EACH STANDARD. STOP THE TEST IMMEDIATELY IF ANY ITEM IS FAILED. ENTER TIME FOR TIMED STANDARDS. IF A TIMED TEST IS NOT COMPLETED, ENTER "DNC" (DID NOT COMPLETE).

| STANDARD #1 | BUS STEPS | TIME: 11.3 | (3 TRIPS UP & DOWN IN 30 SECONDS) | ☒ PASS | ☐ FAIL |
|---|---|---|---|---|---|
| STANDARD #2 | THROTTLE TO BRAKE | TIME: 6.5 | (10 THROTTLE TO BRAKE CYCLES IN 10 SECONDS) | ☒ PASS | ☐ FAIL |
| STANDARD #3 | BRAKE / CLUTCH | (HOLD BRAKE 3 SECONDS 5 TIMES / HOLD CLUTCH THROUGHOUT) | | ☒ PASS | ☐ FAIL |
| STANDARD #4 | DOOR | (MANUALLY OPEN AND CLOSE ENTRANCE DOOR THREE TIMES) | | ☒ PASS | ☐ FAIL |
| STANDARD #5 | HAND CONTROLS | (ENTER NAME OF CONTROL FOR EACH SEGMENT OF THIS STANDARD) | | | |

| RIGHT SIDE CONTROL #1 CONTROL NAME: Shift | TIME: 5.5 | (WHEEL TO CONTROL TO WHEEL IN 8 SECONDS) | ☒ PASS | ☐ FAIL |
|---|---|---|---|---|
| RIGHT SIDE CONTROL #2 CONTROL NAME: Shift | TIME: 2.4 | (WHEEL TO CONTROL TO WHEEL IN 8 SECONDS) | ☒ PASS | ☐ FAIL |
| LEFT SIDE CONTROL #1 CONTROL NAME: Right Wiper | TIME: 2.8 | (WHEEL TO CONTROL TO WHEEL IN 8 SECONDS) | ☒ PASS | ☐ FAIL |
| LEFT SIDE CONTROL #2 CONTROL NAME: Hazards | TIME: 4.2 | (WHEEL TO CONTROL TO WHEEL IN 8 SECONDS) | ☒ PASS | ☐ FAIL |
| STANDARD #6 | EMERGENCY EXIT | TIME: 12.2 | (FROM DRIVER SEAT AND OUT EXIT IN 20 SECONDS) | ☒ PASS | ☐ FAIL |
| STANDARD #7 | WEIGHT DRAG | TIME: 8.0 | (125 LBS 30 FEET IN 30 SECONDS) | ☒ PASS | ☐ FAIL |

IN ACCORDANCE WITH THE COMMISSIONER'S REGULATION 156.3, AND GUIDELINE PT901, AND WITH KNOWLEDGE OF HIS/ HER DUTIES, I CERTIFY THAT THE ABOVE NAMED DRIVER (CHECK ONE):

☒ HAS PASSED ALL 7 STANDARDS AND IS QUALIFIED BY THE PHYSICAL PERFORMANCE STANDARDS.

☐ IS NOT QUALIFIED BY THE PHYSICAL PERFORMANCE STANDARDS.

*SBDI INFORMATION AND SIGNATURE*

| SBDI NAME (PRINTED) | SBDI SIGNATURE | SBDI # | DATE |
|---|---|---|---|
| Koselnak, Mary B. | *Mary Koselnak* | 98056 | 1-6-12 |

COPY #1 SHOULD BE PLACED IN DRIVER'S FILE. COPY #2 FOR NYSED—ATTN: JAMES DUNDON, 876 EBA, 89 WASHINGTON ST, ALBANY, NY 12234. COPY #3 GIVEN TO TESTED DRIVER. COPY #4 FOR TESTER'S RECORDS. IF A WAIVER HAS BEEN APPROVED BY NYSED, THE TESTING 19-A CERTIFIED EXAMINER MUST COMPLETE AND SIGN INFORMATION BELOW—IN ADDITION TO SUPERVISING SBDI.

| 19-A CE PRINT NAME | 19-A CE SIGNATURE | 19-A CE # | DATE |
|---|---|---|---|
| | | | |

# EXHIBIT "F"

# SCHOOL BUS DRIVER PHYSICAL PERFORMANCE TEST

| DRIVER'S LAST NAME | FIRST NAME | MI | DRIVER'S SIGNATURE |
|---|---|---|---|
| Railo | Caitlin | H | Caitlin Railo |

| STREET ADDRESS | | VEHICLE TYPE | SCHOOL TYPE |
|---|---|---|---|
| | | Large Bus | ☑ PUBLIC ☐ NON-PUBLIC |

| CITY | STATE | COUNTY | ZIP CODE | 19-A CARRIER |
|---|---|---|---|---|
| | | | | Quality Bus Service, LLC |

| MOTORIST ID NUMBER | LICENSE CLASS/ENDORSEMENTS/RESTRICTIONS | TEST LOCATION |
|---|---|---|
| | B    PS    NONE | 504 Route 42, Sparrowbush, NY 12780 |

TESTER: SEE PT 901 FOR COMPLETE GUIDELINES FOR THIS TEST. CIRCLE "PASS" OR "FAIL" FOR EACH STANDARD. STOP THE TEST IMMEDIATELY IF ANY ITEM IS FAILED. ENTER TIME FOR TIMED STANDARDS. IF A TIMED TEST IS NOT COMPLETED, ENTER "DNC" (DID NOT COMPLETE).

| STANDARD #1 | BUS STEPS | TIME: 10.61 | (3 TRIPS UP & DOWN IN 30 SECONDS) | ☑ PASS ☐ FAIL |
|---|---|---|---|---|
| STANDARD #2 | THROTTLE TO BRAKE | TIME: 6.03 | (10 THROTTLE TO BRAKE CYCLES IN 10 SECONDS) | ☑ PASS ☐ FAIL |
| STANDARD #3 | BRAKE / CLUTCH | (HOLD BRAKE 3 SECONDS 5 TIMES / HOLD CLUTCH THROUGHOUT) | | ☑ PASS ☐ FAIL |
| STANDARD #4 | DOOR | (MANUALLY OPEN AND CLOSE ENTRANCE DOOR THREE TIMES) | | ☑ PASS ☐ FAIL |
| STANDARD #5 | HAND CONTROLS | (ENTER NAME OF CONTROL FOR EACH SEGMENT OF THIS STANDARD) | | |

| RIGHT SIDE CONTROL #1 CONTROL NAME: | Shift | TIME: 4.95 | (WHEEL TO CONTROL TO WHEEL IN 8 SECONDS) | ☑ PASS ☐ FAIL |
|---|---|---|---|---|
| RIGHT SIDE CONTROL #2 CONTROL NAME: | Horn | TIME: 1.18 | (WHEEL TO CONTROL TO WHEEL IN 8 SECONDS) | ☑ PASS ☐ FAIL |
| LEFT SIDE CONTROL #1 CONTROL NAME: | Hazards | TIME: 1.95 | (WHEEL TO CONTROL TO WHEEL IN 8 SECONDS) | ☑ PASS ☐ FAIL |
| LEFT SIDE CONTROL #2 CONTROL NAME: | Left Defroster | TIME: 2.51 | (WHEEL TO CONTROL TO WHEEL IN 8 SECONDS) | ☑ PASS ☐ FAIL |

| STANDARD #6 | EMERGENCY EXIT | TIME: 8.30 | (FROM DRIVER SEAT AND OUT EXIT IN 20 SECONDS) | ☑ PASS ☐ FAIL |
|---|---|---|---|---|
| STANDARD #7 | WEIGHT DRAG | TIME: 7.42 | (125 LBS 30 FEET IN 30 SECONDS) | ☑ PASS ☐ FAIL |

IN ACCORDANCE WITH THE COMMISSIONER'S REGULATION 156.3, AND WITH GUIDELINE PT901, AND WITH KNOWLEDGE OF HIS/HER DUTIES, I CERTIFY THAT THE ABOVE NAMED DRIVER (CHECK ONE):

☑ HAS PASSED ALL 7 STANDARDS AND IS QUALIFIED BY THE PHYSICAL PERFORMANCE STANDARDS.

☐ IS NOT QUALIFIED BY THE PHYSICAL PERFORMANCE STANDARDS.

*SBDI INFORMATION AND SIGNATURE*

| SBDI NAME (PRINTED) | SBDI SIGNATURE | SBDI # | DATE |
|---|---|---|---|
| Koselnak, Mary B. | Mary B Koselnak | 98056 | 2-13-13 |

COPY #1 SHOULD BE PLACED IN DRIVER'S FILE COPY #2 FOR NYSED—ATTN: JAMES DUNDON, 876 EBA, 89 WASHINGTON ST, ALBANY, NY 12234. COPY #3 GIVEN TO TESTED DRIVER. COPY #4 FOR TESTER'S RECORDS. IF A WAIVER HAS BEEN APPROVED BY NYSED, THE TESTING 19-A CERTIFIED EXAMINER MUST COMPLETE AND SIGN INFORMATION BELOW—IN ADDITION TO SUPERVISING SBDI.

| 19-A CE PRINT NAME | 19-A CE SIGNATURE | 19-A CE # | DATE |
|---|---|---|---|
| | | | |