UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN T. MAHER,

                       Plaintiff,                    **AFFIDAVIT**

   -against-                              Case No:14 CV 3586 (VLB)

CAITLIN H. RAILO and
QUALITY BUS SERVICE, LLC,

                       Defendants.

---

STATE OF SOUTH CAROLINA      )
                               )ss.:
COUNTY OF   GEORGETOWN        )

       PATRICIA AMES, N.P., being duly sworn, deposes and says that:

       1.     At all times relevant herein, I was employed by Partners in Safety and Medicine, PLLC ("Partners in Safety") as a Nurse Practitioner.

       2.     Included in the services provided to its clients, Partners in Safety conducts employment physicals and drug screenings for prospective/current school bus drivers.

       3.     As such, I am familiar with the physical requirements to certify a prospective employee as a certified school bus driver in accordance with the applicable Federal Motor Carrier Safety Regulations (49 CFR 391.41).

       4.     The exams I conducted to screen prospective Quality bus drivers, including the October 16, 2012 Employment Physical Examination of the defendant CAITLIN H. RAILO ("Railo"), were done pursuant to a contract/agreement between Partners in Safety and the defendant QUALITY BUS SERVICE, LLC ("Quality").

       5.     I am not now, nor have I ever been, an employee of Quality.

1

6.     On October 16, 2012, I performed an Employment Physical Examination of Railo.

7.     Annexed hereto as **Exhibit A** is a true and complete copy of the Report documenting my October 16, 2012 Employment Physical Examination of Railo.

8.     That report was prepared by me as a result of my examination of Railo; information provided to me by Railo; and, information obtained from Railo's primary care physician, Vivianna Galli, M.D.

9.     During my examination of her, Railo denied narcotic or habit forming drug use.

10.     During my examination of her, Railo exhibited no signs or symptoms of narcotic or habit forming drug use.

11.     During my examination of her, Railo disclosed that she was then prescribed the medications Clonidine and Diazapam.

12.     At no time during my examination of her, did Railo disclose to me that she was prescribed Suboxone. Had Railo disclosed to me that she was prescribed Suboxone, or any other medication for that matter, I would have written it in my report because I write down all medications which are disclosed. The only medications that Railo disclosed to me were Clonidine and Diazapam.

13.     As a result of Railo disclosing that she was prescribed Clonidine and Diazapam, I forwarded to the prescribing physician, Dr. Galli, a form Prescription Clearance Letter to determine whether either/both of those medications would affect Railo's ability to drive a school bus.

14.     On October 16, 2012, Dr. Galli returned the fully executed Prescription

Clearance Letter to Partners in Safety, verifying that the medications of Clonidine and Diazapam were only taken during non-work hours. Dr. Galli certified, in her professional judgment, those medications will not affect Railo's ability to safely operate a commercial motor vehicle.

15.     Annexed hereto as **Exhibit B** is a true and complete copy of the Prescription Clearance Letter certified by Dr. Galli received by Partners in Safety on October 16, 2012.

16.     This Prescription Clearance Letter is an internal document received and maintained by Partners in Safety which is used during its internal certification process, and was not forwarded to Quality.

17.     Based on the foregoing, I determined that there was no medical reason which would prevent Railo from becoming certified as a school bus driver. As such, I certified that I examined Railo in accordance with the Federal Motor Carrier Safety Regulations, and determined that she was qualified to drive a school bus.

Dated: September 21, 2015

_Patricia Ames, NP_
PATRICIA AMES, NP

Sworn to before me this
2\ day of September, 2015.

_____
Notary Public

```
RICH  DEL-PAZZO
Notary Public
State of South Carolina
My Commission Expires Jul 15, 2024
```

3

# EXHIBIT "A"

Employee Name: _Quality Bus Service, LLC_

| 1. | DRIVERS INFORMATION | *Driver completes this section.* |
|---|---|---|

Driver's Name (Last, First, Middle): Railo, Caitlin Helen

Social Security No.: _5139_

Birth date M/D/Y

Age: 31

Sex: ☐ M ☐ F

☑ New Certification
☐ Recertification
☐ Follow Up

Date of Exam: 10/16/12

Address (Street): _____

City, State, Zip Code: _____

Phone
W: (815) 858-2150
H: (845) 331-2335

Driver's License No.: _____

License Class
☐ A ☐ B ☐ C
☐ D ☐ Other

State of Issue: NY

| 2. | HEALTH HISTORY | *Driver completes this section, but medical examiner is encouraged to discuss with driver.* |
|---|---|---|

| Yes | No | | Yes | No | | Yes | No | |
|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | Any illness or injury in last 5 years. | ☐ | ☐ | High Blood Pressure | ☐ | ☑ | Loss of, or altered consciousness |
| ☐ | ☑ | Head/Brain injuries, disorders, or illnesses | | | ☐ medication | ☐ | ☑ | Fainting, dizziness |
| ☐ | ☑ | Seizures, epilepsy | ☐ | ☑ | Muscular disease | ☐ | ☑ | Sleep disorders, pauses in breathing while asleep, daytime sleepiness, loud snoring |
| | | ☐ medication | ☐ | ☑ | Shortness of breath | | | |
| ☐ | ☑ | Eye disorders or impaired vision (except corrective lenses) | ☐ | ☑ | Lung disease, emphysema, asthma, chronic bronchitis | ☐ | ☑ | Stroke or paralysis |
| ☐ | ☑ | Ear disorders, loss of hearing or balance | ☐ | ☑ | Kidney disease, dialysis | ☐ | ☑ | Missing or impaired hand, arm, leg, finger, toe |
| ☐ | ☑ | Heart disease or heart attack; other cardiovascular condition | ☐ | ☑ | Liver disease | ☐ | ☑ | Spinal injury or disease |
| | | | ☐ | ☑ | Diabetes or elevated blood sugar controlled by: | ☐ | ☑ | Chronic low back pain |
| | | ☐ medication | | | ☐ Diet ☐ Pills ☐ Insulin | ☐ | ☑ | Regular, frequent alcohol use |
| ☐ | ☑ | Heart surgery (valve replacement / bypass, angioplasty, pacemaker) | ☐ | ☑ | Nervous or psychiatric disorders, e.g., severe depression | ☐ | ☑ | Narcotic or habit forming drug use |
| | | | | | ☐ medication | | | |

For any YES answer, indicate onset date, diagnosis, treating physician's name and address, and any current limitation. List all medications (including over-the-counter medications) used regularly or recently.

May 2012 had a hysterectomy due to cervical cancer. DR Koerner currently on clonidine for menapause (hot flashes, ect.) and Valium

Dr. Rhieler
95 Crystal Run Road
Middletown NY 10940          No current limitations

I certify that the above information is complete and true. I understand that inaccurate, false or missing information may invalidate the examination and my Medical Examiner's Certificate.

Driver's Signature: _(signature)_

Date: 10/16/2012

**Medical Examiner's Comments on Health History** (The medical examiner must review and discuss with the driver any "Yes" answers and potential hazards of medications, including over-the-counter medications, while driving.)

PCP Dr. Galli (845) 858-175/

PMH - Ca cervix    TAH - 5/12.
PSH - 2006 Breast Cancer ⓛ lumpectomy & chemo pills
Meds) Clonidine .1mg po QHS  Diazepam 10mg po 2-3x/Day
PMD Dr. Galli

| 3. | VISION | Standard: At least 20/40 acuity (Snellen) in each eye with or without correction. At least 70° peripheral in horizontal meridian measured in each eye. The use of corrective lenses should be noted on the Medical Examiner's Certificate. |
|---|---|---|

**INSTRUCTIONS:** *When other than the Snellen chart is used, give test results in Snellen-comparable values. In recording distance vision, use 20 feet as normal. Report visual acuity as a ratio with 20 as numerator and the smallest type read at 20 feet as denominator. If the applicant wears corrective lenses, these should be worn while visual acuity is being tested. If the driver habitually wears contact lenses, or intends to do so while driving, sufficient evidence of good tolerance and adaptation to their use must be obvious. Monocular drivers are not qualified.*
Numerical readings must be provided.

| ACUITY | UNCORRECTED | CORRECTED | HORIZONTAL FIELD OF VISION | |
|---|---|---|---|---|
| Right Eye | 20/20 | 20/ | Right Eye | 80° |
| Left Eye | 20/20 | 20/ | Left Eye | 80° |
| Both Eyes | 20/20 | 20/ | | 100° |

Applicant can recognize and distinguish among traffic control signals and devices showing standard red, green and amber colors? ☑ Yes ☐ No

Applicant meets visual acuity requirement only when wearing: ☐ Corrective Lenses

Monocular Vision: ☐ Yes ☑ No

Complete next line only if vision testing is done by an ophthalmologist or optometrist

| Date of Examination | Name of ophthalmologist or optometrist (please print) | Telephone Number | License No./ State of Issue | Signature |
|---|---|---|---|---|
| | | | | |

INSTRUCTIONS: To convert audiometric test results from ISO to ANSI, -14 dB from ISO for 500 Hz, -10 dB for 1,000 Hz, -8.5 dB for 2,000 Hz. To average, add the readings for 3 frequencies tested and divide by 3.

N Numerical readings must be recorded.

| a) Record distance from individual at which forced whispered voice can first be heard. | Right Ear | Left Ear | b) If audiometer is used, record hearing loss in decibels. (acc. To ANSI Z24.5-1951) | Right Ear | | | Left Ear | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 500 Hz | 1000 Hz | 2000 Hz | 500 Hz | 1000 Hz | 2000 Hz |
| | 5 Feet | 5 Feet | Average: | | | | Average: | | |

## 5. BLOOD PRESSURE / PULSE RATE

Numerical readings must be recorded. Medical Examiner should take at least two readings to confirm Blood Pressure.

| Blood Pressure | Systolic | Diastolic |
|---|---|---|
| | 122 | 80 |

D Driver qualified if ≤ 140/90.

| Pulse Rate: ☒ Regular ☐ Irregular |
|---|
| Record Pulse Rate: 62 |

| Reading | Category | Expiration Date | Recertification |
|---|---|---|---|
| 140-159/90-99 | Stage 1 | 1 Year | 1 Year if ≤140/90 One-time certificate for 3 mos. If 141-159/91-99 |
| 160-179/100-109 | Stage 2 | One-time certificate for 3 mos. | 1 Year from date of exam if ≤140/90 |
| >180/110 | Stage 3 | 6 mos. From date of exam if ≤140/90 | 6 mos. If ≤140/90 |

## 6. LABORATORY AND OTHER TEST FINDINGS

Urinalysis is required. Protein, blood or sugar in the urine may be an indication for further testing to rule out any underlying medical problem.

Other Testing (Describe and record)

Numerical readings must be recorded.

| URINE SPECIMEN | SP. GR. | PROTEIN | BLOOD | SUGAR |
|---|---|---|---|---|
| | 1.30? | NEG | NEG | NEG |

## 7. PHYSICAL EXAMINATION

Height: 60 (in.)   Weight: 130 (lbs.)

The presence of a certain condition may not necessarily disqualify a driver, particularly if the condition is controlled adequately, is not likely to worsen or is readily amenable to treatment. Even if a condition does not disqualify a driver, the medical examiner may consider deferring the driver temporarily. Also, the driver should be advised to take the necessary steps to correct the condition as soon as possible particularly if the condition, if neglected, could result in more serious illness that might affect driving.

Check YES if there are any abnormalities. Check NO if the body system is normal. Discuss any YES answers in detail in the space below, and indicate whether it would affect the driver's ability to operate a commercial motor vehicle safely. Enter applicable item number before each comment. If organic disease is present, note that it has been compensated for. See instructions to the Medical Examiner for guidance.

| BODY SYSTEM | CHECK FOR: | YES* | NO | BODY SYSTEM | CHECK FOR: | YES* | NO |
|---|---|---|---|---|---|---|---|
| 1. General Appearance | Marked overweight, tremor, signs of alcoholism, problem drinking, or drug abuse. | ☐ | ☒ | 7. Abdomen and Viscera | Enlarged liver, enlarged spleen, masses, bruits, hernia, significant abdominal wall muscle weakness. | ☐ | ☒ |
| 2. Eyes | Pupillary equality, reaction to light, accommodation, ocular motility, ocular muscle imbalance, extraocular movement, nystagmus, exophthalmos, strabismus uncorrected by corrective lenses, retinopathy, cataracts, macular degeneration, aphakia, glaucoma. | ☐ | ☒ | 8. Vascular System | Abnormal pulse and amplitude, carotid or arterial bruits, varicose veins. | ☐ | ☒ |
| 3. Ears | Middle ear disease, occlusion of external canal, perforated eardrums. | ☐ | ☒ | 9. Genito-urinary System | Hernias | ☐ | ☒ |
| 4. Mouth and Throat | Irremediable deformities likely to interfere with breathing or swallowing. | ☐ | ☒ | 10. Extremities-Limb impaired. Driver may be subject to SPE certificate if otherwise qualified. | Loss or impairment of leg, foot, toe, arm, hand, finger. Perceptible limp, deformities, atrophy, weakness; paralysis, clubbing, edema, hyptonia. Insufficient grasp and prehension in upper limb to maintain steering wheel grip. Insufficient mobility and strength in lower limb to operate pedals properly. | ☐ | ☒ |
| 5. Heart | Murmurs, extra sounds, enlarged heart, pacemaker. | ☐ | ☒ | | | | |
| 6. Lungs and chest, not including breast examination. | Abnormal chest wall expansion, abnormal respiratory rate, abnormal breath sounds including wheezes or alveolar rates, impaired respiratory function, dyspnea, cyanosis. Abnormal findings on physical exam may require further testing such as pulmonary tests and/or xray of chest. | ☐ | ☒ | 11. Spine, other musculoskeletal | Previous surgery, deformities, limitation of motion, tenderness. | ☐ | ☒ |
| | | | | 12. Neurological | Impaired equilibrium, coordination or speech pattern; paresthesia, asymmetric deep tendon reflexes, sensory or positional abnormalities, abnormal patellar and Babinski's reflexes, ataxia | ☐ | ☒ |

*Comments: Smokes ½ PKD x 15 Years Ø ETOH Ø Drugs.

This section MUST be completed. See Instructions to the Medical Examiner for guidance.

☒ Meets standards in 49 CFR 391.41; qualifies for 2 year certificate
☐ Does not meet standards.
☐ Meets standards, but periodic monitoring required
   Due to _____ driver qualified only for:
   ☐ 3 Months ☐ 6 Months ☐ 1 Year ☐ Other
☐ Temporarily disqualified due to (condition or medication): _____
   Return to medical examiner's office for follow up on _____
☐ Driving within an exempt intracity zone (SEE 49 CFR 391.62)
☐ Qualified by operation of 49 CFR 391.64

☐ Wearing corrective lenses
☐ Wearing a hearing aid
☐ Accompanied by a _____ waiver/exemption
   Driver must present exemption at time of certificate
☐ Skill Performance Evaluation (SPE) Certificate

Medical Examiner's Signature  Patricia ND
Medical Examiner's Name (print)  Patricia ND
Address  800 Route 17M, Middletown, NY 10940
Telephone Number  845-341-0515  Date of Exam 10/16/13
Certificate Expiration Date 10/16/14

I certify that I have examined _Cattur tailo_

In accordance with the Federal Motor Carrier Safety Regulations (49 CFR 391.41-391.49) and with knowledge of the driving duties, I find this person is qualified, and if applicable, only when:

☐ wearing corrective lenses
☐ wearing hearing aid
☐ accompanied by a ☐ waiver/exemption

☐ driving within an exempt intracity zone (49 CFR 391.62)
☐ accompanied by a Skill Performance Evaluation Certificate (SPE)
☐ qualified by operation of 49 CFR 391.64

The information I have provided regarding this physical examination is true and complete. A complete examination form with any attachment embodies my findings completely and correctly, and is on file in my office.

| | TELEPHONE | DATE |
|---|---|---|
| SIGNATURE OF MEDICAL EXAMINER | | 10/16/12 |

MEDICAL EXAMINER'S NAME (PRINT) Patricia Ames, NP

☐ MD  ☐ DO
☐ Physician Assistant
☐ Chiropractor
☐ Advanced Practice Nurse

MEDICAL EXAMINER'S LICENSE NO.                STATE

SIGNATURE OF DRIVER                DRIVER'S LICENSE NO.        STATE
NY

MEDICAL CERTIFICATE EXPIRATION DATE    10/16/14

PARTNERS IN SAFETY, INC.

# EXHIBIT "B"

Partners in Safety

___ 500 Route, 17M Middletown, NY 10940      845-341-8818(P)      800-283-5514(F)

___ 16 North Broadway, Suite D, White Plains NY 10601      914-285-0434(P)      914-286-9816(F)

___ 65 Old Nyack, Suite 401, Nanuet, NY 10954      845-624-3882(P)      845-624-3992(F)

## Prescription Clearance Letter

Your patient is being evaluated for fitness to drive a commercial motor vehicle. He/she indicated taking a prescription medicine. It is important that commercial drivers have a full level of alertness while driving. If you believe that the prescribed medications will not adversely affect the driver's ability to drive safely, please complete the form below.

Driver's Company Name: *Quality Bus Services*

*Cathie Railo*

_____ is my patient, and is currently taking

(Patient Name)

*Clonidine .1mg po BID , Valium 2mg po 2-3x/day*
*Ami AM*   (Name of Medication, dose and frequency)   *afternoon after work & HS.*

The medication is taken:

_____ during work hours

__X__ only during non-work hours

I certify that, in my professional judgment, this medication will not affect his/her ability to safely operate a commercial motor vehicle.

Physician's Stamp

Viviana Galli, MD
Clinical Psychiatrist
NY 236115
DEA BG4789980

Physician's Signature

VIVIANA GALLI  MD
Physician's Printed Name/License No.

10-16-12
Date