```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
JUSTIN T. MAHER and ANGEL L. MAHER,

        Plaintiff,

    -against-                              NOTICE OF MOTION

CAITLIN H. RAILO and QUALITY BUS
SERVICE, LLC,
                                           Case No:14CV 3586(VLB)
        Defendants.
---------------------------------------X
```

S I R S:

**PLEASE TAKE NOTICE**, that upon the annexed Affirmation of KEITH V. LaROSE, ESQ., with attached exhibits dated October 2, 2015, the accompanying Memorandum of Law and the State ment of Facts Pursuant to Local Rule 56.1, a Motion will be made pursuant to Rule 12 and Rule 56 of the Federal Rules of Civil Procedure at a term of this Court to be held on November 2, 2015 at the United States District Court, White Plains, New York at 2:00 p.m. seeking various relief including an Order of this Court for an Order dismissing plaintiff's claim for punitive damages as alleged in the Second Amended Complaint, together with such other and further relief as to this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Federal Rules and the order of the Hon. Judith C. McCarthy dated September 2, 2015, answering papers, if any, are required to be served on or before October 19, 2015, and reply papers on or before October 26, 2015.

Dated: October 1, 2015
       Poughkeepsie, NY

                                        Yours etc.,

                                        /s/ LaRose & LaRose
                                        LaRose & LaROSE
                                        Bar Roll No: KL2012
                                        Attorneys for Defendants
                                        CAITIN H. RAILO
                                        Poughkeepsie, NY 12601
                                        (845) 454-2001
                                        Email: laroseandlarose@gmail.com

TO:  Law Offices of Cognetti & Cimini           (via ECF/CM)
     Attorneys for Plaintiff Justin T. Mahar
     Scranton Electric Bldg., 7th Floor
     507 Linden Street
     Scranton, PA 18503

     Evan M. Foulke, Esq.                       (via ECF/CM)
     Foulke Law Offices
     Counsel for Plaintiff Justin T. Mahar
     25 Main Street, 3rd Floor
     Goshen, NY 10924

     Maynard, O'Connor, Smith & Catalinotto, LLP   (via ECF/CM)
     Attorneys for Quality Bus Service, LLC
     3154 Route 9W
     PO Box 180
     Saugerties, NY 12477