EXHIBIT "A"

# POLICE ACCIDENT REPORT

**New York State Department of Motor Vehicles**
ABS-7 (5/1..)  Page 1 of 2 Pages
MV-104A (6/04)
☐ AMENDED REPORT   DMV COPY
Local Codes: SPFF29000082

## Accident Information
- **Accident Date:** Month 02, Day 14, Year 2013
- **Day of Week:** Thu
- **Military Time:** 14:36
- **No. of Vehicles:** 2
- **No. Injured:** 1
- **No. Killed:** 0
- **Not Investigated at Scene:** ☐
- **Accident Reconstructed:** ☒
- **Left Scene:** ☐
- **Police Photos:** ☐ Yes ☐ No

## Vehicle 1
- **Driver License ID:** 491879925, State of Lic.: NY
- **Driver Name:** RAILO, CAITLIN H
- **Address:** 5 WHITE ST APT 2
- **City/Town:** PORT JERVIS, State: NY, Zip: 12771
- **DOB:** 08/12/1981, Sex: F
- **No. of Occupants:** 2
- **Name on registration:** QUALITY BUS SERVICE, LLC, Sex: C
- **Address:** 504 RT 42 PO BOX 600
- **City/Town:** SPARROWBUSH, State: NY, Zip: 12780
- **Plate:** 55171BA, State Reg: NY, Year/Make: 2003 FRHT, Type: BUS, Ins. Code: 675
- **Ticket/Arrest Number:** M2121MV3B5
- **Violation Section:** 1192 4C

## Vehicle 2
- **Driver License ID:** 133478L77, State of Lic.: NY
- **Driver Name:** MAHER, JUSTIN T
- **Address:** 1 FIFTH STREET
- **City/Town:** GODEFFROY, State: NY, Zip: 12729
- **DOB:** 04/28/1993, Sex: M
- **No. of Occupants:** 1
- **Name on registration:** MAHER, JUSTIN T, Sex: M, DOB: 04/28/1993
- **Address:** 1 FIFTH STREET
- **City/Town:** GODEFFROY, State: NY, Zip: 12729
- **Plate:** BCM1437, State Reg: NY, Year/Make: 1995 HOND, Type: 2DSD, Ins. Code: 054

## Vehicle Damage
- Vehicle 1 - more than 34 feet long
- Vehicle 2 - more than 34 feet long (checked)
- V1 Damage Codes: Box 1 Point of Impact: 3, Box 2 Most Damage: 3, Enter up to three more: 3, 4, 5
- V2 Damage Codes: Box 1: 2, Box 2: 2, more: 3, 4
- Vehicle Towed By: HOCKENBERRY'S to HOCKENBERRY'S (both vehicles)

Accident Diagram: Left Turn (circled). See the second page for the accident diagram.

Cost of repairs to any one vehicle will be more than $1000: ☒ Yes ☐ No

## Location
- **Reference Marker:** 209 / 8301 / 2032
- **Coordinates:** Latitude/Northing: 530848; Longitude/Easting: 4585172
- **Place Where Accident Occurred:** County: ORAN, Town of DEERPARK
- **Road:** PEENPACK TRL
- **At intersecting street:** ROUTE 209

## Accident Description/Officer's Notes

V1 NORTH ON STATE 209 AND MAKES A LEFT TURN ONTO PEENPACK TRAIL IN FRONT OF V2 WHICH WAS TRAVELING SOUTH ON STATE ROUTE 209. WITNESSES STATE THEY OBSERVE V1 STOP ON STATE 209 THEN BEGIN TURNING LEFT ONTO PEENPACK TRAIL FAILING TO YIELD RIGHT-OF-WAY TO V2. WITNESS LYLE VANDUNK STATES V2 WAS APPROXIMATELY 50 YARDS NORTH OF PEENPACK TRAIL JUST PRIOR TO V1 TURNING LEFT. - WITNESS L VANDUNK,

## Involved Persons Table

| A/L | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all Involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 01 | 1 | 4 | 1 | | 31 | F | - | - | - | | RAILO, CAITLIN H | |
| B | 02 | 1 | X | 1 | | 19 | M | 12 | X | 2 | 9993 | 5905 | MAHER, JUSTIN T | |
| C | 01 | 3 | | 1 | | 11 | F | - | - | | | | DONLEY, KIARA | |

## Officer
- **Rank/Signature:** Trooper
- **Print Name:** D Quinones
- **Badge/ID No.:** 3823
- **NCIC No.:** 13501
- **Precinct/Post Troop/Zone:** F2
- **Station/Beat Sector:** 21
- **Reviewing Officer:** SMITH, DANIEL
- **Date/Time Reviewed:** 04/15/2013 21:18

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Barbara J. Fiala*
COMMISSIONER OF MOTOR VEHICLES

ABS-7 (5/11) Page 2 of 2 Pages

Local Codes

New York State Department of Motor Vehicles
# POLICE ACCIDENT REPORT
MV-104A (6/04)

SPFF29000082  ☐ **AMENDED REPORT**  DMV COPY

## 1. Accident Date
| Month | Day | Year | Day of Week | Military Time | No. of Vehicles | No. Injur |
|---|---|---|---|---|---|---|
| 02 | 14 | 2013 | Thu | 14:36 | 2 | 1 |

### VEHICLE 1
- VEHICLE 1 - Driver License ID Number: 
- State of Lic.:
- Driver Name - exactly as printed on license:
- Address (Include Number & Street):  Apt. No.:
- City or Town:  State:  Zip Code:
- Date of Birth: Month / Day / Year
- Sex:  Unlicensed ☐  No. of Occupants:  Public Property Damaged ☐
- Name - exactly as printed on registration:  Sex:  Date of Birth: Month / Day / Year
- Address (Include Number & Street):  Apt. No.:  Haz. Mat Code:  Released ☐
- City or Town:  State:  Zip Code:
- Plate Number:  State of Reg.:  Vehicle Year & Make:  Vehicle Type:  Ins. Code:
- Ticket/Arrest Number(s):
- Violation Section(s):

Check if involved vehicle is:
- ☐ more than 95 inches wide;
- ☐ more than 34 feet long;
- ☐ operated with an overweight permit;
- ☐ operated with an overdimension permit.

### VEHICLE 1 DAMAGE CODES
| Box 1 - Point of Impact | 1 | 2 |
| Box 2 - Most Damage | | |
| Enter up to three more Damage Codes | 3 | 4 | 5 |

Vehicle By Towed: To

### VEHICLE DAMAGE CODING:
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE  17. DEMOLISHED
15. TRAILER  18. NO DAMAGE
16. OVERTURNED  19. OTHER

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine  ☒ Yes  ☐ No

| Reference Marker | Coordinates (if available) | Place Where Accident Occurred: |
|---|---|---|
| 2 0 9 | Latitude/Northing: 530848 | County ORAN  ☐ City ☐ Village ☒ Town of DEERPARK, TOWN OF |
| 8 3 0 1 | | Road on which accident occurred PEENPACK TRL (Route Number or Street Name) |
| 2 0 3 2 | Longitude/Easting: 4585172 | at 1) intersecting street ROUTE 209 (Route Number or Street Name) |
| | | or 2) _____ Feet / Miles  ☐N ☐S ☐E ☐W of _____ (Milepost, Nearest Intersecting Route Number or Street Name) |

### Accident Description/Officer's Notes
LYLE 379 RINGWOOD AVENUE WONAGUE NJ 07465 2017095825 - WITNESS 2 STARR, WILLIAM 30 JONES ROAD PINE BUSH NY 8456996879

N

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | | | | | | | | | | | |
| B | | | | | | | | | | | | | |
| C | | | | | | | | | | | | | |
| D | | | | | | | | | | | | | |
| E | | | | | | | | | | | | | |
| F | | | | | | | | | | | | | |

| Officer's Rank and Signature | Trooper | Badge/ID No. | NCIC No. | Precinct/Post Troop/Zone | Station/Beat/ Sector | Reviewing Officer | Date/Time Reviewed |
|---|---|---|---|---|---|---|---|
| Print Name in Full | D Quinones | 3823 | 13501 | F2 | 21 | SMITH, DANIEL | 04/15/2013  21:18 |

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Barbara J. Fiala*
COMMISSIONER OF MOTOR VEHICLES

2

ABS-7 (5/11)    Case 7:14-cv-03586-JCM   Document 72-1   Filed 10/01/15   Page 4 of 4



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Barbara J. Fiala*
COMMISSIONER OF MOTOR VEHICLES

3