# EXHIBIT "D"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JUSTIN T. MAHER and ANGEL L. MAHER, | Docket No. 14 cv 3586 (VLB) |
| Plaintiffs, | **Stipulation (Voluntary Dismissal)** |
| -against- | (ECF Case) |
| CAITLIN H. RAILO and QUALITY BUS SERVICE, LLC. | **Jury Trial Demanded** |
| Defendants. | |

---

### STIPULATION FOR PARTIAL VOLUNTARY DISMISSAL

The parties, by and through their undersigned counsel, hereby stipulate and agree to the voluntary dismissal of Plaintiff Angel L. Maher's claim for loss of consortium, as fully set forth in Count five (V.) of Plaintiffs' Second Amended Complaint. The parties further stipulate and agree that Count five (V.) of Plaintiffs' Second Amended Complaint is dismissed.

Respectfully Submitted:
COGNETTI & CIMINI

s/ Vincent S. Cimini                                                                                  January 20, 2015

_____                                                    _____
VINCENT S. CIMINI, ESQUIRE                                                              Date
**Counsel for Plaintiffs, Justin T. Maher and Angel L. Maher**

Respectfully Submitted:
MAYNARD, O'CONNOR, SMITH
  & CATALINOTTO, LLP

_____                                                    1/21/15
MICHAEL E. CATALINOTTO, JR., ESQUIRE                                    Date
**Counsel for Defendant, Quality Bus Service, LLC**

Respectfully Submitted:
LAROSE & LAROSE

_____                                                    1/21/15
KEITH V. LAROSE, ESQUIRE                                                             Date
**Counsel for Defendant, Caitlin H. Railo**