# EXHIBIT "G"

**STATE OF NEW YORK**
**TOWN** _____ **COURT**

**COUNTY OF** ORANGE
**TOWN** _____ of DEERPARK

Defendant: **NA**
_(Relationship to alleged victim)_

Alleged Victim: **NA**
_(Relationship to defendant)_

**THE PEOPLE OF THE STATE OF NEW YORK**
-- vs. --

**CAITLIN H RAILO**

Date of Birth: **08/12/1981**

Defendant(s)

*ORIGINAL*

## ACCUSATION

BE IT KNOWN THAT, by this **FELONY COMPLAINT**, **TIMOTHY M DYMOND** as the Complainant herein, **STATIONED** at **SP MIDDLETOWN**, accuses the above mentioned Defendant(s), with having COMMITTED the **FELONY** of **VEH ASLT 1:PREV CONV VTL 1192**, Subdivision **03** of the **PENAL** Law of the State of New York, in violation of Section **120.04**.

That on or about **02/14/2013** at about **02:36 PM** in the **TOWN** of **DEERPARK**, County of **ORANGE**, the defendant(s) did intentionally, knowingly and unlawfully commit the felony of VEHICULAR ASLT 1:PREV CONV VTL 1192 W/IN 10 YRS-NY OR OTHER STATE/JUR. A person is guilty of vehicular assault in the first degree when he or she commits the crime of vehicular assault in the second degree as defined in section 120.03 of this article, and:(3) has previously been convicted of violating any of the provisions of section eleven hundred ninety-two of the vehicle and traffic law within the preceding ten years, provided that, for the purposes of this subdivision, a conviction in any other state or jurisdiction for an offense which, if committed in this state, would constitute a violation of section eleven hundred ninety-two of the vehicle and traffic law, shall be treated as a violation of such law. If it is established that the person operating such motor vehicle caused such serious physical injury or injuries while unlawfully intoxicated or impaired by the use of alcohol or a drug, or by the combined influence of drugs or of alcohol and any drug or drugs, then there shall be a rebuttable presumption that, as a result of such intoxication or impairment by the use of alcohol or a drug, or by the combined influence of drugs or of alcohol and any drug or drugs, such person operated the motor vehicle in a manner that caused such serious physical injury or injuries, as required by this section and sect

## FACTS

To Wit: on the aforementioned time, date and place being State Route 209 in the Town of Deerpark, County of Orange, State of New York said defendant did intentionally, knowingly and unlawfully operate a school bus bearing NY registration 55171BA while she was impaired by drugs causing an automobile accident that resulted in serious physical injury to Justin Maher (04/28/93.)

The above allegations of fact are made by the Complainant herein on direct knowledge and/or upon information and belief, with the sources of Complainant's information and the grounds for belief being the facts contained in the attached SUPPORTING DEPOSITION(s) of: **WILLIAM STARR, LYLE VANDUNK**

## NOTICE

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor. (PL 210.45)

Affirmed under penalty of perjury this **12 TH** day of **APRIL**, **2013**

--OR--

Subscribes and sworn to before me this _____ day of _____, 20____

COMPLAINANT - _[signature]_

M2121MV3B5

**SIMPLIFIED INFORMATION/CERTIFICATE CONCERNING VIOLATION OF LAW RELATING TO VEHICLES**
New York State - Department of Motor Vehicles
FOR FELONY TRACKING PURPOSES ONLY / NOT AN ACCUSATORY INSTRUMENT

The people of The State of New York
VS.
NEW YORK STATE POLICE
Local Police Code: 

**Last Name (Defendant):** RAILO
**First Name:** CAITLIN
**M.I.:** H
**Number and Street:** 5 WHITE ST APT 2
**Apt. No.:** 
**Photo Lic Shown:** ●
**City:** PORT JERVIS
**State:** NY
**Zip Code:** 12771
**Owner is Oper.:** ○
**Lic. Class:** B
**Client ID Number:** 491879925
**Sex:** F
**Date Expires:** 08/12/2015
**Lic State:** NY
**Date of Birth:** 08/12/1991
**Veh. Type:** 2
**Year:** 2003
**Make:** FRHT
**Color:** YW
**Plate Number:** 55171BA
**Reg. State:** NY
**Registration Expires:** 

**Date of Arraignment:** 
**Court Adjournment Record** | **Docket Number**
Date From | Code | Date To | Requested By

Bail | Amount | Date | Receipt No.
Refund | | |
Fine | | |
Surcharge | | |

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

**Time:** 4:20 PM
**Date of Offense:** 02/14/2013
**IN VIOLATION OF:** NYS V AND T LAW
**Violation Section:** 1192-4C
**Description of Violation:** DRIVING IMPARED BY DRUGS/COMMERCIAL VEHICLE
C.I.V. ○ S.P.I. ○
Traffic Infraction ○ Misd ○ Felony ●
MPH | MPH Zone
US DOT#
CDL Veh ○ Bus ○ HazMat ○

**C/T/V Name:** DEERPARK, TOWN OF - 3854
**County:** ORANGE
**Street Name:** ST RT 209
**Hwy. No.:** 209
**Loc. Code:** 3854
**Hwy. Type:** 2
**NCIC/ORI:** 13501

**AFFIRMED UNDER PENALTY OF PERJURY**

(Officer's Signature)

Officer Operating Radar:
**Date of Affirmation:** 04/12/2013
**Arrest Type:** 6 - PERSONAL INJURY A
**Badge/Shield:** 3823
**Officer's Com./Div./Sub.:** F221
**Officer's Last Name:** QUINONES
**First Name:** D
**M.I.:** 

**THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW IN:**
DEERPARK TOWN COURT
**Address:** 420 ROUTE 209
**City:** HUGUENOT
**State:** NY
**Zip:** 12746
○ Return by mail before or in person on:
● Must appear in person on:
**Date:** 04/12/2013
**Time:** 3:00 PM

**SECTION 1807 OF THE VEHICLE AND TRAFFIC LAW PROVIDES THAT THE DEFENDANT, IN CERTAIN CASES, MUST BE INFORMED IN SUBSTANCE AS FOLLOWS:**

"A plea of guilty to this charge is equivalent to a conviction after trial. If you are convicted, not only will you be liable to a penalty, but in addition your license to drive a motor vehicle or motorcycle, and your certificate of registration, if any, are subject to suspension and revocation as prescribed by law."

To Judge or Clerk of Court: Checkmark the appropriate box or boxes below.

I HEREBY CERTIFY THAT:

☐ Upon arraignment, that the above instruction was given orally to the defendant.

☐ The defendant appeared in response to a ticket upon which the above instructions were printed in bold type, in accordance with Section 1807 of the Vehicle and Traffic Law.

☐ Defendant entered a plea of guilty in writing pursuant to Section 1805 of the Vehicle and Traffic Law.

I hereby certify that the information given on this certificate is a true abstract from the records of this court.

Signature of Judge or Clerk of Court | Date

Name of Judge

**FOR COURT USE ONLY**
**Court Code:** | **Justice Code:** | **Date Adjudicated:** | **Date Sentence Imposed:**
**Charge Convicted of:** ● AS ABOVE ● VTL ● Other | Disposition/Sentence | Fine $ | Surcharge $
**Bail Forfeiture Amount $** | **Date** | ● LIC ● REG | ● Rev ● Susp ● Mand. ● Perm | DAYS / MONTHS / YEAR
**DWI Test Type:** 2 - BLOOD | **DWI Test Results:**

Supporting Deposition Issued: None ● | Speeding(Gen101) ○ | Non-Speeding(Gen101e) ○

UTD-1.7 (4/02)

M2121MV3B5

| STATE OF NEW YORK | COUNTY OF ORANGE |
|---|---|
| TOWN _____ COURT | TOWN of DEERPARK |

Defendant: **NA**
(Relationship to alleged victim)

Alleged Victim: **NA**
(Relationship to defendant)

---

THE PEOPLE OF THE STATE OF NEW YORK

— vs. —

**CAITLIN H RAILO**

Date of Birth: **08/12/1981**

Defendant(s)

*ORIGINAL* (stamp)

**ACCUSATION**

BE IT KNOWN THAT, by this **INFORMATION**, **TIMOTHY M DYMOND** as the Complainant herein, **STATIONED** at **SP MIDDLETOWN**, accuses the above mentioned Defendant(s), with having COMMITTED the **MISDEMEANOR** of **ENDANGERING WELFARE OF CHILD**, in violation of Section **260.10**, Subdivision _____ of the **PENAL** Law of the State of New York.

That on or about **02/14/2013** at about **02:36 PM** in the **TOWN** of **DEERPARK**, County of **ORANGE**, the defendant(s) did intentionally, knowingly and unlawfully commit the misdemeanor of ACT IN MANNER INJURE CHILD LESS THAN 17. A person is guilty of endangering the welfare of a child when: 1. He knowingly acts in a manner likely to be injurious to the physical, mental or moral welfare of a child less than seventeen years old or directs or authorizes such child to engage in an occupation involving a substantial risk of danger to his life or health; Endangering the welfare of a child is a class A misdemeanor.

**FACTS**

To Wit: on the aforementioned time, date and place being State Route 209 in the Town of Deerpark, County of Orange, State of New York said defendant did knowingly and unlawfully operate a School Bus while her ability was impaired by drugs and while an 11 year old child was on the bus. The defendant's actions did cause a serious physical injury accident and did endanger the physical, mental and moral welfare of the 11 year old child.

The above allegations of fact are made by the Complainant herein on   DIRECT KNOWLEDGE

**NOTICE**

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor. (PL 210.45)

Affirmed under penalty of perjury
this **12 TH** day of **APRIL, 2013**
—OR—
Subscribes and sworn to before me this _____ day of _____, 20 ___

COMPLAINANT _____