# EXHIBIT "H"

2013083850  #684713

SUPREME & COUNTY COURTS OF THE STATE OF NEW YORK    NO FEE
ORANGE COUNTY
ORANGE COUNTY GOVERNMENT CENTER
255 MAIN STREET
GOSHEN, NY 10924

CERTIFICATE OF DISPOSITION INDICTMENT

DATE: 04/28/2014

CERTIFICATE OF DISPOSITION NUMBER: 4176

PEOPLE OF THE STATE OF NEW YORK
VS.

CASE NUMBER: 00453-2013
LOWER COURT NUMBER(S):
DATE OF ARREST: 02/14/2013
ARREST #: 562190
DATE OF BIRTH: 08/12/1981
DATE FILED: 08/12/2013

RAILO, CAITLIN H

DEFENDANT

I HEREBY CERTIFY THAT IT APPEARS FROM AN EXAMINATION OF THE RECORDS ON FILE IN THIS OFFICE THAT ON 12/16/2013 THE ABOVE NAMED DEFENDANT WAS CONVICTED OF THE CRIME(S) BELOW BEFORE JUSTICE DEROSA,N THEN A JUSTICE OF THIS COURT.

ASSAULT 2nd DEGREE PL 120.05 04 DF
AGGRAVATED DWI:WITH A CHILD-BAC .18-1 PRIOR C VTL 1192.2-A-B 2V EF

THAT ON 04/21/2014, UPON THE AFORESAID CONVICTION BY PLEA THE HONORABLE DEROSA,N THEN A JUDGE OF THIS COURT, SENTENCED THE DEFENDANT TO

ASSAULT 2nd DEGREE PL 120.05 04 DF
$ = $1,000
IMPRISONMENT = 2 YEAR(S)
LICENSE REVOKED 1 YEAR(S)
POST-RELEASE PAROLE SUPERVISION = 3 YEAR(S)

AGGRAVATED DWI:WITH A CHILD-BAC .18-1 PRIOR C VTL 1192.2-A-B 2V EF
IMPRISONMENT = 1 YEAR(S) TO 3 YEAR(S)

TOTAL FINE = $1,000 (OTHER AGENCY TO COLLECT)
CVAF = $25 (OTHER AGENCY TO COLLECT)
DNA = $50 (OTHER AGENCY TO COLLECT)
SURCHARGE = $495 (OTHER AGENCY TO COLLECT)

IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED MY OFFICIAL SEAL ON THIS DATE 04/28/2014.

_____
COURT CLERK

2