# EXHIBIT "I"

**NMS Labs**
3701 Welsh Road, PO Box 433A, Willow Grove, PA 19090-0437
Phone: (215) 657-4900  Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, DABFT, DABCC-TC, Laboratory Director

CONFIDENTIAL

## Toxicology Report

**Report Issued**  07/31/2013 18:03

**To:** 20021
NY Police Crime Laboratory, Mid Hudson
Tech. Lt Stephen Jiampetti
Mid Hudson PO Box 10131
Newburgh, NY  12552

**Patient Name**  RAILO, CAITLIN
**Patient ID**  13ML-487 (4973209)
**Chain**  11265232
**Age**  Not Given
**Gender**  Not Given
**Workorder**  13185165

Page 1 of 3

### Positive Findings:

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| Morphine - Free | 12 | ng/mL | Blood |
| Diazepam | 200 | ng/mL | Blood |
| Nordiazepam | 46 | ng/mL | Blood |

See Detailed Findings section for additional information

### Testing Requested:

| Analysis Code | Description |
|---|---|
| 8660B | Opiates - Free (Unconjugated), Blood |
| 9329B | Benzodiazepines Panel, Blood |

### Specimens Received:

| ID | Tube/Container | Volume/Mass | Collection Date/Time | Matrix Source | Miscellaneous Information |
|---|---|---|---|---|---|
| 001 | Gray Top Tube | 6.5 mL | Not Given | Blood | |
| 002 | Gray Top Tube | 3.8 mL | Not Given | Blood | |
| 003 | Cardboard Box | Not Given | Not Given | Shipping Container | |

All sample volumes/weights are approximations.
Specimens received on 07/29/2013.

v.8

**NMS LABS**

Workorder 13185165
Chain 11265232
Patient ID 13ML-487 (4973209)

Page 2 of 3

## Detailed Findings:

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Morphine - Free | 12 | ng/mL | 10 | 001 - Blood | GC/MS |
| Diazepam | 200 | ng/mL | 20 | 001 - Blood | LC-MS/MS |
| Nordiazepam | 46 | ng/mL | 20 | 001 - Blood | LC-MS/MS |

Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.

## Reference Comments:

1. Diazepam (Valium®) - Blood:

   Diazepam is a benzodiazepine used primarily for its sedative anxiolytic or muscle relaxing effects. It is a U.S. DEA Schedule IV listed central nervous system depressant, and patients using this medication are warned accordingly, especially concerning motor functions. It is habituating, and frequently abused. It is metabolized to several pharmacologically active compounds: nordiazepam, oxazepam and temazepam. In order to evaluate the effects of this compound, concentrations of these metabolites must also be considered.

   The reported diazepam concentration in a chronic steady-state regimen of 5 mg twice daily ranges from 100 - 400 ng/mL with nordiazepam being in the range of 130 - 500 ng/mL. Oxazepam and temazepam may be present in low concentrations.

   Toxic effects may be produced by blood concentrations in excess of 1500 ng/mL; fatalities produced by diazepam alone are rare, but may occur at blood concentrations greater than 5000 ng/mL. Alcohol greatly enhances the activity of the benzodiazepines.

2. Morphine - Free - Blood:

   Morphine is a DEA Schedule II narcotic analgesic. In analgesic therapy, it is usually encountered as the parent compound, however, it is also commonly found as the metabolite of codeine and heroin. In illicit preparations from which morphine may arise, codeine may be present as a contaminant. A large portion of the morphine is bound to the blood proteins or is conjugated; that which is not bound or conjugated is termed 'free morphine'. Hydromorphone is a reported metabolite of morphine.

   In general, free morphine is the active biologic agent. Morphine has diverse effects that may include analgesia, drowsiness, nausea and respiratory depression. 6-monoacetylmorphine (6-MAM) is the 6-monoacetylated form of morphine, which is pharmacologically active. It is commonly found as the result of heroin use.

   Peak serum concentrations occur within 10 to 20 minutes of a 10 mg/70 kg intramuscular dose, with an average concentration of 60 ng/mL 30 minutes following administration. IV administration of the same dose resulted in an average concentration of 80 ng/mL after 30 minutes. Chronic pain patients receiving an average of 90 mg (range 20 - 1460) daily oral morphine had average serum concentrations of 73 ng/mL (range 13 - 710) morphine. In 15 cases where cause of death was attributed to opiate toxicity (heroin, morphine or both), free morphine concentrations were 0 - 3700 ng/mL (mean = 420 +/- 940). In comparison, in cases where COD was unrelated to opiates (n=20) free morphine was 0 - 850 ng/mL (mean = 90 +/- 200). The ratio of whole blood concentration to serum or plasma concentration is approximately one.

3. Nordiazepam - Blood:

   Nordiazepam is a pharmacologically active metabolite of several benzodiazepine anxiolytic/sedative/hypnotic agents, e.g., diazepam (Valium®). Nordiazepam is also the major active entity in clorazepate (Tranxene®), a benzodiazepine agent used for agitation, seizures and anxiety. The action of this compound is based on its CNS-depressant activity.

   Reported peak blood concentrations of nordiazepam following a single 15 mg oral dose of clorazepate were approximately 200 ng/mL at 2 hr. Chronic therapy with a daily oral dose of 22.5 mg clorazepate produced reported steady-state plasma concentrations of nordiazepam of 600 ng/mL whereas 50 mg produced average concentrations of 1600 ng/mL.

Chain of custody documentation has been maintained for the analyses performed by NMS Labs.

v.8

**NMS LABS**

CONFIDENTIAL

Case 7:14-cv-03586-JCM   Document 72-9   Filed 10/01/15   Page 4 of 4

Workorder 13185165
Chain 11265232
Patient ID 13ML-487 (4973209)

Page 3 of 3

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) weeks from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

Workorder 13185165 was electronically signed on 07/31/2013 17:04 by:

Daniel S. Isenschmid, Ph.D., D-ABFT
Forensic Toxicologist

## Analysis Summary and Reporting Limits:

Acode 8660B - Opiates - Free (Unconjugated), Blood

-Analysis by Gas Chromatography/Mass Spectrometry (GC/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| 6-Monoacetylmorphine - Free | 10 ng/mL | Hydromorphone - Free | 10 ng/mL |
| Codeine - Free | 10 ng/mL | Morphine - Free | 10 ng/mL |
| Dihydrocodeine / Hydrocodol - Free | 10 ng/mL | Oxycodone - Free | 10 ng/mL |
| Hydrocodone - Free | 10 ng/mL | Oxymorphone - Free | 10 ng/mL |

Acode 9329B - Benzodiazepines Panel, Blood

-Analysis by High Performance Liquid Chromatography/Tandem Mass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| 7-Amino Clonazepam | 5.0 ng/mL | Flurazepam | 2.0 ng/mL |
| Alpha-Hydroxyalprazolam | 5.0 ng/mL | Hydroxyethylflurazepam | 5.0 ng/mL |
| Alprazolam | 5.0 ng/mL | Hydroxytriazolam | 5.0 ng/mL |
| Chlordiazepoxide | 20 ng/mL | Lorazepam | 5.0 ng/mL |
| Clobazam | 20 ng/mL | Midazolam | 5.0 ng/mL |
| Clonazepam | 2.0 ng/mL | Nordiazepam | 20 ng/mL |
| Desalkylflurazepam | 5.0 ng/mL | Oxazepam | 20 ng/mL |
| Diazepam | 20 ng/mL | Temazepam | 20 ng/mL |
| Estazolam | 5.0 ng/mL | Triazolam | 4.0 ng/mL |

v.8