# EXHIBIT "K"

**PARTNERS IN SAFETY**

ALL SECTIONS MUST BE COMPLETED
# MEDICAL EXAMINATION REPORT
FOR COMMERCIAL DRIVER FITNESS DETERMINATION

Employer Name: **Quality Bus Service, LLC**

## 1. DRIVERS INFORMATION
*Driver completes this section.*

| Driver's Name (Last, First, Middle) | Social Security No. | Birth date M/D/Y | Age | Sex | Certification | Date of Exam |
|---|---|---|---|---|---|---|
| Railo, Caitlin, Helen | 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 | 8/12/81 | 31 | ☐ M ☑ F | ☑ New Certification ☐ Recertification ☐ Follow Up | 10/16/12 |

| Address (Street) | City, State, Zip Code | Phone | Driver's License No. | License Class | State of Issue |
|---|---|---|---|---|---|
| 5 White St. Apt 2 | Port Jervis NY 12771 | W: (845) 858-2150  H: (845) 331-2335 | 491-819-935 | ☐ A ☑ B ☐ C ☐ D ☐ Other | NY |

## 2. HEALTH HISTORY
*Driver completes this section, but medical examiner is encouraged to discuss with driver.*

| Yes | No | | Yes | No | | Yes | No | |
|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | Any illness or injury in last 5 years. | ☐ | ☐ | High Blood Pressure | ☐ | ☑ | Loss of, or altered consciousness |
| ☐ | ☑ | Head/Brain injuries, disorders, or illnesses | | | ☐ medication_____ | ☐ | ☑ | Fainting, dizziness |
| ☐ | ☑ | Seizures, epilepsy | ☐ | ☑ | Muscular disease | ☐ | ☑ | Sleep disorders, pauses in breathing while asleep, daytime sleepiness, loud snoring |
| | | ☐ medication_____ | ☐ | ☑ | Shortness of breath | | | |
| ☐ | ☑ | Eye disorders or impaired vision (except corrective lenses) | ☐ | ☑ | Lung disease, emphysema, asthma, chronic bronchitis | ☐ | ☑ | Stroke or paralysis |
| ☐ | ☑ | Ear disorders, loss of hearing or balance | ☐ | ☑ | Kidney disease, dialysis | ☐ | ☑ | Missing or impaired hand, arm, leg, finger, toe |
| ☐ | ☑ | Heart disease or heart attack; other cardiovascular condition | ☐ | ☑ | Liver disease | ☐ | ☑ | Spinal injury or disease |
| | | ☐ medication_____ | ☐ | ☑ | Diabetes or elevated blood sugar controlled by: ☐ Diet ☐ Pills ☐ Insulin | ☐ | ☑ | Chronic low back pain |
| | | | | | | ☐ | ☑ | Regular, frequent alcohol use |
| ☐ | ☑ | Heart surgery (valve replacement / bypass, angioplasty, pacemaker) | ☐ | ☑ | Nervous or psychiatric disorders, e.g., severe depression  ☐ medication | ☐ | ☑ | Narcotic or habit forming drug use |

For any YES answer, indicate onset date, diagnosis, treating physician's name and address, and any current limitation. List all medications (including over-the-counter medications) used regularly or recently.

May 2012 had a hysterectomy due to cervical cancer. DR Koehler currently on clonidine for menopause (hot flashes, etc.) and valium.
Dr. Rhenler
95 Crystal Run Road
Middletown, NY 10940      No current limitations

I certify that the above information is complete and true. I understand that inaccurate, false or missing information may invalidate the examination and my Medical Examiner's Certificate.

_____   10/16/2012
Driver's Signature                   Date

**Medical Examiner's Comments on Health History** (The medical examiner must review and discuss with the driver any "Yes" answers and potential hazards of medications, including over-the-counter medications, while driving.)

PMH: Ca of cervix, TAH - 5/12.   PCP Dr. Galli (845) 858-1456
PSH - 2006 Breast Cancer (L) lumpectomy + chemo pills
(Meds) Clonidine .1mg po QD  Diazepam 10mg po 2-3x/Day
                                                      PMD - Dr. Galli

## 3. VISION
**TESTING (Physical Examiner completes Section 3 through 7)**

Standard: At least 20/40 acuity (Snellen) in each eye with or without correction. At least 70° peripheral in horizontal meridian measured in each eye. The use of corrective lenses should be noted on the Medical Examiner's Certificate.

INSTRUCTIONS: When other than the Snellen chart is used, give test results in Snellen-comparable values. In recording distance vision, use 20 feet as normal. Report visual acuity as a ratio with 20 as numerator and the smallest type read at 20 feet as denominator. If the applicant wears corrective lenses, these should be worn while visual acuity is being tested. If the driver habitually wears contact lenses, or intends to do so while driving, sufficient evidence of good tolerance and adaptation to their use must be obvious. Monocular drivers are not qualified.
**Numerical readings must be provided.**

| ACUITY | UNCORRECTED | CORRECTED | HORIZONTAL FIELD OF VISION | |
|---|---|---|---|---|
| Right Eye | 20/20 | 20/ | Right Eye | 80° |
| Left Eye | 20/20 | 20/ | Left Eye | 80° |
| Both Eyes | 20/20 | 20/ | | 160° |

Applicant can recognize and distinguish among traffic control signals and devices showing standard red, green and amber colors? ☑ Yes ☐ No
Applicant meets visual acuity requirement only when wearing: ☐ Corrective Lenses
Monocular Vision: ☐ Yes ☑ No

Complete next line only if vision testing is done by an ophthalmologist or optometrist

| Date of Examination | Name of ophthalmologist or optometrist (please print) | Telephone Number | License No./State of Issue | Signature |
|---|---|---|---|---|
| | | | | |

Driver Name _Caitlin Raiio_  Social Security Number _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_

### 4. HEARING

Standard: a) Must first perceive forced whispered voice ≥5 ft., with or without hearing aid, or b) average hearing loss in better ear ≤40 dB ☐ Check if hearing aid used for tests ☐ Check if hearing aid required to meet standard.

**INSTRUCTIONS:** To convert audiometric test results from ISO to ANSI, -14dB from ISO for 500Hz, -10 dB for 1,000 Hz, -8.5 dB for 2,000 Hz. To average, add the readings for 3 frequencies tested and divide by 3.

N Numerical readings must be recorded.

| a) Record distance from individual at which forced whispered voice can first be heard. | Right Ear _5_ Feet | Left Ear _5_ Feet | b) If audiometer is used, record hearing loss in decibels. (acc. To ANSI Z24.5-1951) | Right Ear 500 Hz | 1000 Hz | 2000 Hz | Left Ear 500 Hz | 1000 Hz | 2000 Hz |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Average: | | | Average: | | |

### 5. BLOOD PRESSURE / PULSE RATE

Numerical readings must be recorded. Medical Examiner should take at least two readings to confirm Blood Pressure.

Blood Pressure — Systolic _122_   Diastolic _80_

D Driver qualified if ≤ 140/90.

Pulse Rate: ☒ Regular ☐ Irregular
Record Pulse Rate: _62_

| Reading | Category | Expiration Date | Recertification |
|---|---|---|---|
| 140-159/90-99 | Stage 1 | 1 Year | 1 Year if ≤140/90 One-time certificate for 3 mos. If 141-159/91-99 |
| 160-179/100-109 | Stage 2 | One-time certificate for 3 mos. | 1 Year from date of exam if ≤140/90 |
| >180/110 | Stage 3 | 6 mos. From date of exam if ≤140/90 | 6 mos. If ≤140/90 |

### 6. LABORATORY AND OTHER TEST FINDINGS

Urinalysis is required. Protein, blood or sugar in the urine may be an indication for further testing to rule out any underlying medical problem.

Other Testing (*Describe and record*)

Numerical readings must be recorded.

| URINE SPECIMEN | SP. GR. | PROTEIN | BLOOD | SUGAR |
|---|---|---|---|---|
| | 1.005 | neg | neg | neg |

### 7. PHYSICAL EXAMINATION

Height: _66_ (in.)   Weight: _130_ (lbs.)

The presence of a certain condition may not necessarily disqualify a driver, particularly if the condition is controlled adequately, is not likely to worsen or is readily amenable to treatment. Even if a condition does not disqualify a driver, the medical examiner may consider deferring the driver temporarily. Also, the driver should be advised to take the necessary steps to correct the condition as soon as possible particularly if the condition, if neglected, could result in more serious illness that might affect driving.

Check YES if there are any abnormalities. Check NO if the body system is normal. Discuss any YES answers in detail in the space below, and indicate whether it would affect the driver's ability to operate a commercial motor vehicle safely. Enter applicable item number before each comment. If organic disease is present, note that it has been compensated for. *See instructions to the Medical Examiner for guidance.*

| BODY SYSTEM | CHECK FOR: | YES* | NO | BODY SYSTEM | CHECK FOR: | YES* | NO |
|---|---|---|---|---|---|---|---|
| 1. General Appearance | Marked overweight, tremor, signs of alcoholism, problem drinking, or drug abuse. | ☐ | ☒ | 7. Abdomen and Viscera | Enlarged liver, enlarged spleen, masses, bruits, hernia, significant abdominal wall muscle weakness. | ☐ | ☒ |
| 2. Eyes | Pupillary equality, reaction to light, accommodation, ocular motility, ocular muscle imbalance, extraocular movement, nystagmus, exophthalmos, strabismus uncorrected by corrective lenses, retinopathy, cataracts, macular degeneration, aphakia, glaucoma. | ☐ | ☒ | 8. Vascular System | Abnormal pulse and amplitude, carotid or arterial bruits, varicose veins. | ☐ | ☒ |
| 3. Ears | Middle ear disease, occlusion of external canal, perforated eardrums. | ☐ | ☒ | 9. Genito-urinary System | Hernias | ☐ | ☒ |
| 4. Mouth and Throat | Irremediable deformities likely to interfere with breathing or swallowing. | ☐ | ☒ | 10. Extremities- Limb impaired. Driver may be subject to SPE certificate if otherwise qualified. | Loss or impairment of leg, foot, toe, arm, hand, finger. Perceptible limp, deformities, atrophy, weakness, paralysis, clubbing, edema, hyptonia. Insufficient grasp and prehension in upper limb to maintain steering wheel grip. Insufficient mobility and strength in lower limb to operate pedals properly. | ☐ | ☒ |
| 5. Heart | Murmurs, extra sounds, enlarged heart, pacemaker. | ☐ | ☒ | | | | |
| 6. Lungs and chest, not including breast examination. | Abnormal chest wall expansion, abnormal respiratory rate, abnormal breath sounds including wheezes or alveolar rates, impaired respiratory function, dyspnea, cyanosis. Abnormal findings on physical exam may require further testing such as pulmonary tests and/or xray of chest. | ☐ | ☒ | 11. Spine, other musculoskeletal | Previous surgery, deformities, limitation of motion, tenderness. | ☐ | ☒ |
| | | | | 12. Neurological | Impaired equilibrium, coordination or speech pattern; paresthesia, asymmetric deep tendon reflexes, sensory or positional abnormalities, abnormal patellar and Babinski's reflexes, ataxia | ☐ | ☒ |

*Comments: _Smokes 1/2 PKD x 15 years & etoH & drugs_

This section MUST be completed. *See Instructions to the Medical Examiner for guidance.*

☒ Meets standards in 49 CFR 391.41; qualifies for 2 year certificate
☐ Does not meet standards.
☐ Meets standards, but periodic monitoring required
  Due to _____ driver qualified only for:
  ☐ 3 Months ☐ 6 Months ☐ 1 Year ☐ Other
☐ Temporarily disqualified due to (condition or medication): _____
  Return to medical examiner's office for follow up on _____
☐ Driving within an exempt intracity zone (SEE 49 CFR 391.62)
☐ Qualified by operation of 49 CFR 391.64

☐ Wearing corrective lenses
☐ Wearing a hearing aid
☐ Accompanied by a _____ waiver/exemption
  Driver must present exemption at time of certificate
☐ Skill Performance Evaluation (SPE) Certificate
Medical Examiner's Signature _Renes NP_
Medical Examiner's Name (print) _Patricia Antosh_
Address _800 Route 17M, Middletown, NY 10940_
Telephone Number _845-341-0615_   Date of Exam _10/16/13_
Certificate Expiration Date _10/16/14_

**MEDICAL EXAMINER'S CERTIFICATE**

I certify that I have examined Caitlin Lollo

in accordance with the Federal Motor Carrier Safety Regulations (49 CFR 391.41-391.49) and with knowledge of the driving duties, I find this person is qualified and, if applicable, only when:

☐ wearing corrective lenses         ☐ driving within an exempt intracity zone (49 CFR 391.62)
☐ wearing hearing aid               ☐ accompanied by a Skill Performance Evaluation Certificate (SPE)
☐ accompanied by a _____ waiver/exemption   ☐ qualified by operation of 49 CFR 391.64

The information I have provided regarding this physical examination is true and complete. A complete examination form with any attachment embodies my findings completely and correctly, and is on file in my office.

SIGNATURE OF MEDICAL EXAMINER: Patricia Ames
TELEPHONE: 845-341-0515
DATE: 10/16/12

MEDICAL EXAMINER'S NAME: Patricia Ames, NP
☐ MD  ☐ DO  ☐ Chiropractor
☐ Physician Assistant  ☒ Advanced Practice Nurse

MEDICAL EXAMINER'S LICENSE: [illegible]  STATE: [illegible]

SIGNATURE OF DRIVER: [signature]
DRIVER'S LICENSE NO.: 491 277 935
STATE: NY

ADDRESS OF DRIVER: 5 White St Apt 2, Port [illegible]

MEDICAL CERTIFICATE EXPIRATION DATE: 10/16/14

PARTNERS IN SAFETY, INC.