# EXHIBIT "L"

Partners In Safety...

800 Route 17M

Middletown, NY 10940

845-341-0515 ext. 311

**ATTENTION:**

Michael Martucci

Quality Bus Service (2103)

P.O. Box 600

Sparrowbush, NY 12780

Participant: Caitlin H. Rallo

Participant ID:     223

SSN: 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

## Results of DOT Controlled Substance Test

| | |
|---|---|
| Record Status: Negative | Laboratory: Lab Corp. Of America |
| Test Type: Pre-Employment | 69 First Avenue |
| Collection Date/Time: 10/16/2012   1:53 PM | Raritan, NJ 08869 |
| Batch ID: 20121017 | Collection Site: Partners In Safety |
| Specimen ID: 0545554262 | 800 Route 17M |
| Date COC Received: 10/17/2012 | Middletown, NY 10940 |
| Sample Type: Urine | Specimen Collector: STEPHANIE TOBIN |
| Test Panel: 5-Substances | DOT Admin(s): FMCSA |

| Test Performed | Result | Test Performed | Result |
|---|---|---|---|
| Amphetamines | Negative | Cocaine | Negative |
| Marijuana | Negative | Opiates | Negative |
| Phencyclidine | Negative | | |

This test was performed, recorded, and reported in accordance with CFR 49 Part 40

_Russell Kamer, MD_

Russell Kamer, MD

10/17/2012

Verification Date