# EXHIBIT "M"



**We Want You Healthy.**
**Crystal Run Healthcare**
155 Crystal Run Road, Middletown, NY 10941
845-703-6999
www.crystalrunhealthcare.com

Patient: Caitlyn Railo
Date of Birth: 08/12/1981
Date: 01/10/2013 05:30 PM
Historian: F2990F8C-99F1-4583-AF88-405ADA3E200A
Visit Type: Office Visit - GYN
Document Type: Chart Note

### History of Present Illness:
This 31 year old female presents with:
1. vaginal lump
has recurrent vulvar abscesses. Started 1/6/12. No red, very painful. No fever or drainage.

### Past Medical/Surgical History:

| Condition | Year | Procedure/Surgery | Year |
|---|---|---|---|
|  |  | hysterectomy |  |
| breast bx |  |  |  |
| Hep C |  |  |  |
| hidradenitis |  |  |  |
| PTSD |  |  |  |
| vag cyst removal |  |  |  |

### Gynecologic History:
Postmenopausal age: 31. Type of menopause is bilateral oopherectomy.
Patient has had a hysterectomy.
Date of last PAP: 06/13/2011.

### Obstetric History:
Not currently pregnant.
Gravida: 3.
Parity: Term: 1. Pre-Term: 0. Abortion: 2. Living: 1.

### Allergies

Reviewed, no changes.

| Allergen/Ingredient | Brand | Reaction |
|---|---|---|
| HALOPERIDOL LACTATE | HALDOL |  |
| BUPROPION HCL | WELLBUTRIN |  |

## Review of Systems

| System | Negative | Positive | Comments |
|---|---|---|---|
| Constitutional | Fatigue, fever and night sweats. | | |
| Gastrointestinal | Abdominal pain, constipation, diarrhea and vomiting. | | |
| Genitourinary | Dysuria and hematuria. | | |

## Vital Signs

| Time | BP mm/Hg | Pulse/mi n | Resp/mi n | Pulse Ox | Temp F | Ht ft | Ht in | Wt lb | Wt Kg | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5:38 PM | 102/70 | | | | | 0:0 | 65.50 | 114.00 | | 18.68 | |

Measured By:

| Time | |
|---|---|
| 5:38 PM | Kerri Thompson LPN |

## Physical Exam
**Constitutional:**
Well developed.
**Abdomen:**
O.
There is no abdominal tenderness.
**Genitourinary**
Last PAP: 06/13/2011.
There appears to be no vaginal discharge.
Comments: swollen, red R labia majora with solid feeling boil at edge about 1 cm. Not fluctuant.

## Assessment Plan

Oth abscess vulva (616.4)
not fluctuant at this time. Bactrim DS BID x 7 days. sitz baths TID, Percocet 5/325 prn pain
F/u Mon 1/14 or earlier if worsening.
Possible I&D

## Medications

| Started | Medication | Directions | Comment | Stopped |
|---|---|---|---|---|
| 01/10/2013 | Bactrim DS 800 mg-160 mg tablet | take 1 tablet by oral route every 12 hours | | |
| | clonidine 0.1 mg tablet | take 1 tablet (0.1MG) by oral route 2 times every day | | |
| 08/08/2012 | ibuprofen 800 mg Tab | take 1 tablet (800MG) by oral route 3 times every day with food | | |
| 01/10/2013 | Percocet 5 mg-325 mg tablet | take 1 tablet by oral route every 4 - 6 hours as needed | | |
| 09/26/2012 | Percocet 7.5 mg-325 mg Tab | take 1 tablet by oral route every 6 hours as needed | | 01/10/2013 |
| 08/08/2012 | Toradol 10 mg Tab | take 1 tablet (10MG) by oral route every 6 hours as needed for up to 5 days total use | | 01/10/2013 |
| | Tylenol 325 mg Tab | take 1 tablet (325MG) by oral route every 4 hours as needed | | |
| | Valium 10 mg Tab | take 1 tablet (10MG) by oral route 3 times every day | | |

Provider: Robin Karpfen MD 01/10/2013

Electronically signed by Robin Karpfen MD on 01/11/2013 01:06 PM



We Want You Healthy.
Crystal Run Healthcare
155 Crystal Run Road
Middletown, NY 10941
845-703-6999
www.crystalrunhealthcare.com

PATIENT: Caitlyn Railo
DATE OF BIRTH: 08/12/1981
DATE: 01/10/2013 5:30 PM

The following is a summary of today's visit with information we hope you find helpful.

Reason(s) for visit: vaginal lump.

### Future Appointments

| Date | Time | Appt Event | Provider | Location |
|---|---|---|---|---|
| 01/14/2013 | 11:00 AM | Follow Up Appointment | Karpfen MD, Robin | Middletown 95 |
| 01/14/2013 | 11:00 AM | OB/GYN Office Visit | Karpfen MD, Robin | Middletown 95 |

### Medications

| Brand Name | Dose | Sig Description | Comments |
|---|---|---|---|
| VALIUM | 10 mg | take 1 tablet (10MG) by oral route 3 times every day | |
| CLONIDINE HCL | 0.1 mg | take 1 tablet (0.1MG) by oral route 2 times every day | |
| TYLENOL | 325 mg | take 1 tablet (325MG) by oral route every 4 hours as needed | |
| IBUPROFEN | 800 mg | take 1 tablet (800MG) by oral route 3 times every day with food | |
| BACTRIM DS | 800 mg-160 mg | take 1 tablet by oral route every 12 hours | |
| PERCOCET | 5 mg-325 mg | take 1 tablet by oral route every 4 - 6 hours as needed | |

Railo, Caitlyn  08/12/1981
1/2
01/10/2013 5:30 PM

Page

| | 5 mg |
|---|---|

## Allergies

| Allergen/Ingredient | Brand | Reaction |
|---|---|---|
| HALOPERIDOL LACTATE | HALDOL | |
| BUPROPION HCL | WELLBUTRIN | |

## Vital Signs this visit
### Height/Weight/BMI

| Height Ft | In | cm | Weight lb | oz | kg | BMI (kg/m2) |
|---|---|---|---|---|---|---|
| 0.0 | 65.50 | 0.00 | 114.00 | | | 18.68 |



# Crystal Run Healthcare

155 Crystal Run Road Middletown New York 10941 (845) 703-6999
7 Hatfield Lane Goshen New York 10924 (845) 615-6999
Box 796 Rock Hill New York 12754 (845) 794-6999

**PATIENT NAME:** Caitlyn Railo
**DOB:** 08/12/1981

**VISIT DATE:** 01/10/2013 5:30 PM

### Active Medication List as provided by patient to Crystal Run:

| Start Date | Generic Name | Brand Name | Dose | Drug Usage | Refills | Quant | Presc ribed Else |
|---|---|---|---|---|---|---|---|
| 08/08/2012 | IBUPROFEN | IBUPROFEN | 800 mg | take 1 tablet (800MG) by oral route 3 times every day with food | 0 | 30 | N |
| 09/26/2012 | OXYCODONE HCL/ACETAMINO PHEN | PERCOCET | 7.5 mg-325 mg | take 1 tablet by oral route every 6 hours as needed | 0 | 30 | N |
| 08/08/2012 | KETOROLAC TROMETHAMINE | TORADOL | 10 mg | take 1 tablet (10MG) by oral route every 6 hours as needed for up to 5 days total use | 0 | 30 | N |
|  | ACETAMINOPHEN | TYLENOL | 325 mg | take 1 tablet (325MG) by oral route every 4 hours as needed | 0 |  | Y |
|  | DIAZEPAM | VALIUM | 10 mg | take 1 tablet (10MG) by oral route 3 times every day | 0 |  | Y |

### All Unresolved Allergies:

| Description | Reaction | Comments |
|---|---|---|
| HALOPERIDOL LACTATE |  | HALDOL |
| BUPROPION HCL |  | WELLBUTRIN |

Patient Name: Caitlyn Railo DOB: 08/12/1981
Encounter Date: 01/10/2013 5:30 PM

Page 1 of 2

Date Run: 01/10/2013
Created by: Kerri Thompson LPN

155 Crystal Run Road Middletown New York 10941 (845) 703 - 6999
7 Hatfield Lane Goshen New York 10924 (845) 615 - 6999
Box 795 Rock Hill New York 12754 (845) 794 - 6999

Crystal Run
Healthcare LLP

Patient Name: Caitlyn Raibo DOB: 08/12/1981
Encounter Date: 01/10/2013 5:30 PM



**We Want You Healthy.**
**Crystal Run Healthcare**
155 Crystal Run Road, Middletown, NY 10941
845-703-6999
www.crystalrunhealthcare.com

| | |
|---|---|
| Patient: | Caitlyn Railo |
| Date of Birth: | 08/12/1981 |
| Date: | 01/14/2013 11:00 AM |
| Historian: | D54C0FD9-9170-4A01-B085-E6BE4AD79280 |
| Visit Type: | Office Visit - GYN |
| Document Type: | Chart Note |

**History of Present Illness:**
This 31 year old female presents with:
1. f/u to vulvar abcess
Pt on Bactrim DS since 1/11/13. Still very painful. No drainage. Decreases in size then increases.

## Past Medical/Surgical History:

| Condition | Year | Procedure/Surgery | Year |
|---|---|---|---|
| | | hysterectomy | |
| breast bx | | | |
| Hep C | | | |
| hidradenitis | | | |
| PTSD | | | |
| vag cyst removal | | | |

## Gynecologic History:
Patient is postmenopausal.
Postmenopausal age: 31. Type of menopause is bilateral oopherectomy.
Patient has had a hysterectomy.

## Obstetric History:
Not currently pregnant.
Gravida: 3.
**Parity:** Term: 1. Pre-Term: 0. Abortion: 2. Living: 1.

## Allergies

Reviewed, no changes.

| Allergen/Ingredient | Brand | Reaction |
|---|---|---|
| HALOPERIDOL LACTATE | HALDOL | |
| BUPROPION HCL | WELLBUTRIN | |

## Vital Signs

| Time | BP mm/Hg | Pulse/min | Resp/min | Pulse Ox | Temp F | Ht ft | Ht in | Wt lb | Wt Kg | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10:57 AM | 100/60 | | | | 0.0 | | 65.50 | 114.00 | | 18.68 | |

Measured By:

| Time | |
|---|---|
| 10:57 AM | Doreen Dino RN |

## Physical Exam

## Procedures:

### Incision and Drainage:
Consent was obtained.
The abscess was prepped and draped using sterile technique. Anesthetic used was 2% lidocaine with epinephrine less than 1 mL. A simple or single incision and drainage of an abscess was performed. A sterile dressing was applied. After care and wound instructions were given. Patient advised to return in 7 Days for wound check. Patient tolerated procedure well.
Comments: induration of 1.5 cm abscess R labia majora. Surrounding erythema resolved. 5 mm incision inner aspect. Small amt pus extruded and cultured. Cavity irrigated with sterile saline. Minimal bleeding.

## Assessment Plan

Oth abscess vulva (616.4)
Culture, Wound Anaer+Aero (DEEP SITE) to be performed.
I&D
Finish antibiotics. f/u 1 week
Sitz baths TID and rinse with warm water with each BR use. Use clean peripad and loose clothing.
F/u 1 week.
Pt was given 30 Percocet on 1/11/13 1 po q 4-6 hrs- says she only has 2 left. Advised if she finishes to switch to Ibuprofen 600 q 6 hrs or 800 q h hrs

## Medications

Railo, Caitlyn  (patient_mrn) 08/12/1981  01/14/2013 11:00 AM 2/3

| Started | Medication | Directions | Comment | Stopped |
|---|---|---|---|---|
| 01/10/2013 | Bactrim DS 800 mg-160 mg tablet | take 1 tablet by oral route every 12 hours | | |
| | clonidine 0.1 mg tablet | take 1 tablet (0.1MG) by oral route 2 times every day | | |
| 08/08/2012 | ibuprofen 800 mg Tab | take 1 tablet (800MG) by oral route 3 times every day with food | | |
| 01/10/2013 | Percocet 5 mg-325 mg tablet | take 1 tablet by oral route every 4 - 6 hours as needed | | |
| | Tylenol 325 mg Tab | take 1 tablet (325MG) by oral route every 4 hours as needed | | |
| | Valium 10 mg Tab | take 1 tablet (10MG) by oral route 3 times every day | | |

**Lab Studies:**

| Status | Lab Study | Timeframe | Date | Comments | Interpretation Value |
|---|---|---|---|---|---|
| cancelled | Culture, Wound Aerobic (SUPERFICIAL) | today | | | |
| ordered | Culture, Wound Anaer+Aero (DEEP SITE) | | | | |
| cancelled | Culture, Wound Anaer+Aero (DEEP SITE) | today | | | |

Provider: Robin Karpfen MD  01/14/2013

Electronically signed by Robin Karpfen MD on 01/16/2013 04:02 PM

Rallo, Caitlyn  (patient_mrn) 08/12/1981 01/14/2013 11:00 AM 3/3