# EXHIBIT "N"

GENL-4 (03/05)

E-3
New York State Police

# SUPPORTING DEPOSITION (CPL § 100.20)

PAGE 1 OF 1

THE PEOPLE OF THE STATE OF NEW YORK
— VS.

_____

_____
DEFENDANT(S)

**LOCATION OF INCIDENT:**
STATE OF NEW YORK _____ COURT
COUNTY OF _____
_____ OF _____

**LOCATION OF DEPOSITION:**
STATE OF NEW YORK
COUNTY OF Orange
Town OF Deerpark

On DATE: 02/14/13 at TIME STARTED: 4:15 PM I, FULL NAME: Caitlin Railo 08/12/81 state the following: I am a driver for Quality Bus Service and have been employed with them for approximately four months. On today's date, at approximately 2:30 PM I was traveling northbound on State Route 209 in the Town of Deerpark, operating Bus #701. This is my normal bus route and at the time there was only one child on the bus, Kierra. I don't remember her last name, but she gets dropped off at 155 Mecka Rd. As I began to make a left turn onto Peenpack Trail I did not see any vehicles traveling southbound on Route 209. In the midst of making the turn I saw a dark colored two-door car traveling southbound on Route 209. I estimated the vehicle to be traveling 65-70 miles per hour. The driver of the other car was a younger, white male, not wearing a seatbelt and wearing some type of a sweatshirt. He didn't swerve to the left or right

**NOTICE**
(Penal Law § 210.45)
In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury
this 14th day of February, 2013
- OR -
* Subscribed and Sworn to before me
this _____ day of _____

(SIGNATURE OF DEPONENT)
(WITNESS) Inv. 1119
Inv. M.J. Skunkis
Inv. OMS
(NAME OF PERSON TAKING DEPOSITION)

TIME ENDED: 4:55 PM

* This form need be sworn to only when specifically required by the court

Page 1 – ORIGINAL    Page 2 – COPY    Page 3 – COPY    Page 4 - COPY

22

GENL-4 (03/05)

**SUPPORTING DEPOSITION (CPL § 100.20)**

New York State Police

PAGE 2 OF 2

THE PEOPLE OF THE STATE OF NEW YORK
— VS.

_____
_____
DEFENDANT(S)

**LOCATION OF INCIDENT:**
STATE OF NEW YORK _____ COURT
COUNTY OF _____
_____ OF _____

**LOCATION OF DEPOSITION:**
STATE OF NEW YORK
COUNTY OF Orange
Town OF Deerpark

On DATE: 02/14/13 at TIME STARTED: 4:15 PM, I, FULL NAME: Caitlin Railo 08/12/81 state the following: but kept coming straight at me. His vehicle struck the front passenger side of the bus (in the front of the bus) as entering Peenpark Trail. Once we were struck I made sure Kiera was okay and got her off the bus. I could see the driver was bleeding from the nose and I asked if he was alright. I couldn't tell what he said, but I didn't want Kiera to see him so we went (illegible) to the building across the street. The medications I took today are: Clonadine .01mg, one tablet at 9:45 AM. Valium 5 mg 1 tablet at 9:45 AM. Yesterday I took Percocet 7.5mg 2 tablets at about 8 PM and a half an Ambien 10mg 1/2 tablet at 8 PM. I also take Suboxone 8 mg in the morning and 2 mg before bed but I haven't taken it since last week.

**NOTICE**
(Penal Law § 210.45)
In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury
this 14th day of February, 2013
- OR -
* Subscribed and Sworn to before me
this _____ day of _____,

(SIGNATURE OF DEPONENT) Caitlin Railo

(WITNESS) Inv 1/19
Inv. M.J. Skarkis
Inv. 9m
(NAME OF PERSON TAKING DEPOSITION)

TIME ENDED: 4:55 PM

* This form need be sworn to only when specifically required by the court

Page 1 – ORIGINAL    Page 2 – COPY    Page 3 – COPY    Page 4 – COPY

23

**STATE OF NEW YORK**  **STATEMENT**  DATED 04/12/2013  E5

COUNTY OF  ORANGE

TOWN _____ OF  HUGUENOT

I, CAITLIN H RAILO _____, AGE 31, BORN ON 08/12/1981,

AND RESIDING AT  5 WHITE STREET   PORT JERVIS   NY   12771

HAVE BEEN ADVISED BY ____ INV   TIMOTHY   M   DYMOND

OF THE  NEW YORK STATE POLICE _____, OF THE FOLLOWING:

I HAVE THE RIGHT TO REMAIN SILENT, AND I DO NOT HAVE TO MAKE ANY STATEMENT IF I DON'T WANT TO.  CR

IF I GIVE UP THAT RIGHT, ANYTHING I DO SAY CAN AND WILL BE USED AGAINST ME IN A COURT OF LAW.  CR

I HAVE THE RIGHT TO HAVE A LAWYER PRESENT BEFORE MAKING ANY STATEMENT OR AT ANY TIME DURING THIS STATEMENT.  CR

IF I SHOULD DECIDE I DO WANT A LAWYER, AND I CANNOT AFFORD TO HIRE ONE, A LAWYER WILL BE APPOINTED FOR ME FREE OF CHARGE AND I MAY HAVE THAT LAWYER PRESENT BEFORE MAKING ANY STATEMENT.  CR

I ALSO UNDERSTAND THAT I HAVE THE RIGHT TO STOP AT ANY TIME DURING THIS STATEMENT AND REMAIN SILENT AND HAVE A LAWYER PRESENT.  CR

I FULLY UNDERSTAND THESE RIGHTS, AND AT THIS TIME I AGREE TO GIVE UP MY RIGHTS AND MAKE THE FOLLOWING STATEMENT:  CR

X _____  WITNESS   SIGNATURE

itement:
: Denotes questions by Investigator Timothy Dymond.
: Denotes answers by Caitlin Railo.

Do you read and write the English language?
: Yes.

Do you agree to speak to me without an attorney present?
· Yes

Do you know why you are here today?
Unfortunately yes. For the bus accident I had dirty blood.

Why was your blood test positive for morphine and Diazepam?
I am prescribed valium by Dr. Galli so that is why Diazepam came up. I ran out of Suboxone the two days before the accident. I 'd not go to my doctor and get a refill and I was not allowed to call out of work. I had to work. I took a 200mg Morphine pill. It is  and oblong says 200 on one side. The pill is time released.

When did you take the pill on February 13th 2013?
12am on the 14th actually.

Did you feel like you should not have gone to work and drive the school bus?
I felt fine in the morning run I just felt tired in the afternoon run. The pill combined with lack of sleep from the night before caused o be more tired than normal.

Do you regret driving the school bus that day?
Yes.

CL

GE 1  OF 2

24

STATE OF NEW YORK                    **STATEMENT**

DATED 04/12/2013

**Statement:**

TD: If you could go back to the day of the accident would you have taken the day off?
CR: If i could I would have. Under no circumstances can I call out because nobody else can do my run.

TD: Do you have a drug problem?
CR: No.

TD: Is there anything you would like to add?
CR: I got out of the bus and saw how hurt the other kid was and his face was banged up. I had a child on the bus so I asked the child to not look when I went to see how hurt the other driver was. I grabbed the child off the bus. The little girl is probably traumatized. I know the other driver got air lifted. I have nightmares about seeing the other driver's face. I was tired and I wished they would have let me call out. My boss told me that I could not call out under any circumstances.

TD: Are your giving this statement on your own free will without or threat or promise by the NY state police?
CR: Yes.

**Notice**
(Penal Law §210.45)

In a written instrument, any person who knowingly makes a false statement which such a person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.
Affirmed under penalty of perjury
this 12 TH day of APRIL , 2013

(SIGNATURE OF PERSON GIVING STATEMENT)

- OR

* Subscribed and Sworn to before me
this _____ day of _____

(WITNESS)

(NAME OF PERSON TAKING STATEMENT)

* This form need be sworn to only when specifically required by the court

End: 12:45 Pm

.GE 2  OF 2

25