# EXHIBIT "O"

1          CAITLIN H. RAILO

2              MR. CATALINOTTO:  Can you clarify

3          whether it's the employer or medical

4          provider?

5          Q.    Did you disclose to Quality Bus --

6    I'll ask it in two forms -- number one, did you

7    disclose to anyone from Quality Bus that you

8    were taking Suboxone at the time that you were

9    hired by Quality Bus?

10         A.    Yep.  Quality Bus or medical?

11         Q.    Quality Bus.

12             MR. LaROSE:  He wants to know, not

13         that whether you told the medical and the

14         medical tells Quality, he wants to know

15         if you directly told somebody at Quality

16         and said I take prescription medication

17         Suboxone.

18         A.    I don't remember.

19         Q.    Do you remember if you told the

20   nurse that you were taking prescription

21   Suboxone?

22         A.    Absolutely.

23         Q.    And did you tell the nurse why you

24   were taking prescription Suboxone?

25         A.    She knows why.  There is only one

151

1                 CAITLIN H. RAILO

2 reason to take Suboxone.

3         MR. LaROSE:  Okay.  So, you didn't

4 tell her specifically?

5         THE WITNESS:  No.

6     Q.    So --

7     A.    I don't think so, no.

8     Q.    I don't want to -- I'm trying to

9 understand.  I'm trying to understand what

10 you're saying and you're assuming that we all

11 know the reason why you take Suboxone, but I

12 need to know on the record, number one, did you

13 tell the nurse why you were taking Suboxone?

14     A.    No.

15     Q.    Okay.  Is it your position and

16 understanding that you didn't need to tell the

17 nurse why you were taking Suboxone because the

18 nurse would automatically know why you're taking

19 Suboxone?

20     A.    Yes.

21     Q.    And tell me now why you would take

22 Suboxone.

23     A.    It's for people coming off of

24 drugs, any kind of opiates.

25     Q.    And what dosage were you taking the

167

1           CAITLIN H. RAILO
2      doctor and the address that's there,
3      she's saying that's not her handwriting,
4      and where it says "no" --
5           MR. CATALINOTTO: What's not her
6      handwriting, where it says "doctor"?
7           THE WITNESS: That's not my
8      handwriting, I'm sorry, and it says "no
9      current limitations."
10          MR. LaROSE: That's not your
11     handwriting?
12          THE WITNESS: No. I know why she
13     didn't put the Suboxone on there. She
14     told me that she only wanted the
15     medications that were going to make me
16     tired on there, and that's the quantity
17     and the volume, yes.
18     Q.   That's what you recall her telling
19 you?
20     A.   That's exactly what she told me. I
21 remember that.
22     Q.   Now, is that your signature
23 underneath where we're just talking about,
24 Caitlin Railo?
25          MR. LaROSE: You mean under Box 1

171

1                   CAITLIN H. RAILO

2      A.    PO Q -- it's PO, then QID.

3      Q.    Do you know what that stands for?

4      A.    QID is twice a day.

5      Q.    And then next to that "Diazepam";

6 correct?

7      A.    Yes.

8      Q.    And Diazepam is Valium; correct?

9      A.    Yes.

10     Q.    And then there is a dosage after

11 that? Do you see that?

12     A.    Yes.

13     Q.    Is that the correct -- what is the

14 dosage that's written there?

15     A.    10 milligrams twice a day.

16     Q.    Was that accurate? Is that what

17 you're taking at that time?

18     A.    Yes.

19     Q.    And, again, in this section there

20 is no reference to Suboxone, is there?

21     A.    No, because she didn't put it on

22 there.

23     Q.    Did you tell her that you were

24 taking Suboxone?

25     A.    Yes, I did. She said she only

1        CAITLIN H. RAILO

2   watched TV.

3        Q.   Did you take any more medications?

4        A.   No, I don't take my other meds
5   until nighttime.  That would only be the blood
6   pressure medication at night.

7        Q.   When do you take your -- let's see,
8   you said that you were taking in the twenty-
9   four-hour period Clonidine, Valium and two
10  Percocets?

11       A.   Yes.

12       Q.   At what time did you take the
13  Clonidine?

14       A.   I don't know.  Before work
15  sometime.

16       Q.   It would have been in the morning
17  hours of February 14th?

18       A.   I take it early, probably about
19  4:00 in the morning.

20       Q.   What about the Valium?

21       A.   Same time.  I don't start driving
22  until 7:30.

23       Q.   Do you know if at the time of the
24  accident, whether you were on schedule or were
25  you running late for any reason?

305

CAITLIN H. RAILO

before the accident?

    A. The night before, before I went to sleep.

    Q. What time was that?

    A. I don't exactly remember. It was 8:00 or 9:00.

    Q. 8:00 or 9:00 p.m.?

    A. Yes.

    Q. What time do you report to the bus garage in the morning?

    A. 6:00.

    Q. Did you tell anyone when you reported that you had taken Percocet?

    A. I don't remember. Like I said, I talked to them that morning.

    Q. Did you tell anyone that you took Percocet?

    A. I don't remember.

    Q. Did anyone ever give you restrictions, that being a doctor or a nurse, in terms of your ability to drive a bus while you were employed by Quality Bus Company?

    A. No. My doctor signed off on it.

    Q. What doctor was that?

1  CAITLIN H. RAILO

2  A. Galli, Dr. Galli, the one that
3  prescribes me my medication.
4  Q. Who prescribed the Percocet?
5  A. Koehler, Crystal Run, Crystal Run
6  Health Care.
7  Q. Did anyone there restrict your
8  ability to drive a school bus or tell you not to
9  drive a school bus when they prescribed the
10 Percocet?
11 A. No.
12 Q. Before this motor vehicle accident
13 of February 14th, 2013, did you ever call in
14 sick to work at Quality Bus Company?
15 A. I don't remember. I think I did.
16 Q. And how did you do that? Did you
17 stop in? Did you call?
18 A. Called, I believe. I don't
19 remember.
20 Q. Do you remember how many times?
21 A. No.
22 Q. Was it more than one time?
23 A. I don't remember.
24 Q. Did you call yourself or did
25 someone call for you?

1        CAITLIN H. RAILO
2        A.    No.
3        Q.    And when you signed that, did you
4  list any convictions other than a failure to
5  disobey traffic --
6        A.    That's not my handwriting.
7        Q.    I'm saying, when you signed that,
8  was there anything listed other than the failure
9  to obey a traffic device?
10       A.    No.
11       Q.    That's for convictions; correct?
12 That's under the heading for convictions?
13       A.    Yes.
14       Q.    And by signing that, you certify
15 that the information above is true and accurate,
16 is true and complete?
17       A.    Yes.
18       Q.    You see that?
19             Do you remember the name of the
20 lady that was in the office right before you did
21 the afternoon run?   Do you remember her name?
22       A.    No.
23       Q.    The medications that you were on
24 such as Diazepam, does Diazepam affect your
25 ability to drive?

1      CAITLIN H. RAILO

2      A.   No.

3      Q.   Does Clonidine affect your ability
4 to drive?

5      A.   No.

6      Q.   Do you feel that you had any
7 medications in your system at the time of the
8 accident that affected your ability to drive?

9      A.   No.

10     Q.   Do you remember answering questions
11 last time --

12     A.   I'm sorry.  Go ahead.

13     Q.   -- about that typed statement that
14 we went over?

15          MR. LaROSE:  Exhibit J; right?

16          MR. CATALINOTTO:  Exhibit J.

17     Q.   In that statement they asked you,
18 "Do you regret driving the school bus that day,
19 and you said "Yes."  And I believe you testified
20 last time that you regretted that the accident
21 happened, but you were able to drive that day?

22     A.   I regret that whole day.

23     Q.   I want to make sure I clarified it.
24          When you testified last time, you
25 said you regret that the accident happened, but

1            CAITLIN H. RAILO
2        A.    No.
3        Q.    Does Clonidine affect your ability
4   to drive?
5        A.    No.
6        Q.    Do you feel that you had any
7   medications in your system at the time of the
8   accident that affected your ability to drive?
9        A.    No.
10       Q.    Do you remember answering questions
11  last time --
12       A.    I'm sorry.  Go ahead.
13       Q.    -- about that typed statement that
14  we went over?
15            MR. LaROSE:  Exhibit J; right?
16            MR. CATALINOTTO:  Exhibit J.
17       Q.    In that statement they asked you,
18  "Do you regret driving the school bus that day,
19  and you said "Yes."  And I believe you testified
20  last time that you regretted that the accident
21  happened, but you were able to drive that day?
22       A.    I regret that whole day.
23       Q.    I want to make sure I clarified it.
24            When you testified last time, you
25  said you regret that the accident happened, but

346

1      CAITLIN H. RAILO
2  when you said I regret it, it didn't mean that
3  you weren't able to drive that day; is that a
4  fair categorization?
5              MR. CIMINI:  Objection.
6              MR. CATALINOTTO:  You can answer.
7              MR. LaROSE:  Do you understand what
8        he is asking?
9              THE WITNESS:  No.
10             MR. LaROSE:  He wants to know what
11       you meant when you said in this statement
12       that you regret driving the bus.  He
13       wants to know if -- so, say your question
14       again?
15             MR. CATALINOTTO:  Yeah.
16       Q.    Last time when you testified --
17  well, explain to me what you meant.
18       A.    I regret the accident, but...
19       Q.    Correct.
20       A.    I also regret that whole day, I
21  mean, honestly.
22       Q.    Of course.
23       A.    They should have let me call out.
24  I'm sorry.
25       Q.    Do you feel you were able to drive

```
                                                              347
 1                     CAITLIN H. RAILO
 2    a bus that day?
 3           A.    Mentally, yes, yes.  I was
 4    uncomfortable.
 5           Q.    Were you able to drive a bus that
 6    day?
 7           A.    Yes.
 8           Q.    When you called in the date of the
 9    accident, what time was it?
10           A.    About 5:30.
11           Q.    In the morning?
12           A.    (Indicating affirmative response.)
13           Q.    You have to say yes or no.
14           A.    Yes.
15           Q.    What phone did you call from?
16           A.    My cell phone.
17           Q.    What was the cell number?
18           A.    I don't remember.
19           Q.    And do you know what the provider
20    was at that time?
21           A.    No.
22           Q.    And were you at home when you
23    called?
24           A.    Yes.
25           Q.    Whose name was on that cell phone
```

CAITLIN H. RAILO

accurate answer.

Q. But do you recall if that's what you said and that's how you answered the question?

A. That might have been what I said to him, yes, but that's only probably one of the sentences with the answer.

Q. And you're right. The following sentence says, "The pill combined with lack of sleep from the night before caused me to be more tired than normal."

A. No, I didn't say that.

Q. You didn't say that?

A. Because I would have been more tired in the morning run than the afternoon run.

Q. Do you have any idea as to why the investigator who took the statement would type the answer that way if that's not what you said?

A. That's why I'm saying, I don't like that whole statement because we were just having conversations about all kinds of drugs and pills and we started going off on this. He was going off on this other tangent about drug dealers and pills, and it was that whole statement is

```
                                                         387
 1                   CAITLIN H. RAILO

 2   BY MR. CATALINOTTO:

 3          Q.    Ms. Railo, I'm going to ask you

 4   again, was your ability to operate a motor

 5   vehicle of any sort impaired at the time of this

 6   accident?

 7          A.    No.

 8                MR. CATALINOTTO:    Thank you.

 9                MR. LaROSE:   We're done.

10                (Time noted - 11:22 a.m.)

11                         oOo

12

13                      _____

14                         Caitlin H. Railo

15

16

17   Sworn to before me this

18

19   _____ day of _____, 2015.

20

21   _____

22         Notary Public

23

24

25
```