# EXHIBIT "P"



Quality Bus Service, LLC.
504 Route 42 PO Box 600
Sparrowbush, NY 12780
(845) 858-2150

# Application for Employment

Qualified applicants are considered for all positions without regard to age, sex, race, color, religion, national origin, sexual orientation, disability, marital status, or veteran status.

A DRUG-SCREENING TEST IS REQUIRED FOR EMPLOYMENT

Instructions: Please print in black ink. Be sure to answer all questions. If any question does not apply to you, answer with "No" or "Not Applicable" (N/A).

Date: July 31, 2012

| Position Applied for | On what date will you be available if your application for employment is accepted? |
|---|---|
| bus Driver | ASAP |

## Applicant Information

| Name: Last | First | Middle | Social Security Number |
|---|---|---|---|
| Railo | Caitlin | H | 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 |

| Present Address- Street | City | State | Zip Code | How long? |
|---|---|---|---|---|
| 5 white street apt. 2 | Port Jervis | NY | 12771 | |

| Telephone Number and Area Code | Are you prevented from becoming lawfully employed in the U.S. because of your visa or immigration status? |
|---|---|
| Home (845) 381-2385 Work ( ) | no |

| Have you ever been fired or asked to resign by an employer? yes | If yes, explain. only Kaltec. last year I had to have A major surgery, and had alot of doctor appointments I had to leave. |
|---|---|

| Have you ever been convicted of a felony? no | If yes, explain. |
|---|---|

*Note: A felony conviction is not an absolute bar to employment

## Educational Background
### Name and Location of School or College

| Elementary and Junior High School | Pine Bush |
|---|---|
| High School and/or G.E.D. | Pine Bush - G.E.D |
| College | Orange County, Dutches County |
| Trade, Business, Correspondence or Graduate School | BOCES - M.T.I. - licenced Phlebotomist, med. assistant, licenced Security guard - (damon Finch) |

## Employment History

Record your present or most recent position first and list back in chronological order.
Please explain all periods of unemployment.

**Employer Name and Address:** Kaltec Inc.
**Dates Employed:** From: 8/2011  To: 3/2012
**Supervisor's Name, Title and Phone Number:** Ms. Mascara (Ms. M.) Owner
**Salary:** Starting: 8.25  Leaving: 9.00
**May we contact?**
**Reason for leaving:** had to have major surgery I had to havealot of dr. apt.
**Positions held- Briefly explain your duties, responsibilities, and number or people supervised:** Started doing office duties, filing & bills. After damage to building due to water damage, I started helping and working in the bakery dept. and on the line

**Employer Name and Address:** Riverside Support Center
**Dates Employed:** From: 7/2009  To: 8/2011
**Supervisor's Name, Title and Phone Number:** Carmine Mosca
**Salary:** Starting: 10.00  Leaving: 12.00
**May we contact?**
**Reason for leaving:** Facility was shut down
**Positions held- Briefly explain your duties, responsibilities, and number or people supervised:** hired as phlebotomist, then became Administrative Assistant. ran facility by doing all intakes, searches, drug tests, all billing, daily patient logs, Pt. transportation, dispensed meds, picked up meds.

**Employer Name and Address:** T.B.D - School and stay at home mom
**Dates Employed:** From:  To:
**Supervisor's Name, Title and Phone Number:** For Years.
**Salary:** Starting:  Leaving:
**May we contact?**
**Reason for leaving:**
**Positions held- Briefly explain your duties, responsibilities, and number or people supervised:**

**Employer Name and Address:**
**Dates Employed:** From:  To:
**Supervisor's Name, Title and Phone Number:**
**Salary:** Starting:  Leaving:
**May we contact?**
**Reason for leaving:**
**Positions held- Briefly explain your duties, responsibilities, and number or people supervised:**

## Additional Experience

**What experience have you had working with or supervising children? Explain.** I have a 5 year old daughter, helped raise my nephew, home school my daughter. when I went to college I got certificate for child care + development.

**Have you ever driven a bus?** NO   **Dates:**
**If yes, For what company or school district?**

## Accident Review for Past 3 Years

| | Date | Nature of Accident (Head-on, Rear End, Upset, ETC.) | Fatalities | Injuries |
|---|---|---|---|---|
| Most Recent | 2010 | rear end, person trying to pull into dealership - driving w/o steering wheel | no | no |
| Previous | | | | |
| Previous | | | | |

## Traffic Convictions and Forfeitures for the Past 3 Years
(Other than parking violations)

| Location | Date | Charge | Penalty |
|---|---|---|---|
| deerpark | 5/2012 | Parking on pavement | $100.00 |
| Pennsylvania | 3/2012 | Speed - 62/55 - highway | $135.00 |

## Activities

List current membership in civic, professional, social, or other organizations.*

I am still helping people to get help from former job (rehab), checking + helping former clients. I also volunteer for activities at my church and my daughters activities, also library. And working w/ a quadrapalgic

List sports, hobbies, or other interests.*

Writing, painting, restoring antiques, reading, volunteering at church that I attend and spending time with my daughter.

* Exclude those that indicate race, color, sex, age, national origin, religious preference, or marital status.

## Summary of Qualifications

This space is provided for you to briefly summarize any additional qualifications you believe are important in considering your application for employment. experience driving large vehicles, I have a great disposition, good with people, children, easily and quickly teachable. I am very attentive and efficient at what I do. I am also willing to work as much and whenever needed.

## Applicant's Statement

I certify that all statements made on this Application for Employment and in any subsequently executed medical questionnaire or any other employment documents are true and correct. I understand that any false information that I give may result in termination of my candidacy or any subsequent employment.

I authorize Quality Bus Service, LLC. and its representatives to inquire of all former employers or others who know me or know of me. It is agreed and understood that Quality Bus Service, LLC. and its agents may conduct background evaluations including, but not limited to, criminal history checks from federal, state, or local authorities to ascertain any and all information of concern, whether same is of record or not, and I hereby expressly authorize such inquiries and release all employers and persons named herein from all liability for any damages on account of their furnishing such information.

I acknowledge that any offer of employment is conditioned upon my taking a drug screen and Quality Bus Service, LLC's receipt of satisfactory results of such a test and. If necessary to determine ability to perform essential duties of the position offered, the results of a physical examination.

I certify that I have read, understand, and agree to the above.

Applicant's Signature: [signature]  Date: July 31, 2012



New York State Department of Motor Vehicles
# REQUEST FOR NYS FINGERPRINTING SERVICES INFORMATION FORM

*Before completing this form, please read the instructions on page 2*

**ORI:** NYSBUSDRV
**Contributor Agency:** NYS Department of Motor Vehicles
**Job or License Type:** School Bus Driver

## Section 1: Carrier Information

**19-A Business ID Number:** 22855

**Billing Account Number (If applicable):**

## Section 2: Applicant Information

**Client ID Number:** 491879925

**Name of Applicant:** Raila, Caitlin

**Home Address:**
Street # and Name: 5 White Street, Apartment #2
City: Port Jervis
State: NY
Zip Code: 12771

**Daytime Phone Number:** (845) 381-2385
**Daytime Phone Type:** ☑ Cell ☐ Home ☐ Work ☐ Pager ☐ Other

**Date of Birth:** 08/12/1981
**Age:** 31
**Gender:** ☐ Male ☑ Female
**Height:** 05 Feet 05 Inches
**Weight:** 120 lbs.

Caucasian
☐ Hispanic ☑ Non Hispanic ☐ Unknown

White | brown | brown

United States | New Jersey

**Country of Citizenship:** United States
**Alien Registration Number (If applicable):**

DS-600 (7/12)   PAGE 1 OF 2

TODAY'S DATE: 10/26/2012  TIME: 09:43:52

*RECORD EXPANSION FOR: RAILO,CAITLIN,H

CLIENT ID#: 491879925

RAILO,CAITLIN,H        DOB: 08/12/1981  SEX: F

5 WHITE ST APT 2       HEIGHT: 5-5  EYE COLOR: BROWN

PORT JERVIS NY 12771   COUNTY: ORAN

MI #: R01314 88454 565291-81

LICENSE CLASS: CDL *B*     STATUS:VALID   EXPIRATION: 08/12/2015

PROBATION START: 09/13/2010    END: 03/13/2011

CDL ENDORSEMENTS: PASSENGER, SCHOOL BUS

RESTRICTIONS: NONE

********************   ACTIVITY   ********************

FULL LICENSE ISSUED    09/13/2010

CDL B  10/24/2012 ENDORSEMENTS: PASSENGER, SCHOOL BUS

RESTRICTIONS: NONE

CLASS CHANGE: 12/31/1997   NEW: *DJ*   OLD: PERMIT

CLASS CHANGE: 08/12/1999   NEW: *D*   OLD: *DJ*

DOCUMENT SURRENDERED ON: 03/04/2002 TO NY

RETURNED TO NY ON: 07/08/2002

DOCUMENT SURRENDERED ON: 12/05/2008 TO NY

RETURNED TO NY ON: 08/12/2009

RESTRICTED LICENSE ISSUED     08/12/2009

CLASS CHANGE: 09/13/2010   NEW: *D*  OLD: *D*

CLASS CHANGE: 10/24/2012  NEW: CDL *B*  OLD:*D*

******************** SUSPENSIONS/REVOCATIONS ******************

REVOCATION ON: 09/04/2009 OPER W/O INS – INF  ORDER #: A0908050000

COMPILED ON: 09/04/2009

CLEARED ON: 09/13/2010 REQUIREMENTS MET


SUSPENSION: 08/22/2008 FLD ANSWER SUMMONS  ORDER #: T01005T

LOCATION: ORANGE COUNTY, CITY OF MIDDLETOWN

CLEARED ON: 07/30/2009 SCOFFLAW ANSWERED

******************** CONVICTIONS/BAIL FORFEITURES ******************

CONVICTION: DISOBEYED TRAF DEV

VIOLATION: 07/10/2012   CONVICTED ON: 08/08/2012

LOCATION: ORANGE COUNTY, TOWN OF DEERPARK

PENALTY: FINE- $75  POINTS: 2

COMM VEH: NO   HAZMAT: NO


CONVICTION: OPER W/O INS - INF

VIOLATION: 08/24/2007   CONVICTED ON: 07/30/2009

LOCATION: ORANGE COUNTY, CITY OF MIDDLETOWN

PENALTY: FINE- $150

COMM VEH: NO   HAZMAT: NO

******************** ACCIDENTS ********************

ACCIDENT DATE: 03/17/2011 INJURY & PROPERTY DAMAGE COUNTY: ORAN CASE #: 33-811417

POLICE REPORT FILED

*** END OF RECORD ***



DS-811 (4/09)

# NEW YORK STATE
## DEPARTMENT OF MOTOR VEHICLES
### BUS DRIVER UNIT

QUALITY BUS SERVICE LLC
ATTN: MICHAEL MARTUCCI
PO BOX 600
SPARROWBUSH, NY 12780

RE: RAILO, CAITLIN H
CID: 491879925
DATE: 11/02/2012

## FINAL QUALIFICATION NOTICE

The criminal history review that was requested pursuant to Article 19-A of the NYS Vehicle & Traffic Law (VTL) for the school bus driver/applicant named above has been completed.

We are pleased to advise you that no disqualifying conviction and/or potentially disqualifying violation, as specified in Section 509-cc of the VTL, has been identified by either the NYS Division of Criminal Justice Services or the Federal Bureau of Investigation.

6 EMPIRE STATE PLAZA - ROOM 220C - ALBANY, NY 12228
PHONE: 518-473-9455 - FAX: 518-474-0593

**New York State DMV**
Date: 11/01/2012

**19-A DRIVER ACTIVATION RECEIPT**

## Receipt

| | New York State DMV |
|---|---|
| Business ID: | 22855 |
| Business Name: | QUALITY BUS SERVICE LLC |
| Federal ID: | 26-0833353 |
| Address: | PO BOX 600  SPARROWBUSH, NY 12780 |
| Carrier Type: | SCHOOL & NON-SCHOOL |
| Contact Person: | MICHAEL MARTUCCI |

Driver CAITLIN H RAILO, Client ID: 491879925, was successfully activated on 10/26/2012 by user S19A22855

### EMPLOYER CERTIFICATION

This driver meets the applicable qualification requirements as specified in Sections 6.3, 6.4, 6.5 and/or 6.6 of the regulations of the Commissioner of Motor Vehicles.