UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JUSTIN T. MAHER,

                    Plaintiff,                                **ORDER**

      -against-                                                14 Civ. 3586 (JCM)

CAITLIN H. RAILO and QUALITY
BUS SERVICE, LLC,

                    Defendants.
-------------------------------------------------------x

       By application dated October 7, 2015, (Docket No. 77), Defendant Quality Bus Service, LLC, requested a clarification of this Court's September 8, 2015 order ("Order") requiring, in part, that all motions *in limine* be filed by December 1, 2015, (Docket No. 68). Based upon Defendant Quality Bus Service's pending motion for judgment on the pleadings and motion for partial summary judgment ("Quality's Motion") dismissing plaintiff's claims for punitive damages, (Docket Nos. 78-86), the December 1, 2015 deadline set forth in the Order regarding motions *in limine* shall not apply to plaintiff's bus safety expert. Any motions *in limine* relating to plaintiff's bus safety expert will be handled after Quality's Motion is resolved.

Dated: October 14, 2015
       White Plains, New York

                                                      **SO ORDERED:**

                                                      JUDITH C. McCARTHY
                                                    United States Magistrate Judge