

JOSEPH A. D'AMICO
SUPERINTENDENT

## NEW YORK STATE POLICE
### BUILDING 22
### 1220 WASHINGTON AVE.
### ALBANY, N. Y.  12226-2252

TO:           Records Requestor

FROM:      New York State Police - Central Records Bureau

SUBJECT:   RECORDS REQUEST COMPLETED

------------------------------------------------------------------------------------------------------

The enclosed report documentation is being furnished for confidential use only.  Content may include sensitive information subject to privacy protection. All information contained therein is intended solely for requestor or requesting agency use.  Dissemination, copying, or distribution of content to any person, including a victim or complainant, is strictly prohibited.

The right of privacy for victims of sex offenses or offenses involving the transmission of the human immunodeficiency virus is to be strictly protected in accordance with New York State Civil Rights Law Article 5, Section 50-b.

When applicable, identifying information has been redacted to prevent unwarranted invasion of personal privacy. In the case of autopsy reports, information is redacted to comply with County Law.

Pending investigation reports are stamped **preliminary**. For further information with regard to pending investigations, please contact the investigating officer(s) noted in the report. Photograph requests must be made to the Identification Section located in headquarters of the investigating Troop.

1



**At The Scene®, Inc.**
601 Pittston Avenue
Scranton, PA 18505

Toll Free Phone:  877-629-0008
Toll Free Fax:  866-820-0112
Phone:  570-842-3366
www.atthescene.com
www.theshadowpi.com
www.shadowpi.com

NEW YORK STATE POLICE
CENTRAL RECORDS SECTION
SEP 2 4 2014

**Sent Via the United States Postal Service**

September 22, 2014

New York State Police
Central Records
1220 Washington Avenue, Bldg.22
Albany, NY 12226-2252

> Re:  Justin Maher
> At The Scene® File No.: 5390

Dear Sir/Madam:

We are a licensed Private Investigative firm in the States of Pennsylvania, New York and New Jersey. The name of our firm is At The Scene®, Inc. and we are located 601 Pittston Avenue, Scranton, Pennsylvania 18505. We specialize in accident scene investigations.

My firm has been retained by Cognetti & Cimini, 507 Linden Street, 7th Floor, Scranton, PA 18503 representing Mr. Justin Maher. We have been hired by Cognetti & Cimini to work in the best interest of Mr. Maher regarding a two vehicle motor vehicle accident that he had been involved in on February 14, 2013 at 2:36 PM on SR 209, Deerpark, Orange County, NY involving Mr. Justin Maher, DOB - 04/28/1993 and Ms. Caitlin H. Railo, DOB - 08/12/1981. We have included a copy of the one page report obtained from the New York State Police for your review and assistance

It is to my understanding that your office is in possession of the New York State Police Accident Reconstruction Report. I am requesting that you please forward to me a copy of the complete New York State Accident Reconstruction Report and any and all related materials. I have enclosed a check for $15.00 for your statutory fee made payable to the Superintendent of State Police.

Thank you for your advanced cooperation in this matter.

Very truly yours,

AT THE SCENE®, INC.

Gary M. Willsch

:cw
Enclosure
cc: Vincent S. Cimini, Esquire

# NEW YORK STATE INCIDENT REPORT  (Incident Supplemental Report)

| Agency Name: | Div/Pct: | Case #: | Incident #: |
|---|---|---|---|
| F2 TROOP F - ZONE 2 | F221 | | 4973209 |

| Incident Type | Location | Date Reported: | Occurred From: | Occurred To: |
|---|---|---|---|---|
| PERSONAL INJURY | DEERPARK TOWN | 2/14/2013  16:20 | 2/14/2013  16:20 | |

## Associated Persons Information

| Type | DOB | Name | Address |
|---|---|---|---|
| CHILD | 10/31/2001 | DONLEY, KIARA | 144 MARTIN RD HUGUENOT, NEW YORK  12749 |
| DRIVER 2 | 4/28/1993 | MAHER, JUSTIN T | 1 FIFTH STREET GODEFFROY, NEW YORK  12729 |
| PERSON INTERVIEWED | ▓▓▓ | SCHOEN, DON | 144 MARTIN RD |
| PERSON INTERVIEWED | ▓▓▓ | KOSELNAK, MARY B | 215 HAIL SCRABBLE RD |
| PERSON INTERVIEWED | | MARTUCCI, MICHAEL | QUALITY BUS - 504 STATE ROUTE 42 SPARROWBUSH, NEW YORK  12780 |
| PERSON INTERVIEWED | | ELLIOT, WILLIAM | 1 5TH STREET |
| PERSON INTERVIEWED | ▓▓▓ | VANDUNK, LYLE K | 379 RINGWOOD AVE WANAQUE, NEW JERSEY  07465 |
| PERSON INTERVIEWED | ▓▓▓ | STARR, WILLIAM | 30 JONES ROAD |
| PERSON INTERVIEWED | ▓▓▓ | WITT, DANIEL | 807 OAKLAND VALLEY RD CUDDEBACKVILLE, NEW YORK  12729 |
| SUSPECT | 8/12/1981 | RAILO, CAITLIN H | 5 WHITE ST APT 2 PORT JERVIS, NEW YORK  12771 |

3/25/2014   10:21:45

3

| Incident Type, | Location | Date Reported: | Occurred From: | Occurred To: |
|---|---|---|---|---|
| PERSONAL INJURY | DEERPARK TOWN | 2/14/2013 16:20 | 2/14/2013 16:20 | |

Incident Narratives

| Date of Action | Date Written | Narrative |
|---|---|---|
| 3/25/2014 | 3/25/2014 | CLOSING SUPPLEMENTAL REPORT |

On 09/17/13, the camera hard drive from the school bus was TOT'd the Orange County District Attorney's office.  Receipt (Genl. 15) attached as Enclosure Number 11.

On 03/17/14, suspect CAITLIN RAILO pled guilty to assault in the second degree in Orange County Court and sentenced to state prison.

On 03/25/14, remaining evidence (blood kit) was forwarded for destruction.

Enclosure:
11.  Genl. 15

ARREST - ADULT

.eporting Officer   TIMOTHY DYMOND
.ncident Status :   ARREST - ADULT          Status Date :  2/14/13

15 REV. 4/85 NYSP RECEIPT AND RELEASE OF PROPERTY

- May be handwritten.
- Original to Division Headquarters.
- Copy to Evidence Custodian, if required.

## NEW YORK STATE POLICE
### RECEIPT

| OOP | STATION SP-Middletown | DATE 09-17-13 | CASE NUMBER 6497320? | RCN |
|---|---|---|---|---|

MEMBER'S NAME  Inv Timothy Dymond

### DESCRIPTION OF PROPERTY

Item #3   Camera hard drive - Seen Camera from school bus.

| VEHICLE: | YEAR | MAKE | | MODEL | | STYLE | | COLOR | |
|---|---|---|---|---|---|---|---|---|---|
| | VIN NUMBER | | | | | PLATE NUMBER | | REGISTRATION STATE | |

SIGNATURE

### RELEASE

UNDER PENALTY OF PERJURY, I, _____
HEREBY IDENTIFY THE PROPERTY DESCRIBED ABOVE AS THE PROPERTY BELONGING TO * me _____ * owner - agent of owner,
AND HAVING REQUESTED ITS RETURN, HEREBY ACKNOWLEDGE RECEIPT OF SUCH PROPERTY WHICH IS DELIVERED INTO MY POSSESSION BY A
POLICE OFFICER AND MEMBER OF THE NEW YORK STATE POLICE ON THE 17th DAY OF September 20 13
AT Goshen _____, N.Y. I DO HEREBY RELEASE AND FOREVER DISCHARGE SAID POLICE OFFICER , THE NEW YORK
STATE POLICE AND ANY AND ALL PERSONS WHO HAVE HAD SUCH PROPERTY IN THEIR CUSTODY OR UNDER THEIR CONTROL BY REASON OF
ANY PROCEEDING OR ACTION TAKEN BY THEM FOR ITS PRESERVATION TO ITS RETURN TO * me  the owner,   OF AND FROM ALL, AND ALL
MANNER OF ACTION AND ACTIONS, CAUSE, AND CAUSES OF ACTION, SUITS, DEBTS, SUMS OF MONEY, ACCOUNTS, DAMAGES OR CLAIMS OF ANY
NATURE WHATSOEVER.

DATED AT Goshen _____, N.Y.          09-17          20 13.

_____
WITNESS

_____
OWNER / AGENT OF OWNER

5

CRU-1 (Rev 05/2010)                    Collision Reconstruction Findings Report                    Page    1 of   1

| NYSP Station / Outside Agency<br>SP Middletown | | T/Z/S<br>F221 | | Case Number<br>4973209 |
|---|---|---|---|---|
| Collision Date<br>02/14/13 | Time of Collision<br>2:36 PM | | C/T/V of Collision<br>T/Deerpark | County<br>Orange |
| Location<br>State Route 209 and Peenpack Trail | | | | |

| X | Vehicle 1 | - | Bicyclist | | Pedestrian | X | Vehicle 2 | - | Bicyclist | | Pedestrian |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Last, First, MI    Operator<br>Railo, Caitlin H. | | DOB<br>08/12/81 | -<br>X | Deceased<br>Injured | | Last, First, MI    Operator<br>Maher, Justin T. | | DOB<br>04/28/93 | -<br>X | Deceased<br>Injured | |
| Last, First, MI    Passenger<br>Donley, Kiara | | DOB<br>10/31/01 | -<br>- | Deceased<br>Injured | | Last, First, MI    Passenger | | DOB | -<br>- | Deceased<br>Injured | |
| Last, First, MI    Passenger<br>- | | DOB | -<br>- | Deceased<br>Injured | | Last, First, MI    Passenger | | DOB | -<br>- | Deceased<br>Injured | |
| Last, First, MI    Passenger | | DOB | -<br>- | Deceased<br>Injured | | Last, First, MI    Passenger | | DOB | -<br>- | Deceased<br>Injured | |
| Last, First, MI    Passenger | | DOB | -<br>- | Deceased<br>Injured | | Last, First, MI    Passenger | | DOB | -<br>- | Deceased<br>Injured | |

| Table of Contents | Page | | | Page |
|---|---|---|---|---|
| I.    INTRODUCTION | 1 | VII. | SPECIAL TOPICS (OPTIONAL) | |
| | | | Injury Patterns / Autopsy | 6 |
| II.    COLLISION SCENE DESCRIPTION | 1 | | Occupant Kinematics | 7 |
| | | | Crash Data Retrieval Analysis | 7 |
| III.    COLLISION SCENE EVIDENCE | 3 | | Driver History | 7 |
| IV.    VEHICLE EXAMINATIONS | 4 | | | |
| V.    COLLISION PHASES | 6 | VIII. | CONCLUSIONS / FINDINGS | 8 |
| VI.    MATHEMATICAL FINDINGS | 6 | IX. | DIAGRAM(S) | 9 |

| Report Type: | X  Full Report | ___ Summary Report | ___ Diagram Report |
|---|---|---|---|
| | ___ Supplemental Report | ___ Amended Report | ___ No Report / Consultation (Explain) |

Comments:  Two vehicle personal injury collision

| Submitted By (Rank & Name)<br>Investigator Daniel S. Smith | | Shield<br>3086 |
|---|---|---|
| Troop CRU / Station<br>Troop "F" Middletown | FIU Lead Number<br>13-103 | Date Submitted<br>05/20/13 |
| 1ˢᵗ Peer Review By<br>Investigator Glenn P. Walsh | Shield<br>4430 | Date Reviewed<br>05/22/13 | Approved & Date |
| 2ⁿᵈ Peer Review By (If required)<br>Senior Investigator Michael J. Macintosh | Shield<br>2903 | Date Reviewed<br>07/02/2013 | |

## I.    INTRODUCTION

On February 14, 2013 at approximately 2:50 p.m. Senior Investigator William Moloney, Troop "F" Forensic Identification Unit (F-FIU) advised me, Trooper Daniel S. Smith, Troop "F" Collision Reconstruction Unit (F-CRU) of a two vehicle personal injury collision.  The collision scene was located in the Town of Deerpark, Orange County, New York.

I arrived on the scene at approximately 3:40 p.m.  It was located on State Route 209 at the intersection of Peenpack Trail and Swartwout Road.  New York State Police personnel on the scene included Captain Joseph Tripodo, Senior Investigators Patrick Beyea and William Moloney, Investigators Joseph Gallagher, Kevin Chorzempa, and Susan Buckley, Zone Sergeant Michael Quinn, Troopers Daniel Quinones and Michael Moran.  Town of Deerpark Police Department personnel were also on scene assisting with traffic management.  Members and equipment of the Huguenot Fire Department assisted with vehicle stabilization.

Trooper Quinones reported that the weather at the time of his arrival was cool and the sky was clear.  The roadway was dry.  The involved vehicles remained at the scene, and the evidence associated with them indicated that they remained at their position of final rest.

I took photographs of the scene, documenting its condition at the time of the investigation.  Trooper Anderson and I forensically mapped the scene with a Leica TS-02 Electronic Total Work Station (Serial #1327259) and an Archer Data Collector (Serial #80455.)

*For report clarity, the involved vehicles are identified as follows:*

*Vehicle One: 2003 Freightliner Bus, color yellow, bearing New York registration 55171BA.*
*Vehicle Two: 1995 Honda Civic Del Sol, color blue, bearing New York registration GCM1437.*

## II.    COLLISION SCENE DESCRIPTION

State Route 209 was a two-lane, two-way individual flow roadway oriented in a north-south direction.  Peenpack Trail and Swartwout Road intersected State Route 209 in the area of the collision.  Peenpack Trail was located to the west and continued in a westerly direction.  Swartwout Road was located to the east and continued in an easterly direction.  Peenpack Trail was a two-lane, two-way individual flow roadway oriented in an east-west direction.  Swartwout Road was a two-lane, two-way individual flow roadway oriented in an east-west direction.  The roadway surfaces in the area of the collision were constructed of asphalt, which were all moderately traffic polished.

State Route 209 measured 29.6 feet in width from pavement edge to pavement edge.  The two travel lanes measured 22.1 feet in width from the western white fog line to the eastern white fog line.  The northbound travel lane measured 10.9 feet in width

1

7

from the yellow centerline marking to the eastern white fog line. The eastern shoulder measured 4.1 feet in width from the white eastern fog line to the eastern pavement edge. The southbound travel lane measured 10.6 feet in width from the yellow centerline marking to the western white fog line. The western shoulder measured 3.7 feet in width from the white western fog line to the western pavement edge. While traveling northbound on State Route 209, prior to the intersection of Peenpack Trail, there was a solid yellow line in the center of the roadway for the northbound lane and a dashed yellow line for the southbound lane. These lane markings indicate passing was not permitted for northbound traffic, and was permitted for southbound traffic when safe to do so. While traveling southbound on State Route 209, prior to the intersection of Peenpack Trail, there was a solid yellow line in the center of the roadway for the southbound traffic and a dashed yellow line for northbound traffic. These lane markings indicate passing was not permitted for southbound traffic, however it was permitted for northbound traffic when safe to do so. The speed limit in the area of the collision on State Route 209 was posted at 45 miles per hour (mph). Approaching the intersection from both the north and south there was a yellow diamond shaped intersection warning sign with a yellow advisory speed sign of 30 mph underneath it in each direction.

Peenpack Trail measured 28.3 feet in width from pavement edge to pavement edge. There was a white stop bar on the pavement on the eastern side of Peenpack Trail at the intersection of State Route 209. There were no other pavement markings on Peenpack Trail. Swartwout Road measured 25.2 feet in width from pavement edge to pavement edge. There were no pavement markings located on Swartwout Road.

The collision occurred in a rural residential area. Traffic approaching the collision scene from the south (traveling north) passed through a gradual left hand curve and the roadway was relatively level. Sight distance to the collision scene in this direction was approximately 600 feet. Traffic approaching the collision scene from the north (traveling south) passed through a gradual right hand curve and a slight uphill grade. Sight distance to the collision scene in this direction was approximately 500 feet. In the area of the collision the roadway was relatively level. The roadway surface was dry and remained dry throughout the course of the at-scene investigation.

 

SR-209 facing northbound                    SR-209 facing southbound

2

8

## III.   COLLISION SCENE EVIDENCE

*Refer to the attached scale diagrams at the end of the report for evidence locations*

Several items of physical evidence were observed during the course of the scene investigation. The evidence was observed in the intersection of State Route 209 and Peenpack Trail. All measurements are referenced to the utility pole #145 S located along the west shoulder of State Route 209 and the north side of Peenpack Trail.

There was a pair of parallel tire marks (Tire mark #1 & #2) located in the southbound lane of State Route 209. They were located approximately 24.1 feet and 19.6 feet southeast of the reference point. The marks measured 25.9 feet and 24.5 feet in length. These marks were created by Vehicle Two as it slid to the area of impact with Vehicle One.

A group of metal roadway scars were observed near the center of the southbound lane of State Route 209 approximately 39.6 feet southeast of the reference point. The marks ranged in length from 1.0 feet to .5 feet. These marks indicate the area of impact between Vehicles One and Two.

The front license plate of Vehicle Two was observed approximately 43.4 feet southeast of the reference point.

Vehicle One was observed 29.5 feet south of the reference point at its position of final rest. Vehicle One was facing in a northwesterly direction in an upright position.

Vehicle Two was observed 21.3 south of the reference point at its position of final rest. Vehicle Two was facing in a southerly direction in an upright position.



Vehicles at final rest.

3

9

## IV.   VEHICLE EXAMINATIONS

### Vehicle One

Vehicle One was a yellow 2003 Freightliner school bus, bearing New York registration 55171BA[1], Vehicle Identification Number (VIN) 4UZAAXCS43CL04762.

The odometer was digital therefore, it was unreadable.  The speedometer read 0 mph.  The tachometer read 0 revolutions per minute (rpm).  The vehicle displayed a valid New York State Department of Transportation Safety sticker #477690 expiring on April 26, 2013.

Initial contact damage was observed to the right front corner of Vehicle One.  The front bumper was pushed inward and rearward, the left side of the hood was cracked.

A level 7 examination was performed on Vehicle One by Trooper Robert Longendyke of the New York State Police Commercial Vehicle Enforcement Unit on February 15, 2013[2].  The violations observed to the vehicle were determined to be as result of the collision.

The National Highway Traffic Safety Administration Office of Defects and Recalls Database was checked and revealed no recalls or defects which would have contributed to the collision.

### Vehicle Two



Vehicle Two

---

[1] Registered to Quality Bus Service LLC, 504 RT 42 PO Box 600, Sparrowbush, New York 12780.
[2] New York State Police Commercial Vehicle Enforcement Unit Report number NYSPF0043834.

4

Vehicle Two was a blue 1995 Honda Civic Del Sol, 2-door sedan, bearing New York State registration GCM1437[3], VIN JHMEG1249SS006148.

The odometer read 065,673 miles and the trip meter read 110.1 miles. The speedometer read 0 mph. The tachometer needle was damaged and was pointing downward therefore, it was unreadable. The vehicle displayed a valid New York State inspection sticker that was valid until 3/31/13. The inspection sticker number was unreadable due to the collision damage.

Vehicle Two sustained a substantial amount of contact and induced damage as a result of the collision. Initial contact damage was observed to the left front corner of Vehicle Two. Beginning at the left front corner of the vehicle, the left front fender was pushed reward and toward the right of the vehicle. The top of the left front tire was pushed inward. The hood was pushed rearward and to the right. The left front headlight assembly was destroyed. The front bumper was pushed toward the right. Induced damaged was observed to the engine compartment. Most of its components including the radiator, engine and transmission were displaced towards the rear and right of the vehicle. Induced damage was also observed through out the passenger compartment with the dashboard and steering column being displaced toward the right side of the vehicle. Blood was observed on the steering wheel, center console and gear shift lever.

The vehicle was equipped with two Raptor model Riken tires, size 195/60R14 on the front. The left tire measured 40 pounds per square inch (psi) and the right tire measured 22 (psi). The rear two tires were Goodride model Radial SP06 tires, size 175/70R13. The left rear tire measured 30 psi and the right rear tire measured 32 psi. All four tires had sufficient tread depth. The manufacturer's recommend tire size was 175/70R13.

Vehicle Two was equipped with a 3-point lap/shoulder seatbelt for the front driver's seat and front passenger's seat. The driver's seatbelt was retracted and extended freely. There was no physical evidence on the seatbelt or buckle to determine if the seatbelt was in use at the time of the collision.

The vehicle was equipped with dual frontal airbags. The driver's side airbag did not deploy, however the passenger's side airbag did deploy.

The National Highway Traffic Safety Administration Office of Defects and Recalls Database was checked and revealed no recalls or defects which would have contributed to the collision.

---

[3] Registered to Justin Tyler Maher 1 Fifth Street, Godeffory, New York, 12729.

## V.   COLLISION PHASES

### Pre-Impact

Vehicle One was traveling north on State Route 209. Vehicle Two was traveling south on State Route 209. Vehicle One attempted to make a left hand turn onto Peenpack Trail.

### Impact

Vehicle One strikes the left front corner of Vehicle Two at the intersection of State Route 209 and Peenpack Trail near the center of the southbound lane of State Route 209.

### Post-Impact

Vehicle One continues to travel in its intended direction, left onto Peenpack Trail, with Vehicle Two impinged under the left front bumper of Vehicle One. Both vehicles traveled together for approximately 23.2 feet in a northwesterly direction coming to their position of final rest on Peenpack Trail.

## VI.   MATHEMATICAL FINDINGS

Due to the dynamics of this collision, a speed at impact for each vehicle was not able to be calculated. A pre-impact speed of Vehicle Two was calculated. The equivalent energy speed loss formula was utilized in order to determine the minimum amount of speed that vehicle Two lost prior to the collision with Vehicle One. That speed was calculated to be 24 mph. It should be noted that this calculated speed does not represent the speed of the vehicle at the time of the collision, nor the speed of the vehicle when the skid marks began.

This calculation was performed in a conservative manner and in accordance with accepted collision reconstruction protocols.

## VII.   SPECIAL TOPICS

### Injury Patterns

### Vehicle One

The operator of Vehicle One, Caitlin H. Railo, was transported to Bon Secors Hospital, Port Jervis, New York for injuries to her neck.

The passenger in Vehicle One was not injured as a result of the collision.

6

*Vehicle Two*

The operator of Vehicle Two, Justin T. Maher, was transported to Westchester Medical Center, Valhalla, New York to be treated for injuries that included multiple fractures to both arms and both legs, cracked ribs, broken upper and lower jaw, broken orbital bones, and a collapsed lung.

### Occupant Kinematics

*Vehicle One*

The principle direction of force applied to Vehicle One during impact was from right to left, right of the vehicle's center of mass. This would cause the occupants to be projected forward and to the right.

*Vehicle Two*

The principle direction of force applied to Vehicle Two during impact was from front to back, inline of the vehicle's center of mass. This would cause an occupant to be projected forward.

### Crash Data Retrieval Analysis

*Vehicle One and Two*

Crash Data Retrieval software 10.0.1 does not support the models and years of both vehicles.

### Driver History

*Vehicle One*

The operator of Vehicle One, Caitlin H. Railo, D.O.B. 08/21/81, 5 White St. Apt. 2, Port Jervis, NY 12771, possessed a valid CDL class *B* New York State driver's license with school bus and passenger endorsements. This was the proper class license to operate Vehicle One.

A toxicology analysis was performed on the operator of Vehicle One's blood. The report states that Diazepam and Morphine were present in the blood[4].

---

[4] New York State Police Mid Hudson Regional Crime Laboratory Toxicology Report.

7

*Vehicle Two*

The operator of Vehicle Two, Justin Tyler Maher, D.O.B. 04/28/93, 1 Fifth St., Godeffroy, NY 12729, possessed a valid class *D* New York State driver's license. This was the proper class license to operate Vehicle Two.

## VII.  CONCLUSION/FINDINGS

Based upon the interpretation of the scene evidence, the vehicle examinations, mathematical findings, injury patterns, occupant kinematics and driver histories the following conclusions were drawn:  Vehicle One was traveling northbound on State Route 209 approaching the intersection on Peenpack Trail and Vehicle Two was traveling southbound on State Route 209, also approaching the intersection of Peenpack Trail. Vehicle One begins to make a left hand turn onto Peenpack Trail and strikes Vehicle Two as it continues through the intersection.

There was no evidence of roadway or environmental conditions which would have contributed to this collision.

The primary contributing factor for this collision is on part of the operator of Vehicle One, Caitlin H. Railo, for failing to yield the right of way while turning left.

A secondary contributing factor for this collision is also on the part of the operator of Vehicle One for having Diazepam and Morphine present in her blood.

The blood results will be addressed under separate cover by the New York State Police Bureau of Criminal Investigation from the Middletown barracks.

8

14



| 1. Agency | | 2. Div/Precinct | | 3. ORI | 5. Case No. | 6. Incident No. |
|---|---|---|---|---|---|---|
| F2 TROOP F - ZONE 2 | | F221 | INCIDENT REPORT | NY1350200 | | 4973209 |

| 7,8,9. Date Reported (Day, Date, Time) | 10,11,12. Occurred On/From (Day, Date, Time) | 13,14,15. Occurred To (Day, Date, Time) |
|---|---|---|
| THURSDAY 02/14/2013 16:20 | THURSDAY 02/14/2013 16:20 | |

| 16. Incident Type | 17. Business Name |
|---|---|
| ACCIDENT-PERSONAL INJURY | |

**19. Incident Address (Street Name, Bldg. No., Apt. No.)**
STATE ROUTE 209

**20. City/State/Zip**
HUGENOT NEW YORK 12746

| 21. Location Code (TSLED) | 23. No. of Victims | 24. No. of Suspects | 26. Victim also Complainant? |
|---|---|---|---|
| DEERPARK TOWN 3654 | 1 | 1 | |

**Location Type**
STREET

| OFF. No. | LAW | SECTION | SUB | CAT | DEG | ATT | MORE OFFENSE | CTS |
|---|---|---|---|---|---|---|---|---|
| 1. | PL | 120.04 | 03 | D | F | I | C | VEHIC ASLT 1:PREV CONV VTL1192 IN 10 YRS-NYS/OTHER STAT | 1 |
| 2. | VTL | 1192 | 04B | E | F | 0 | C | DWAI BY DRUGS: OPERATE SCHOOL BUS WITH STUDENT PASSE | 1 |
| 3. | PL | 260.10 | | A | M | 0 | C | ENDANGERING WELFARE OF CHILD | 1 |

## ASSOCIATED PERSONS

| TYPE | Name (Last, First, Middle, Title) | DOB | Street Name, Apt No., City, State, Zip | Home/Bus Phone |
|---|---|---|---|---|
| CHILD | DONLEY, KIARA | 10/31/2001 | 144 MARTIN RD HUGUENOT NY 12749 | |
| DRIVER 2 | MAHER, JUSTIN, T | 04/28/1993 | 1 FIFTH STREET GODEFFROY NY 12729 | |
| PERSON INTERVIEWED | VANDUNK, LYLE, K | | 379 RINGWOOD AVE WANAQUE NJ 07465 | |
| PERSON INTERVIEWED | MARTUCCI, MICHAEL | | QUALITY BUS - 504 STATE ROUTE 42 SPARROWBUSH NY 12780 | (845)346-5017 |
| PERSON INTERVIEWED | STARR, WILLIAM | | 30 JONES ROAD PINE BUSH NY | |
| PERSON INTERVIEWED | KOSELNAK, MARY, B | | 215 HAIL SCRABBLE RD PORT JERVIS NY | |
| PERSON INTERVIEWED | SCHOEN, DON | | 144 MARTIN RD HUGUENOT NY | |
| PERSON INTERVIEWED | WITT, DANIEL | | 807 OAKLAND VALLEY RD CUDDEBACKVILLE NY 12729 | |
| PERSON INTERVIEWED | ELLIOT, WILLIAM | | 1 5TH STREET GODEFFROY NY | |
| SUSPECT | RAILO, CAITLIN, H | 08/12/1981 | 5 WHITE ST APT 2 PORT JERVIS NY 12771 | |

8/24/2013    17:09:54

## SUSPECT

| Person ID #<br>5524924 | 34. Type<br>SUSPECT | 35. Name (Last, First, Middle)<br>RAILO, CAITLIN, H |
|---|---|---|

| 37. Apparent Condition<br>APPARENTLY NORMAL | 38. Address (Street Name, Bldg., Apt. No., City, State, Zip)<br>5 WHITE ST APT 2   PORT JERVIS NY 12771 |
|---|---|

| 39a. Home Phone | 39b. Work Phone | 40. Social Security | 41. DOB<br>08/12/1981 | 42. Age<br>31 | 43. Gender<br>FEMALE | 44. Race<br>WHITE |
|---|---|---|---|---|---|---|

| 45. Ethnicity<br>NOT HISPANIC | 46. Skin<br>FAIR | 47. Occupation<br>SERVICE OCCUPATIONS |
|---|---|---|

| 48. Height<br>5ft. 5in. | 49. Weight<br>125lbs: | 50. Hair<br>BROWN | 51. Eyes<br>BROWN | 52. Glasses<br>NO | 53. Build<br>PETITE |
|---|---|---|---|---|---|

| 54. Employer/School | 55. Employer Address<br>NY |
|---|---|

| 56. Scars/Marks/Tattoos /Description |
|---|

| 36. Alias/Nickname/Maiden Name |
|---|

| Last Name | First Name | MiddleName |
|---|---|---|
| | | |

## PROPERTY

| 58. Name<br>MARTUCCI, MICHAEL | Property Status<br>SEIZED |
|---|---|
| Property Type<br>COMPUTER HARDWARE/SOFTWARE | Make or Model / Drug |
| Serial No. | Qty/Measure | | Value<br>$ 1.00 |
| Description<br>hard drive from school bus camera | | | |

Total Property Value :              $1.00

## VEHICLE

| 59. Vehicle Status<br>TOWED | 60. License Plate No.<br>55171BA | 61. State<br>NY | 62. Exp. Yr. | 64. Value |
|---|---|---|---|---|
| 63. Plate Type | | 65. Year<br>2003 | 66. Make  67. Model<br>FREIGHTLINER CORP.  UNKNOWN | |
| 68. Style<br>BUS | | | 69. VIN<br>4UZAAXCS43CL04762 | 70. Color(s)<br>ORANGE |
| 71a. Towed By<br>HOCKENBERRY'S | | | 71b. Towed To<br>HOCKENBERRY'S | |
| 72. Vehicle Notes | | | | |

| 59. Vehicle Status<br>TOWED | 60. License Plate No.<br>GCM1437 | 61. State<br>NY | 62. Exp. Yr. | 64. Value |
|---|---|---|---|---|
| 63. Plate Type | | 65. Year<br>1995 | 66. Make  67. Model<br>HONDA  CIVIC, CIVIC DEL SOL | |
| 68. Style<br>SEDAN* | | | 69. VIN<br>JHMEG1249SS006148 | 70. Color(s)<br>GREEN |
| 71a. Towed By<br>HOCKENBERRY'S | | | 71b. Towed To<br>HOCKENBERRY'S | |
| 72. Vehicle Notes | | | | |

## NARRATIVE

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 02/14/2013 | 02/14/2013 | QUINONES, DANIEL (TPR) |

**Narrative**

1. I responded to the intersection of State Route 209 and Peenpack Trail, Town of Deerpark, for a car vs. school bus motor vehicle accident with serious physical injuries.

2. I was met by Town of Deerpark Pd. Sergeant SULLIVAN who stated due to the injuries and possible fatality, her agency is turning over the investigation to State Police.

3. Interviews of witnesses revealed a 2003 Freightliner school bus bearing NY registration 55171BA, operated by CAITLIN H. RAILO had made a left turn from State Route 209 onto Peenpack Trail and failed to yield right-of-way to a 1995 Honda Civic bearing NY registration GCM1437, operated by JUSTIN T. MAHER who was unresponsive at scene and had to be extricated by Huguenot Fire Department personnel. MAHER was air-lifted to Westchester Medical Center.

4. An eleven year old school bus occupant was sitting in front seats and sustained no injuries. She was tot'd to her parents at scene.

5. I notified Sgt. WARD who notified BCI, CRU and CVEU.

6. Supporting depositions obtained from witnesses WILLIAM STARR and LYLE VANDUNK. (Enclosure 1 and Enclosure 2)

7. Scene reconstructed by CRU members Tpr. SMITH and ANDERSON.

8. CVEU Trooper LONGENDYKE arrived on scene and inspected school bus. Trooper Longendyke found the bus had no obvious issues or defective equipment.

9. Hockenberry tow arrived to remove both vehicles from scene.

10. Case tot'd Inv. DYMOND. MVA-104A to be completed. Charges pending.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 02/14/2013 | 02/15/2013 | DYMOND, TIMOTHY (INV) |

**Narrative**

11. Myself and Investigator Skarkas responded to Bon Secors Hospital in Port Jervis to interview Caitlin Railo, the operator of the school bus involved. Caitlin agreed to give a statement about the accident in which she stated in sum and substance that she was stopped on S/R 209 in the Town of Deerpark getting ready to make a left turn onto Peenpack Road. She stated she checked for oncoming traffic and saw none and proceeded to turn left. As she entered her turn a vehicle traveling a high rate of speed came out of nowhere and struck the front end of her school bus. She described the operator of the other car as a white male wearing a hooded sweatshirt. She also advised she does take some medications daily. During our conversation I noticed Caitlin had constricted pupils and droopy eye lids. I asked Caitlin to perform SFST's which she failed. (Supporting Depo Railo Enclosure 3)

12. Caitlin gave consent for us to take a blood sample and signed the required form. She was also evaluated by NYSP DRE Trooper Jason Vidocavich and was positive for CNS depressants. ██████████

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 02/15/2013 | 02/15/2013 | DYMOND, TIMOTHY (INV) |

**Narrative**

BCI CASE ADOPTION- VEHICULAR ASSAULT- INVESTIGATOR DYMOND ASSIGNED.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 02/15/2013 | 02/15/2013 | DYMOND, TIMOTHY (INV) |

**Narrative**

13. I contacted the owner of Quality Bus Service, Michael Martucci, and asked him for consent to retrieve the video that was taken inside the school bus on the day of the accident. Michael came to SP-Middletown with his laptop computer and signed consent for the recovery of the video and assisted with downloading. Michael also provided all the paperwork that Caitlin filled out to gain employment with the Quality Bus Service. We retrieved the hard drive from the bus computer and secured it as evidence in SP Middletown. The bus was released from SP-Middletown to Hockenberry's garage. Upon review of the video secured from inside the bus it is obvious that Caitlin does not stop prior to making her turn onto Peenpack trail as she stated she did during our interview with her at the hospital. The video shows Caitlin is engaged in conversation with the child passenger and rolls into the

turn and strikes an oncoming vehicle. ITC

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 02/20/2013 | 02/20/2013 | DYMOND, TIMOTHY (INV) |

**Narrative**

14. Myself and Investigator Gallagher brought the blood kit to the MidHudson Crime Lab.

15. I spoke with Justin's Grandfather, William Elliot, who advised Justin is still in a medically induced Coma. He had updated information regarding Justin's injuries listed as follows: multiple fractures in both arms and legs, a collapsed lung and several cracked ribs, broken upper and lower jaw, broken orbital bones, and a broken nose. William advised Justin has several surgery's scheduled over the next couple days. ITC.

16. I advised the OCDA's office of the case and briefed ADA Julie Mohl. ITC

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 02/26/2013 | 02/26/2013 | DYMOND, TIMOTHY (INV) |

**Narrative**

17. I contacted Crime Victim Advocate Lori Wolkoff and advised her of the situation. Lori contacted William Elliot and advised him of the help that is available.

18. I was contacted by Michael Martucci from Quality Bus Services and he advised that Caitlin Railo's D.O.T. drug test results came back and she was positive for opiates. Michael forwarded the results to my email. (attached as Enclosure 8)

19. I received the blood results from the NY State Police crime lab which showed Caitlin had Diazepam and Morphine in her blood the day of the collision. (attached as Enclosure 9)

20. I interviewed Inv Daniel Smith about the accident reconstruction. Dan advised that it appears Caitlin did not yield the right of way to the oncoming vehicle driven by Justin Maher. Dan further advised Justin Maher was not going above the posted speed limit. Dan advised a separate Reconstruction report will be filed when it is complete. ITC

21. On 03/22/13 myself and Sr. Inv Beyea patrolled to Helen Hayes Hospital in Rockland County to attempt to ask Justin Maher what he remembered about the accident. Justin had no recollection of the accident and provided no new information pertinent to the case.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 04/13/2013 | 04/13/2013 | DYMOND, TIMOTHY (INV) |

**Narrative**

22. I contacted Donald Schoen ████████, Kiara Donley's guardian, and requested that Kiara give a supporting deposition regarding the bus accident. Donald told me his attorney advised him to not allow Kiara to give a deposition.

23. Patrolled to 5 White ST with Trooper Lamonica. We located Railo and transported her to SP Middletown.

24. I interviewed Caitlin at SP-Middletown in regards to the bus accident. I read Caitlin her miranda rights and she acknowledged that she understood them and that she would speak to me without a lawyer present. Caitlin advised in sum and substance that she had taken a 200 mg Morphine pill shortly after midnight the day of the accident. She advised she took the pill because she ran out of Suboxone and would get sick without it. She also advised she should not have been driving the bus but her boss would not let her take a day off because no one else knew her route. Caitlin told me she should not have been driving the day of the accident and that she had nightmares about the accident. Caitlin's statement is attached as Enclosure 5.

25. Trooper Lamonica processed Railo without incident at SP Middletown. Railo was arraigned by Tpr. Mannix and Trooper Lamonica in the T/Deerpark CT in front of T/J Wulff. Railo's stepfather, Daniel Witt (12/22/1943), posted $5000 bail in the T/Deerpark CT. Railo has a return date of 04/17/13 @ 4pm in the T/Deerpark CT.

Closed by Arrest-PPD. Final. 13-4973209.

Enclosures:
1. Genl 4 Starr
2. Genl 4 Vandunk
3. Genl 4 Railo
4. ████████████████
5. Railo Statement

6. Gen1 34D and photos
7. Arrest Report Caitlin Railo
8. DOT drug test results
9. Mid Hudson Regional Toxicology Report
10. MV 104A

## ADMINISTRATIVE

| | 75. NYSPIN Message No. | 76. Complainant Signature | |
|---|---|---|---|
| 77. Reporting Officer Signature (Include Rank)<br>INV TIMOTHY DYMOND | 78. ID No.<br>1119 | 79. Supervisor Signature (Include Rank)<br>SR INV PATRICK BEYEA | 80. ID No.<br>2108 |
| 81. Status<br>ARREST – ADULT – PPD | 82. Status Date<br>02/14/2013 | 83. Notified/TOT<br>SPFF29000082/INV DYMOND | |

| | Solvability Total | 0 |
|---|---|---|

SUPPORTING DEPOSITION (CPL §100.20)

PAGE 1  OF  1

## NEW YORK STATE POLICE

THE PEOPLE OF THE STATE OF NEW YORK

-- vs.

Defendant(s)

| INCIDENT LOCATION: | LOCATION OF DEPOSITION: |
|---|---|
| STATE OF NEW YORK  *LOCAL CRIMINAL*  COURT | STATE OF NEW YORK |
| COUNTY OF  *ORANGE* | COUNTY OF  *ORANGE* |
| TOWN  OF  *DEERPARK* | TOWN  OF  *DEERPARK* |

| On  Date 02/14/2013 | at  Time Started 03:27 PM | I,  Full Name: WILLIAM C STARR | | |
|---|---|---|---|---|
| Date of Birth ▓▓▓▓ | No. and Street 30 JONES RD | | CITN PINE BUSH | State NY |

**State The Following:**

ON FEBRUARY 14, 2013 AT APPROXIMATELY 2:30PM WHILE PULLING A HOSE FROM THE SIDE THE HOUSE INTO THE FRONT YARD I OBSERVED A YELLOW SCHOOL BUS TRAVELING NORTHBOUND ON STATE ROUTE 209. THE BUS STOPPED IN THE ROAD AT THE INTERSECTION OF PEENPACK TRAIL. AT THAT TIME I DID NOT SEE A TURN SIGNAL ON THE SCHOOL BUS. I ALSO OBSERVED A VEHICLE TRAVELING SOUTHBOUND ON STATE ROUTE 209 WHEN ALL OF A SUDDEN THE SCHOOL BUS MADE A LEFT TURN IN FRONT OF THE VEHICLE TRAVELING SOUTBOUND. I HEARD AN EXTREMELY LOUD CRASH AND RAN OVER TOWARDS THE ACCIDENT. I CALLED MY GIRLFRIEND WHO IS A NURSE AND SHE CALLED 911.

### Notice
(Penal Law §210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

this  14th  day of  FEBRUARY ,  2013

_____
(SIGNATURE OF DEPONENT)

- OR -

* Subscribed and Sworn to before me

this _____ day of _____

_____
(NAME OF PERSON TAKING DEPOSITION)

(WITNESS)

| Time Ended | |
|---|---|
| 02/14/2013 | 03:33 PM |

* This form need be sworn to only when specifically required by the court

21

SUPPORTING DEPOSITION (CPL §100.20)

E2

PAGE 1  OF  1

## NEW YORK STATE POLICE

THE PEOPLE OF THE  STATE OF NEW YORK
-- vs.

_____

- - -

_____

Defendant(s)

| INCIDENT LOCATION: | LOCATION OF DEPOSITION: |
|---|---|
| STATE OF NEW YORK  _LOCAL CRIMINAL_  COURT | STATE OF NEW YORK |
| COUNTY OF  _ORANGE_ | COUNTY OF  _ORANGE_ |
| TOWN  OF  _DEERPARK_ | TOWN  OF  _DEERPARK_ |

| Date On 02/14/2013 | Time Started at 03:26 PM | I, | Full Name: LYLE K VANDUNK | | |
|---|---|---|---|---|---|
| Date of Birth | No. and Street 379 RINGWOOD AVE | | City/Town WANAQUE | | State NJ |

**State The Following:**

ON TODAY'S DATE AT APPROXIMATELY 2:30 PM, I WAS NORTH ON STATE ROUTE 209, TOWN OF DEERPARK, BEHIND A SCHOOL BUS OPERATING A TRACTOR-TRAILER. I OBSERVED THE BUS SLOW DOWN JUST SOUTH OF PEENPACK TRAIL, I SAW A GREEN SEDAN TRAVELING SOUTH ON STATE ROUTE 209 AND THEN OBSERVED THE BUS BEGIN TURNING LEFT ONTO PEENPACK TRAIL. THE GREEN CAR DID NOT APPEAR TO BE SPEEDING. FROM MY POINT OF VIEW I KNEW THE BUS WAS NOT GOING TO MAKE THE TURN WITHOUT CAUSING AN ACCIDENT. I HEARD THE IMPACT THEN OBSERVED THE BUS SHAKE AND COME TO A SUDDEN STOP. I WOULD ESTIMATE THE GREEN SEDAN WAS APPROXIMATELY 50 YARDS FROM PEENPACK TRAIL WHEN THE BUS BEGAN TURNING LEFT. I PULLED OVER ONTO THE SHOULDER AND DIALED 911. I RAN UP TO THE GREEN SEDAN AND OBSERVED WHAT I FIRST THOUGHT WAS A GIRL CAUSE HE HAD A GRAY HOODIE OVER HIS HEAD LAYING TOWARDS THE PASSENGER SIDE.  HE WAS NOT RESPONSIVE.  A DEERPARK POLICE SHOWED UP AND BEGAN HER INVESTIGATION.

### Notice
(Penal Law §210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

this  ___14___  day of  FEBRUARY ,  2013

_____
(SIGNATURE OF DEPONENT)

- OR -

_____
(WITNESS)

* Subscribed and Sworn to before me

this  _____  day of  _____

TPR. DANIEL _____
(NAME OF PERSON TAKING DEPOSITION)

| Time Ended 02/14/2013 | 03:35 PM |
|---|---|

* This form need be sworn to only when specifically required by the court

GEML-4 (03/95)

E-3
New York State Police

## SUPPORTING DEPOSITION (CPL § 100.20)

PAGE _1_ OF _1_

### THE PEOPLE OF THE STATE OF NEW YORK
—VS.—

_____

_____

DEFENDANT(S)

**LOCATION OF INCIDENT:**

STATE OF NEW YORK_____ COURT

COUNTY OF _____

_____ OF _____

**LOCATION OF DEPOSITION:**

STATE OF NEW YORK

COUNTY OF _Orange_

_Town_ OF _Deerpark_

On DATE: _02/14/13_ at TIME STARTED: _4:15 PM_ I, FULL NAME: _Caitlin Railo   08/12/81_

state the following: I am a driver for Quality Bus Service and have been employed with them for approximately four months. On today's date, at approximately 2:30 PM I was traveling northbound on State Route 209 in the Town of Deerpark, operating Bus #701. This is my normal bus route and at the time there was only one child on the bus, Kieran. I don't remember his last name, but she gets dropped off at 155 Mead Road. As I began to make a left turn onto Prospect Trail I did not see any vehicles traveling southbound on Route 209. In the midst of making the turn I saw a dark colored two-door car traveling southbound on Route 209. I estimated the vehicle to be traveling 65-70 miles per hour. The driver of the other car was a younger, white male, not wearing a seatbelt and wearing some type of sweatshirt. He didn't swerve to the left or right

---

**NOTICE**
(Penal Law § 210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

this _14th_ day of _February_, _2013_

– OR –

* Subscribed and Sworn to before me

this _____ day of _____

* This form need be sworn to only when specifically required by the court

SIGNATURE OF DEPONENT

WITNESS

_Inv. M.T. Skurkes_
_Inv. OM_
(NAME OF PERSON TAKING DEPOSITION)

TIME ENDED: _4:55 PM_

GENL-4 (03/05)

New York State Police

SUPPORTING DEPOSITION (CPL § 100.20)

PAGE 2 OF 2

THE PEOPLE OF THE STATE OF NEW YORK
—VS.

_____

_____
DEFENDANT(S)

**LOCATION OF INCIDENT:**

STATE OF NEW YORK _____ COURT

COUNTY OF _____

_____ OF _____

**LOCATION OF DEPOSITION:**

STATE OF NEW YORK

COUNTY OF Orange

Town OF Deerpark

On DATE: 02/14/13 at TIME STARTED: 4:15 PM I, FULL NAME: Caitlin Railo 08/12/81

state the following: but kept coming straight at me. His vehicle struck the front passenger side of the bus just as the front of the bus was entering Peenpack Trail. Once we were struck I made sure Kiera was okay and got her off the bus. I could see the driver was bleeding from the nose and I asked if he was alright, I couldn't tell what he said, but I didn't want Kiera to see him so we went ~~on~~ to the building across the street. The medications I took today are: Clonadine .01mg, one tablet at 9:43 AM Valium 5 mg 1 tablet at 9:45 AM. Yesterday I'm took Percoset 7.5mg 2 tablets at about 8 PM and a half an Ambien 10mg 1/2 a tablet at 8 PM, I also take Suboxone 8mg in the morning and 2 mg before bed but I haven't taken it since last week.

**NOTICE**
(Penal Law § 210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

this 14th day of February, 2013

Caitlin Railo
(SIGNATURE OF DEPONENT)

- OR -

* Subscribed and Sworn to before me

this _____ day of _____

Inv ____ 1/19
(WITNESS)

Inv. M.T. Skarka
Inv. M.T.
(NAME OF PERSON TAKING DEPOSITION)

TIME ENDED: 4:55 PM

* This form need be sworn to only when specifically required by the court

Page 1 – ORIGINAL    Page 2 – COPY    Page 3 – COPY    Page 4 - COPY

E5

**STATEMENT**

STATE OF NEW YORK

DATED  04/12/2013

COUNTY OF  ORANGE

TOWN                          OF  HUGUENOT

I,  CAITLIN H RAILO                                                    , AGE  31  , BORN ON  08/12/1981  ,

AND RESIDING AT  5 WHITE STREET          PORT JERVIS          NY      12771

HAVE BEEN ADVISED BY  _____INV_____  TIMOTHY  M  DYMOND

OF THE  NEW YORK STATE POLICE                                    , OF THE FOLLOWING:

I HAVE THE RIGHT TO REMAIN SILENT, AND I DO NOT HAVE TO MAKE ANY *CR*
STATEMENT IF I DON'T WANT TO.

IF I GIVE UP THAT RIGHT, ANYTHING I DO SAY CAN AND WILL BE USED  *CR*
AGAINST ME IN A COURT OF LAW.

I HAVE THE RIGHT TO HAVE A LAWYER PRESENT BEFORE MAKING ANY *CR*
STATEMENT OR AT ANY TIME DURING THIS STATEMENT.

IF I SHOULD DECIDE I DO WANT A LAWYER, AND I CANNOT AFFORD TO HIRE *CR*
ONE, A LAWYER WILL BE APPOINTED FOR ME FREE OF CHARGE AND I MAY
HAVE THAT LAWYER PRESENT BEFORE MAKING ANY STATEMENT.

I ALSO UNDERSTAND THAT I HAVE THE RIGHT TO STOP AT ANY TIME DURING *CR*
THIS STATEMENT AND REMAIN SILENT AND HAVE A LAWYER PRESENT.

I FULLY UNDERSTAND THESE RIGHTS, AND  AT THIS TIME I AGREE TO GIVE UP MY *CR*
RIGHTS AND MAKE THE FOLLOWING STATEMENT:

_____
SIGNATURE

x_____ 11/4
WITNESS

tement:

: Denotes questions by Investigator Timothy Dymond.
: Denotes answers by Caitlin Railo.

Do you read and write the English language?
Yes.

Do you agree to speak to me without an attorney present?
Yes

Do you know why you are here today?
Unfortunately yes.  For the bus accident I had dirty blood.

Why was your blood test positive for morphine and Diazepam?
I am prescribed valium by Dr. Galli so that is why Diazepam came up.  I ran out of Suboxone the two days before the accident.  I
d not go to my doctor and get a refill and I was not allowed to call out of work.  I had to work.  I took a 200mg Morphine pill.  It is
n and oblong says 200 on one side.  The pill is time released.

When did you take the pill on February 13th 2013?
12am on the 14th actually.

Did you feel like you should not have gone to work and drive the school bus?
I felt fine in the morning run I just felt tired in the afternoon run.  The pill combined with lack of sleep from the night before caused
) be more tired than normal.

Do you regret driving the school bus that day?
Yes.

*CR*

GE 1  OF 2

25

STATE OF NEW YORK                STATEMENT

                                                    DATED  04/12/2013

Statement:

TD: If you could go back to the day of the accident would you have taken the day off?
CR: If i could I would have.  Under no circumstances can I call out because nobody else can do my run.

TD: Do you have a drug problem?
CR: No.

TD: Is there anything you would like to add?
CR: I got out of the bus and saw how hurt the other kid was and his face was banged up.  I had a child on the bus so I asked the child to not look when i went to see how hurt the other driver was.  I grabbed the child off the bus.  The little girl is probably traumatized.  I know the other driver got air lifted.  I have nightmares about seeing the other driver's face.  I was tired and I wished they would have let me call out.  My boss told me that I could not call out under any circumstances.

TD: Are your giving this statement on your own free will without or threat or promise by the NY state police?
CR: Yes.

                                        **Notice**
                                    (Penal Law §210.45)

     In a written instrument, any person who knowingly makes a false statement which such a person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.
Affirmed under penalty of perjury
this  12  TH  day of  APRIL          , 2013

                    - OR

* Subscribed and Sworn to before me
this _____ day of _____

' This form need be sworn to only when specifically required by the court

                                        _____
                                        (SIGNATURE OF PERSON GIVING STATEMENT)

                                        _____
                                                (WITNESS)

                                        _____
                                        (NAME OF PERSON TAKING STATEMENT)

                    End: 12:45 Pm

GENL. 34D REV 10/99

E-6

# DIGITAL PHOTO RECORD

**INSTRUCTIONS:** • Complete a separate form for each investigation recorded on digital media
• Print or type all entries

| STATION AND CASE NUMBER | | ID LEAD # | DATE | | TIME | |
|---|---|---|---|---|---|---|
| SP Middletown | SJS#4973209 | | 02/14 & 15/2013 | | BEGAN | COMPLETED |

| INVESTIGATING MEMBER | PHOTOGRAPHER'S NAME |
|---|---|
| Investigator Timothy M. Dymond | Investigator Joseph W. Gallagher and Timothy M. Dymond |

| CRIME OR INCIDENT | WEATHER |
|---|---|
| Serious Personal Injury Auto Accident | Clear |

| ADDRESS OR LOCATION | COUNTY |
|---|---|
| State Route 209 and Peenpack Trail, Town of Deerpark | Orange |

| COMPLAINANT - DEFENDANT - DECEASED | DATE OF BIRTH |
|---|---|
| Caitlin H. Railo | 08/12/1981 |

| VEHICLE (S) OPERATOR - GENERAL DESCRIPTION OF SCENE | ACTION REQUESTED |
|---|---|
| N/A | ☐ BURN TO CD/DVD  ☒ PRINT 1 X'S  ☐ RETAIN |

| IMAGE TYPE OR FILE FORMAT | CAMERA | | MANNER SUBMITTED: (Check one) |
|---|---|---|---|
| ☒ JPEG  ☐ TIF  ☐ RAW | Olympus | PAGE # 1 OF 1 | DATE SUBMITTED TO ID SECTION — ☒ CD/DVD  ☐ FLOPPY  ☐ E-MAIL  ☐ OTHER |

| IMAGE# | CAMERA PHOTO ID# | DESCRIPTION | IMAGE# | CAMERA PHOTO ID# | DESCRIPTION |
|---|---|---|---|---|---|
| 1 | P2140090.JPG | Both Vehicles | 39 | | |
| 2 | P2140091.JPG | Intersection | 40 | | |
| 3 | P2140092.JPG | Both Vehicles | 41 | | |
| 4 | P2140093.JPG | Both Vehicles | 42 | | |
| 5 | P2140094.JPG | Both Vehicles | 43 | | |
| 6 | P2140095.JPG | Bus | 44 | | |
| 7 | P2140096.JPG | Bus | 45 | | |
| 8 | P2140097.JPG | Gouge on roadway, ST209 | 46 | | |
| 9 | P2140098.JPG | License Plate from Honda | 47 | | |
| 10 | P2140099.JPG | Both Vehicles | 48 | | |
| 11 | P2140100.JPG | Drivers Radio and controls | 49 | | |
| 12 | P2140101.JPG | Bus Data Storage Box | 50 | | |
| 13 | P2140102.JPG | Bus Data and Recorder | 51 | | |
| 14 | P2140103.JPG | Bus | 52 | | |
| 15 | | | 53 | | |
| 16 | | | 54 | | |
| 17 | | | 55 | | |
| 18 | | | 56 | | |
| 19 | | | 57 | | |
| 20 | | | 58 | | |
| 21 | | | 59 | | |
| 22 | | | 60 | | |
| 23 | | | 61 | | |
| 24 | | | 62 | | |
| 25 | | | 63 | | |
| 26 | | | 64 | | |
| 27 | | | 65 | | |
| 28 | | | 66 | | |
| 29 | | | 67 | | |
| 30 | | | 68 | | |
| 31 | | | 69 | | |
| 32 | | | 70 | | |
| 33 | | | 71 | | |
| 34 | | | 72 | | |
| 35 | | | 73 | | |
| 36 | | | 74 | | |
| 37 | | | 75 | | |
| 38 | | | 76 | | |

E-7

| 1. NYSID No. 09967087Z | 2. CJTN No. 66003487Z | ARREST REPORT | | 3. Case No. 4973209 | 4. Ref. No. |
|---|---|---|---|---|---|
| 5. FBI No. 161664TB0 | 6. Arrest No. 562190 | 7. Agency F2 TROOP F - ZONE 2 NY1350200. | | 8. Div/Precinct F221 | 4a. |

## DEFENDANT INFORMATION

| 9. Name (Last, First, Middle) RAILO, CAITLIN, H | | | | | | 11. Phone Number |
|---|---|---|---|---|---|---|
| 12. Street Number and Name, Bldg. No., Apt. No. 5 WHITE ST APT 2 | | | | 13. City, State, Zip PORT JERVIS NY 12771 | | 14. Residence Status RESIDENT |
| 15. Place of Birth USA | | 16. D.O.B 08/12/1981 | 17. Age 31 | 18. Gender FEMALE | 19. Race WHITE | 20. Ethnicity NOT HISPANIC |
| 21. Skin FAIR | 22. Height 5ft. 5in. | 23. Weight 125lbs. | 24. Hair BROWN | | 25. Eyes BROWN | 26. Glasses NO | 27. Build PETITE |
| 28. Marital Status SEPARATED | | | 29. U.S. Citizen YES | 30. Citizen Of USA | | |
| 31. Soc. Sec. No. | 32. Education COLLEGE YEARS (ENTER 13-16) - 13 | | | 33. Religion CATHOLIC | 35. Employed EMPLOYED PART TIME | |
| 34. Occupation SERVICE OCCUPATIONS | | | | | | |
| 36. Scars/Marks/Tattoos Description NONE | | | | | | |

## ARREST INFORMATION

| 37. Arresting Officer/ID QUINONES DANIEL TPR  3823 | | 39. Assisting Officer/ID LAMONICA JARED TPR  2042 | | 41. Arrest Date 04/12/2013 | 42. Time 11:40 |
|---|---|---|---|---|---|
| 43. Location of Arrest 5 WHITE ST APT 2 PORT JERVIS NEW YORK 12771 | | | 44. Juvenile NO | 45. Condition of Defendant APPARENTLY NORMAL | |
| 48. Miranda YES | 49. Miranda By DYMOND TIMOTHY INV | | | 50. Miranda Date 04/12/2013 | 51. Miranda Time 11:56 |
| 52. Statements WRITTEN | | 54. Search Warrant NO | 55. ID Procedure NONE | | |
| 56. Arraign. Court DEERPARK TOWN COURT NY035071J | | | 57. Arraign. Judge T/J OSOWICK | | |
| 58. Arraign Date 04/12/2013 | 59. Arraign Time 15:00 | 60. Property NO | 61. Evidence NO | 61a. Processed By NONE | |
| 61b. Disposition CLOSED | | | 63. Arrestee Status CASH BAIL | | 64. Bail Amount $ 0.00 |
| 65. Bondsman | 66. Photo No. | 67. Arrest Type CRIME IN PROGRESS | | | 68. Warrant No. |
| 69. Arrest FOA NO | 70. Other Agency | | | | 71. F/P Taken YES |
| 76. Return Court | | | 77. Return Judge | | |
| 78. Date | 79. Time | 80. Defendant/Case TOT Agency | | 80a. Officer Name | |
| 81. Case TOT Time | 82. Case TOT Date | 43a. CTV Code PORT JERVIS CITY 3635 | | | |

Page 1 of 2

4/25/2013    18:39:23

28

## INCIDENT INFORMATION

| 62. Incident No. | 72. Offense Location | 73. Offense Date/Time | 74. No.Offender | 75. No.Victims | Incident Case No. |
|---|---|---|---|---|---|
| 4973209 | DEERPARK TOWN 3654 | 2/14/2013  16:20 | 1 | 1 | |

## OFFENSE INFORMATION

| 83. LAW Article/Section | SUB | CL | CAT | DEG | ATI | NAME OF OFFENSE | CTS | NCIC Code | Victim Age Sex Hcdp | ASSOC NO | TYPl |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PL      120.04 | 03 | D | F | 1 | C | VEH ASLT 1:PREV CONV VTL 1192 | 1 | 1399 | | | UTT |
| | | | | | | | | | Incident    4973209 | | |
| VTL    1192 | 04B | E | F | 0 | C | DWAI DRG: SCHOOL BUS W/STUDENT | 1 | 5403 | | | |
| | | | | | | | | | Incident    4973209 | | |
| PL      260.10 | | A | M | 0 | C | ENDANGERING WELFARE OF CHILD | 1 | 3899 | | | |
| | | | | | | | | | Incident    4973209 | | |

| 86. Arresting Officer Signature | 87. ID No. | 88. Supervisor Signature | 89. ID No. |
|---|---|---|---|
| | IN | | 2108 |
| 90. Arrest Made as a Result of SAFIS Print ID? NO | 91. | 92. | 93. |

E-8



**Partners In Safety...**
800 Route 17M
Middletown, NY 10940
845-341-0515 ext. 311

**ATTENTION:**

Michael Martucci

Quality Bus Service (2103)

P.O. Box 600

Sparrowbush, NY 12780

Home Base: Port Jervis (P)
Participant: Caitlin H. Railo
Participant ID:    223
SSN: ████████

## Results of DOT Controlled Substance Test

Record Status: Positive
Test Type: Post-accident
Collection Date/Time: 02/14/2013  6:45 PM
Batch ID: 20130221
Specimen ID: 0938542566
Date COC Received: 02/15/2013
Sample Type: Urine
Test Panel: 5-Substances

Laboratory: Lab Corp. Of America
69 First Avenue
Raritan, NJ 08869
Collection Site: On-Site

Specimen Collector: AMY PISCAPO
DOT Admin(s): FMCSA

| Test Performed | Result | | Test Performed | Result |
|---|---|---|---|---|
| Amphetamines | Negative | | Cocaine | Negative |
| Marijuana | Negative | | Opiates | Positive |
| Phencyclidine | Negative | | | |

This test was performed, recorded, and reported in accordance with CFR 49 Part 40

_____                                    2/21/2013
Russell Kamer, MD                                          _____
                                                           Verification Date

Results for Caitlin H. Railo, Participant ID: 223 (SSN: 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)

Printed on 2/21/2013 at  4:52:56PM

30

E-9



JOSEPH A. D'AMICO
SUPERINTENDENT

# NEW YORK STATE POLICE

## MID HUDSON REGIONAL CRIME LABORATORY

Box 10131
Newburgh, NY 12552-0131
(845) 564-4330

### TOXICOLOGY REPORT

TO:
Captain Joseph A. Tripodo
New York State Police
55 Crystal Run Road
Middletown, New York 10941

*March 26, 2013*
Lab Case # *13ML-00487*
Agency Case # 4973209

**F221-SP MIDDLETOWN**

SUBJECT: **CAITLIN RAILO**
*February 14, 2013*

RESULTS:

| Item Number | Specimen | Ethyl Alcohol % by weight | Drugs Confirmed PRESENT |
|---|---|---|---|
| 1 | Blood | 0.00 | Diazepam |
|  |  |  | Morphine |

Toxicology testing included a routine screen for compounds on the attached list  No compounds were detected other than those listed above.

Analysis of the specimen determined it to contain 0.000 +/- 0.000 % by weight ethyl alcohol (at a 99.7% level of confidence, k=3).

(CPL 190.30(2) Certification)

I , Susan B. Gillies, Forensic Scientist III,  hereby certify that I am a public servant in the employ of the New York State Police.  I further certify this is the original of my report and contains the opinions and interpretations of the examination I performed in the above referenced case.

False Statements made herein are punishable as a class A misdemeanor pursuant to section 210.45 of the Penal Law.

Susan B. Gillies

Charles N. Pompa

*Susan B Gillies*

*Charles N Pompa*

Forensic Scientist III
Toxicology

Acting Regional Director

This report does not constitute the entire case file.  The case file may be comprised of worksheets, images, analytical data and other documents.

cc:  Investigator Dymond
  Ms. Kerry Bond, Esq.
  Trooper Vidacovich, DRE
  File



31

E-4C

New York State Department of Motor Vehicles

# POLICE ACCIDENT REPORT

MV-104A (6/04)

Page 1 of 3 Pages

Local Codes
4973209
SPFF29000082

☑ AMENDED REPORT

**1**

| Accident Date | | | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene | | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Month 2 | Day 14 | Year 2013 | Thursday | 14:36 | 2 | 1 | 0 | Accident Reconstructed ☑ | | | ☑ Yes ☐ No |

**19 7**

**20 6**

VEHICLE 1

☐ VEHICLE   ☐ BICYCLIST   ☐ PEDESTRIAN   ☐ OTHER PEDESTRIAN

**2**

VEHICLE 1 - Driver
License ID Number  491879925   State of Lic. NY

Driver Name - exactly
as printed on license   RAILO, CAITLIN H

Address (Include Number and Street)
5 WHITE ST APT 2   Apt. No.

City or Town   State   Zip Code
PORT JERVIS   NY   12771

| Date of Birth | | | Sex | Unlicensed | No. of Occupants | Public Property Damaged |
|---|---|---|---|---|---|---|
| Month 8 | Day 12 | Year 1981 | F | ☐ | 02 | ☐ |

VEHICLE 2 - Driver
License ID Number  133478177   State of Lic. NY

Driver Name - exactly
as printed on license   MAHER, JUSTIN T

Address (Include Number and Street)
1 FIFTH STREET   Apt. No.

City or Town   State   Zip Code
GODEFFROY   NY   12729

| Date of Birth | | | Sex | Unlicensed | No. of Occupants | Public Property Damaged |
|---|---|---|---|---|---|---|
| Month 4 | Day 28 | Year 1993 | M | ☐ | 01 | ☐ |

**21**

**22**

**3 1**

**4 1**

Name - exactly as printed on registration   Sex   Date of Birth Month Day Year
QUALITY; BUS/SERVICE; LLC,   C

Address (Include Number and Street)
504 RT 42 PO BOX 600   Apt. No.   Haz. Mat. Code   ☐ Released

City or Town   State   Zip Code
SPARROWBUSH   NY   12780

| Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code |
|---|---|---|---|---|
| 55171BA | NY | 2003 FRHT | BUS | 673 |

Ticket/Arrest Number(s)   M2121MV3B5

Name - exactly as printed on registration   Sex   Date of Birth Month Day Year
MAHER, JUSTIN T   M   4   28   1993

Address (Include Number and Street)
1 FIFTH STREET   Apt. No.   Haz. Mat. Code   ☐ Released

City or Town   State   Zip Code
GODEFFROY   NY   12729

| Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code |
|---|---|---|---|---|
| GCM1437 | NY | 1995 HOND | 2DSD | 054 |

Ticket/Arrest Number(s)

**23 8**

**24 5**

**5 1**

**6 1**

Violation Section(s)   11924C

Violation Section(s)

**25 3**

**7 1**

**VEHICLE 1**
Check if involved vehicle is:
☐ more than 95 inches wide;
☑ more than 34 feet long;
☐ operated with an overweight permit.
☐ operated with an overdimension permit.

VEHICLE 1 DAMAGE CODES
Box 1 - Point of Impact
Box 2 - Most Damage
Enter up to three
more damage codes

| | | |
|---|---|---|
| 3 | 3 | 3 |
| 3 | 4 |  |

Vehicle Towed By: HOCKENBERRY'S
Towed To: HOCKENBERRY'S

**VEHICLE 2**
Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit.
☐ operated with an overdimension permit.

VEHICLE 2 DAMAGE CODES
Box 1 - Point of Impact
Box 2 - Most Damage
Enter up to three
more damage codes

| | | |
|---|---|---|
| 2 | 2 | 2 |
| 6 | 17 |  |

Vehicle Towed By: HOCKENBERRY'S
Towed To: HOCKENBERRY'S

VEHICLE DAMAGE CODING:
1-13 SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE   17. DEMOLISHED
15. TRAILER   18. NO DAMAGE
16. OVERTURNED   19. OTHER

Circle the diagram below that describes the accident, or draw your own
diagram in space #9. Number the vehicles.

| Rear End | Left Turn | Right Angle | Right Turn | Head On |
|---|---|---|---|---|
| Sideswipe (same direction) | Left Turn | | Right Turn | Sideswipe (opposite direction) |

9.

ACCIDENT DIAGRAM

See the last page of the MV-104A for the
accident diagram.

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to determine   ☑ Yes   ☐ No

**26 1**

**27 1**

**28 1**

| Reference Marker | Coordinates (if available) Latitude/Northing | Place Where Accident Occurred: |
|---|---|---|
| 2 0 9 | 4585172 | County ORANGE   ☐ City ☐ Village ☑ Town of DEERPARK |
| 8 3 0 1 | Longitude/Easting 530848 | Road on which accident occurred   PEENPACK TRL   (Route Number or Street Name) |
| 2 0 3 2 | | at 1) intersecting street ROUTE 209   (Route Number or Street Name) |
| | | or 2) ____ feet ____ miles ☐ N ☐ S ☐ E ☐ W of ____ (Milepost, Nearest Intersecting Route or Street Name) |

**29**

Accident Description/Officer's notes
V1 NORTH ON STATE 209 AND MAKES A LEFT TURN ONTO PEENPACK TRAIL IN FRONT OF V2 WHICH WAS
TRAVELING SOUTH ON STATE ROUTE 209. WITNESSES STATE THEY OBSERVE V1 STOP ON STATE 209 THEN BEGIN
TURNING LEFT ONTO PEENPACK TRAIL FAILING TO YIELD RIGHT-OF-WAY TO V2. WITNESS LYLE VANDUNK
STATES V2 WAS APPROXIMATELY 50 YARDS NORTH OF PEENPACK TRAIL JUST PRIOR TO V1 TURNING LEFT.
WITNESS #1 LYLE VANDUNK  379 RINGWOOD AVENUE WONAGUE, NJ 07465.  ▮▮▮▮▮▮▮  WITNESS #2 WILLIA

**30**

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | 4 | 1 | 31 | F | – | – | – | | | RAILO, CAITLIN H | – |
| B | 1 | 3 | 1 | 1 | 11 | F | – | – | – | | | DONLEY, KIARA | – |
| C | 2 | 1 | X | 1 | 19 | M | 12 | X | 2 | 9993 | 5905 | MAHER, JUSTIN T | – |
| D | | | | | | | | | | | | | |
| E | | | | | | | | | | | | | |
| F | | | | | | | | | | | | | |

Officer's Rank and Signature   TROOPER
Print Name In Full   D Quinones

| Badge/ID No. | NCIC No. | Precinct/Post Troop/Zone | Station/Beat Sector | Reviewing Officer | Date/Time Reviewed |
|---|---|---|---|---|---|
| 3823 | 13501 | F2 | 21 | SMITH, DANIEL | 4/15/2013 21:18 |

USE COVER SHEET   N

Page 2 of 3 Pages

Local Codes
4973209
SPFF29000082

☐ **AMENDED REPORT**

New York State Department of Motor Vehicles
# POLICE ACCIDENT REPORT
MV-104A (6/04)

**1**

| Accident Date Month | Day | Year | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 14 | 2013 | Thursday | 14:36 | 2 | 1 | 0 | Accident Reconstructed ☑ | ☐ | ☑ Yes ☐ No |

VEHICLE   ☐ VEHICLE   ☐ BICYCLIST   ☐ PEDESTRIAN   ☐ OTHER PEDESTRIAN

**VEHICLE** (left)   **VEHICLE** (right)

Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles.

| Rear End 1. | Left Turn 3. | Right Angle | Right Turn 5. | Head On 7. |
| Sideswipe (same direction) 2. | Left Turn | | Right Turn 4. | Sideswipe (opposite direction) 6. |

ACCIDENT DIAGRAM

9.

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to determine   ☐ Yes   ☐ No

VEHICLE DAMAGE CODING:

1-13 SEE DIAGRAM ON RIGHT.

14. UNDERCARRIAGE   17. DEMOLISHED
15. TRAILER   18. NO DAMAGE
16. OVERTURNED   19. OTHER

| Reference Marker | Coordinates (if available) Latitude/Northing | Place Where Accident Occurred: |
|---|---|---|
| | | County ORANGE |
| | | Road on which accident occurred   ☐ City   ☐ Village   ☐ Town   of |
| | Longitude/Easting | at 1) intersecting street _____ (Route Number or Street Name) |
| | | or 2) ____ feet ____ miles  ☐ N ☐ S ☐ E ☐ W  of _____ (Route Number or Street Name) |
| | | (Milepost, Nearest Intersecting Route Number or Street Name) |

Accident Description/Officer's notes

STARR 30 JONES ROAD PINE BUSH, NY ▓▓▓▓▓▓

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all Involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | | | | | | | | | | | |
| B | | | | | | | | | | | | | |
| C | | | | | | | | | | | | | |
| D | | | | | | | | | | | | | |
| E | | | | | | | | | | | | | |
| F | | | | | | | | | | | | | |

| Officer's Rank and Signature | TROOPER | Badge/ID No. | NCIC No. | Precinct/Post Troop/Zone | Station/Beat Sector | Reviewing Officer | Date/Time Reviewed |
|---|---|---|---|---|---|---|---|
| Print Name in Full | D Quinones | 3823 | 13501 | F2 | 21 | SMITH, DANIEL | 4/15/2013 21:18 |

33

Page 3 of 3 Pages

Local Codes
4973209
SPFF29000082

New York State Department of Motor Vehicles
## POLICE ACCIDENT REPORT
MV-104A (6/04)

AMENDED REPORT

| Accident Date Month | Day | Year | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene | | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 14 | 2013 | Thursday | 14:36 | 2 | 1 | 0 | Accident Reconstructed ✓ | | ☐ | ☐ Yes ☐ No ✓ Yes |



New York State Dearment of Motor Vehicles

# TRUCK and BUS SUPPLEMENTAL POLICE ACCIDENT REPORT

Page 1 of 1 Pages

Local Codes
4973209

SPFF29000082

☐ AMENDED REPORT

MV-104S (10/05)

Mail To: NYS Dept. of Motor Vehicles, Accident Records Bureau, PO Box 2084, Albany NY 12220-0084

**INSTRUCTIONS:** You must complete this form:
- ♦ if at least one of the vehicles involved is
  - a truck having a GVWR or GCWR > 10,000 lbs.; or
  - a vehicle with a Haz Mat placard; or
  - a bus designed to carry 9 or more persons including the driver
- ♦ AND at least one of the following conditions is met:
  - at least one person sustained fatal injuries
  - at least one person was transported for IMMEDIATE medical treatment
  - at least one vehicle is disabled and was towed/transported from the scene.

Number of:

0 Trucks having a GVWR or GCWR > 10,000 lbs.

0 Vehicles with a Haz Mat placard

1 Buses designed to carry 9 or more persons

Number of Vehicles:

2 Towed/transported from scene due to damage

Number of Persons:

0 Sustaining fatal injuries

2 Transported for IMMEDIATE medical treatment

| ACCIDENT DATE | | | MILITARY TIME | COUNTY | CITY/TOWN/VILLAGE |
|---|---|---|---|---|---|
| Mo. 2 | Day 14 | Year 2013 | 14:36 | ORANGE | DEERPARK, TOWN OF |

**DRIVER**

DRIVER LICENSE ID # 4 9 1 8 7 8 9 9 2 5 . | STATE OF LIC. NY

DRIVER NAME - exactly as printed on license (Last, First, M.I.)
RAILO, CAITLIN H

LICENSE CLASS

| 1 A | 2 B | 3 CDL C | 4 D | 5 DJ | DATE OF BIRTH | | | SEX |
|---|---|---|---|---|---|---|---|---|
| 6 E | 7 M | 8 MJ | 9 OTHER | 10 DM | Mo. 8 | Day 12 | Year 1981 | 1 Male  2 Female |

(Driver 1/2; Sex 7 2)

**CARRIER**

CARRIER NAME:
QUALITY BUS SERVICE LLC

| STREET OR P.O. BOX | CITY | STATE | ZIP CODE | TOTAL AXLES (includes trailers) |
|---|---|---|---|---|
| 504 RT 42 PO BOX 600 | SPARROWBUSH | NY | 12780 | 8 2 |

| PLATE NUMBER | STATE OF REG. | CARRIER'S IDENTIFICATION NUMBERS |
|---|---|---|
| 55171BA | NY | US DOT 4 7 8 5 9 6 3   ICC MC |

(2 2)

WEIGHT RATING OF TRUCK POWER UNIT
1 Less thank or equal to 10,000 lbs.
2 10,001 - 26,000 lbs.     3 More than 26,000 lbs.

VEHICLE IDENTIFICATION NUMBER
4 U Z A A X C S 4 3 C L 0 4 7 6 2

(3 1)

**VEHICLE CONFIGURATION**

1 Bus (seats for more than 15 people, including driver)
2 Single-unit Truck: (2-axle, 6-tire)
3 Single-unit Truck: (3 or more axles)
4 Truck/Trailer
5 Truck Tractor (bobtail)
6 Tractor/Semi-trailer
7 Tractor/Doubles

8 Tractor/Triples
9 Unknown Heavy Truck, cannot classify
10 Passenger Car - only record when vehicle displays a Hazardous Material placard
11 Light truck (van, mini-van, panel, pickup, sport utility vehicle)-only record when vehicle displays a HM placard
12 Bus (seats for 9-15 people, including driver)

TRAFFIC WAY
1 Two-way, not divided
2 two-way, divided unprotected median
3 Two-way, divided, positive median barrier
4 One way not divided
5 Not reported

(9 1)

**CARGO BODY TYPE**

1 Bus (seats for more than 15 perople, including driver)
2 Van/Enclosed Box
3 Cargo Tank
4 Flatbed
5 Dump

6 Concrete Mixer
7 Auto Transporter
8 Garbage/Refuse
9 Other

10 Grain, Chips, Gravel
11 Pole
12 Bus (seats for 9-15 people, including driver)

ACCESS CONTROL
1 No Access Control
2 Full Access Control
4 Partial Access Control

(4 1) (10 1)

**HAZARDOUS MATERIALS INVOLVEMENT**

Does vehicle have Haz Mat placard?  1 Yes  2 No

(5 2)

COPY FROM PLACARD:
4-digit identification number from diamond/orange panel

1 or 2-digit number from bottom of diamond

NAME OF HAZ MAT CLASS:

**SEQUENCE OF EVENTS (FOR THIS VEHICLE)**

1 Ran Off Road (noncollision)
2 Jackknife (noncollision)
3 Overturn/Rollover (noncollision)
4 Downhill Runaway (noncollision)
5 Cargo Loss or Shift (noncollision)
6 Explosion or Fire (noncollision)
7 Separation of Units (noncollision)
8 Involving Pedestrian (collision)
9 Involving Motor Vehicle in Transport (collision)
10 Involving Parked Motor Vehicle (collision)
11 Involving Train (collision)
12 Involving Pedalcycle (collision)

13 Involving Animal (collision)
14 Involving Fixed Object (collision)
18 Cross Median/Centerline (noncollision)
19 Equipment Failure (noncollision) (brake failure, blown tires, etc.)
20 Other (noncollision)
21 Unknown (noncollision)
22 With Work Zone Maintenance Equipment (collision)
23 With Other Movable Object (collision)
24 With Unknown Movable Object (collision)

(11 9) (12) (13) (14)

WAS HAZARDOUS CARGO RELEASED FROM VEHICLE (other than fuel from fuel tank) ?
1 Yes     2 No

(6)

| OFFICER'S RANK AND SIGNATURE | BADGE/ID NO. | NCIC NO. | DATE OF REPORT |
|---|---|---|---|
| TROOPER | | | |
| PRINT NAME IN FULL   D  Quinones | 3823 | 13501 | 2/14/2013 |